**WHITEMAN OSTERMAN & HANNA LLP**

Attorneys at Law
www.woh.com

One Commerce Plaza
Albany, New York 12260
518.487.7600 phone
518.487.7777 fax

Robert S. Rosborough IV
Partner
518.487.7608 phone
rrosborough@woh.com

October 21, 2019

**VIA ECF**

Hon. Vincent L. Briccetti
United States District Judge
The Hon. Charles L. Brieant Jr.
Federal Building and United States Courthouse
300 Quarropas St.
White Plains, NY 10601-4150

    Re:    <u>TAL Properties of Pomona, LLC v. Village of Pomona</u>, Case No. 1:19-cv-06838 (VB)

Dear Judge Briccetti:

    My firm was retained to appear on behalf of Plaintiffs TAL Properties of Pomona, LLC and Avrohom Manes in this action in August 2019, after the complaint had been filed by prior counsel. In bringing myself up to speed on the case, I incorrectly calendared the 90-day deadline for service of the summons and complaint as October 28, 2019, which I ran from this Court's order concerning prior counsel's motion to withdraw, rather than from filing of the complaint on July 23, 2019.

    When I began to prepare the complaint for service today, I also realized for the first time that prior counsel had not previously requested that the Clerk's office issue summonses for each of the defendants in this action. Immediately upon realizing this, I completed and filed the requests this morning, but the summonses understandably have not yet been issued. To allow me to complete service of the summons and complaint, without prejudice to my client, I respectfully request that the Court extend the deadline for service pursuant to Fed R. Civ. P. 4(m) by 30 days, to allow service on or before November 20, 2019.

    Good cause exists for this request because for the last month and a half, I have been dealing with a family emergency that has taken my focus off of my work. On September 10, 2019, my brother was hospitalized in the intensive care unit with a life-threatening condition. He was eventually released from the ICU last week, but remains hospitalized at this time. As a

October 21, 2019
Page -2-

result, I have not been able to devote sufficient attention to this matter to be able to discover earlier my initial mistake in incorrectly calendaring the deadline and prior counsel's failure to request the issuance of summonses for the defendants.

      This is the first and only request for extension of the Rule 4(m) deadline. Thank you for your consideration.

                                                Respectfully submitted,

                                                Robert S. Rosborough IV