UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

TAL PROPERTIES OF POMONA, LLC and
AVROHOM MANES,

                  Plaintiffs,

-against-

VILLAGE OF POMONA, BRETT YAGEL, individually and
in his official capacity as Mayor of the Village of Pomona,
and DORRIS ULMAN, individually and in her official capacity
as Attorney for the Village of Pomona,

                  Defendants.

**AFFIDAVIT OF FOLLOW-UP SERVICE**

Case No.: 7:19-cv-06838 (VB)

---

STATE OF NEW YORK    )
                                  ) ss.:
COUNTY OF ALBANY     )

JAZMINE M. PEREZ, being duly sworn deposes and says:

1. I am not a party to this action and am over 18 years of age.

2. On November 12, 2019 I served a copy of Plaintiffs Summons, Complaint and Civil Cover Sheet, by depositing true copies thereof in a plain postage-paid envelope marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Postal Service at One Commerce, Albany, New York 12260, upon the following:

        Brett Yagel (*in their official capacity as Mayor*)
        Pomona Village Hall
        100 Ladentown Road
        Pomona, NY 10970

        Doris Ulman (*in their official capacity as Attorney*)
        Pomona Village Hall
        100 Ladentown Road
        Pomona, NY 10970

                                                  _____
                                                      JAZMINE M. PEREZ

Sworn to before me this
19th day of November 2019.

_____
CARRIE L. GARDNER
Notary Public, State of New York
Qualified in Herkimer County
No. 01GA4978204
Commission Expires February 25, 2023