# AFFIDAVIT OF SERVICE

UNITED STATES DISTRICT COURT SOUTHERN DISTRICT
OF NEW YORK COURT OF THE CITY OF NEW YORK

Index no:

CIVIL ACTION NO. 7:19-CV-06838-VB

**PLAINTIFF(S)**: TAL PROPERTIES OF POMONA, LLC AND AVROHOM MANES

VS.

**DEFENDANT**: VILLAGE OF POMONA, ET AL

State of New York, County of Westchester ss:

ALAN ABOODY being duly sworn, deposes and says that deponent is a licensed process server; that deponent is not a party to the proceeding; that deponent is over the age of 18 years and resides in the County of WESTCHESTER.
On 10/31/2019 at 2:30 PM at POMONA VILLAGE HALL 100 LADENTOWN ROAD, POMONA, NY 10970 deponent served the within SUMMONS AND COMPLAINT, CIVIL COVER SHEET on DORIS ULMAN, IN HER OFFICIAL CAPACITY AS ATTORNEY FOR THE VILLAGE OF POMONA C/O VILLAGE OF POMONA, said premises being the recipient's usual place of BUSINESS.

[X] **DESCRIPTION / SEX**: FEMALE  **SKIN COLOR**: WHT  **HAIR COLOR**: BLOND  **AGE**: 51-65  **HEIGHT**: 5'0-5'3  **WEIGHT**: 100-130

[ ] **CORPORATION**: a corporation, by delivering thereat a true copy of each to Personally, deponent knew said corporation so served to be the corporation, described in same as said recipient and knew said individual to be Thereof.

[X] **SUBSTITUTED**: by delivering thereat a true copy of each to LORI BELLO-DEPUTY VILLAGE CLERK a person of suitable age and discretion.

[ ] **Mailing to residence**: Deponent talked to at said premises who stated that recipient Within 20 days of such delivery or affixing, deponent enclosed a copy of same in a postpaid envelope properly addressed to recipient at recipient's last known residence, at: and deposited said envelope in an official depository under exclusive care and custody of the U.S. Postal Service within New York State on

[ ] **Mailing to business**: Within 20 days of such delivery or affixing, deponent enclosed a copy of same in a first class postpaid envelope properly addressed to recipient at recipient's actual place of business, at: in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State. The envelope bore the legend "Personal and Confidential" and did not indicate on the outside thereof, by return address or otherwise, the communication was from an attorney or concerned an action against the recipient on

[ ] **WITNESS FEES**: $ the authorizing traveling expenses and one days' witness fee:

[ ] **MILITARY SERVICE**: I asked the person spoken to whether recipient was in active military service of the United States or of the State of New York in any capacity Whatever and received a negative reply. Recipient wore ordinary civilian clothes and no military uniform. The source of my information and the grounds of my belief are the conversations and observations above narrated. Upon information and belief I aver that the recipient is not in military service of New York State or of the United States as that term is defined in either the State or in the Federal statutes.

SWORN TO BEFORE ME ON 11/18/19

PAULA MARKS McGURN
NOTARY PUBLIC, STATE OF NEW YORK
NO. 01MC6055829
QUALIFIED IN WESTCHESTER COUNTY
COMMISSION EXPIRES MARCH 5, ~~2019~~ 2023

ALAN ABOODY
Lic. # 0871606

---

R&A Process Serving, Inc. • 945 Yonkers Avenue, Yonkers, NY 10704 • LIC: 1257131 • WWW.RAPROCESSSERVING.COM