UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TAL PROPERTIES OF POMONA, LLC and AVROHOM MANES,<br><br>                       Plaintiffs,<br><br>    - against -<br><br>VILLAGE OF POMONA, BRETT YAGEL, individually and in his official capacity as Mayor of the Village of Pomona, and DORIS ULMAN, individually and in her official capacity as Attorney for the Village of Pomona,<br><br>                       Defendants. | Civil Case No.: 7:19-cv-06838 (VB)<br><br>**CONSENT TO**<br>**CHANGE ATTORNEY** |

       IT IS HEREBY CONSENTED THAT Zeichner Ellman & Krause LLP be substituted as attorney of record for plaintiffs TAL Properties of Pomona, LLC and Avrohom Manes the above-captioned action, in place and stead of Whiteman Osterman & Hanna LLP, as of the date hereof.

       This Consent to Change Attorney may be signed in counterparts and filed without further notice with the Court and facsimile or electronic signatures shall be deemed original.

Dated:   New York, New York
              March 5, 2020

ZEICHNER ELLMAN & KRAUSE LLP

By: _____
Stuart A. Krause
Michael Sims
Robert Guttmann
1211 Avenue of the Americas
New York, New York  10036
(212) 223-0400

WHITEMAN OSTERMAN & HANNA LLP

By _____
Robert S. Rosborough IV
One Commerce Plaza
Albany, New York 12260
(518) 487-7600

New York, New York  10036
(212) 223-0400

I declare under penalty of perjury, pursuant to 28 U.S.C. Sec. 1746, that I, Avrohom Manes, in my individual capacity and as principal of TAL Properties of Pomona, LLC, consent to the substitution of Zeichner Ellman & Krause LLP, in place and instead of Whiteman Osterman & Hanna LLP, as counsel of record for plaintiffs in this action.



AVROHOM MANES

TAL PROPERTIES OF POMONA, LLC

By: Avrohom Manes

Title: Principal