# ZEICHNER ELLMAN & KRAUSE LLP

1211 AVENUE OF THE AMERICAS
NEW YORK, NEW YORK 10036
TEL: (212) 223-0400

MICHAEL E. SIMS
(212) 826-5328
msims@zeklaw.com

WWW.ZEKLAW.COM

March 6, 2020

**VIA ECF**

Hon. Vincent L. Briccetti
United States District Judge
The Hon. Charles L. Brieant Jr.
Federal Building and United States Courthouse
300 Quarropas Street
White Plains, New York 10601-4150

        Re:  *TAL Properties of Pomona, LLC v. Village of Poma*
            Case No. 7:19-cv-06838 (VB)

Dear Judge Briccetti:

        Our office was retained yesterday as counsel for plaintiffs in this action. We are filing, concurrently with this letter, a Consent to Change Attorney evidencing the substitution of counsel.  We write to request a final two-week extension of plaintiffs' time to file an Amended Complaint (which is currently due March 9) and related response dates.  The revised schedule we request is as follows:

        March 23, 2020:  Amended Complaint

        April 22, 2020:  Defendants' answer or motion to dismiss

        May 22, 2020:  Plaintiffs' opposition to defendants' motion, if any

        June 5, 2020:  Defendants' reply in support of motion, if any

        We telephoned and emailed defendants' counsel yesterday, but as of this filing have not received their position.  This is plaintiffs' third request for an extension of time to file the Amended Complaint, and the Court granted the prior two requests. However, as our firm was only retained yesterday, we seek this brief extension so that we have an adequate opportunity to consult with our client and prepare the Amended Complaint.

ZEICHNER ELLMAN & KRAUSE LLP

Hon. Vincent L. Briccetti
March 6, 2020
Page 2

        Plaintiffs will not make any further request for an extension of time to file an Amended Complaint.  We thank the Court for its consideration of this request.

        Respectfully submitted,

        /s/ Michael E. Sims

        Michael E. Sims

cc: Counsel of Record (via ECF)