Robert S. Rosborough IV
WHITEMAN OSTERMAN & HANNA LLP
One Commerce Plaza
Albany, New York 12260
(518) 487-7600
*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TAL PROPERTIES OF POMONA, LLC and AVROHOM MANES,<br><br>       Plaintiffs,<br><br>- against -<br><br>VILLAGE OF POMONA, BRETT YAGEL, individually and in his official capacity as Mayor of the Village of Pomona, and DORRIS ULMAN, individually and in her official capacity as Attorney for the Village of Pomona,<br><br>       Defendants. | Civil Case No.: 7:19-cv-06838 (VB)<br><br>**DECLARATION** |

STATE OF NEW YORK,
COUNTY OF NEW YORK

    Robert S. Rosborough IV, pursuant to 28 U.S.C. Sec. 1746 declares under penalties of perjury:

    1. I am a partner with the law firm of Whiteman Osterman & Hanna LLP ("WOH"). I am duly admitted to practice before this Court and submit this declaration in support of the instant application to so-order the accompanying Consent to Change Attorney submitted herewith substituting Zeichner Ellman & Krause LLP ("ZEK") as counsel of record for plaintiffs Tal Properties of Pomona, LLC and

Avrohom Manes (together, the "Plaintiffs") in the above-captioned action, in place and instead of WOH.

2. Plaintiffs have authorized the substitution of ZEK for WOH as counsel for plaintiffs in this action.

3. The reason for the substitution of counsel is Plaintiffs' decision to retain ZEK as their counsel on a going forward basis.

4. WOH filed a Notice of Appearance for the Plaintiffs on August 8, 2019. [Docket No. 11.]

5. As this matter is in the earliest stages of litigation, before service of the amended complaint, there is no prejudice or practical obstacle to substitution of counsel.

6. WOH does not intend to assert a retaining or charging lien.

7. By reason of the foregoing, I respectfully request that this Court "so order" the accompanying Consent to Change Attorney.

I declare under the penalty of perjury that the foregoing is true and accurate.

Executed on March 6, 2020

_____
ROBERT S. ROSBOROUGH IV