UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
Avrohom Manes and TAL Properties of Pomona LLC,

                Plaintiff,

- against -

Village of Pomona, et al,

                Defendant.
------------------------------------------------------------x

7:19 CIV 06838 (PMH)

**MOTION FOR ADMISSION PRO HAC VICE**

Pursuant to rule 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, Albert A. Levy, Esq. hereby moves this Court for an Order for admission to practice *pro hac vice* to appear as counsel for Avrohom Manes and TAL Properties of Pomona LLC in the above-captioned action.

I am in good standing of the bar(s) of the state(s) of New York and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred or denied admission or readmission by any court. I have attached the affidavit pursuant to Local Rule 1.3.

Dated: March 18, 2020

Respectfully Submitted,

Applicant Signature: *[signature]*

Applicant's Name: Albert A. Levy

Firm Name: Law Offices of Albert A. Levy

Address: 94 Roselle Court

City/State/Zip: Lakewood, NJ 08701

Telephone/Fax: 9175893737

Email: aalesq@gmail.com

---

Application granted.

**SO ORDERED.**

*[signature]*

Philip M. Halpern
United States District Judge

Dated: New York, New York
       March 20, 2020