ZEICHNER ELLMAN & KRAUSE LLP
1211 AVENUE OF THE AMERICAS
NEW YORK, NEW YORK 10036
TEL: (212) 223-0400

MICHAEL E. SIMS
(212) 826-5328
msims@zeklaw.com

WWW.ZEKLAW.COM

March 20, 2020

**VIA ECF**

Hon. Philip M. Halpern
United States District Judge
United States Courthouse
500 Pearl Street
New York, New York 10007-1312

              Re:  *TAL Properties of Pomona, LLC v. Village of Poma*
                    Case No. 7:19-cv-06838 (PMH)

Dear Judge Halpern:

      Due to logistical difficulties related to the coronavirus pandemic affecting our firm (which is essentially closed with all attorneys and legal support staff working remotely) and our client (who is currently abroad), we respectfully request that plaintiffs' time to file their Amended Complaint be extended from Monday, March 23 to Friday, March 27, 2020. Defendants' counsel has consented to the extension. The requested revised schedule for the Amended Complaint and the response thereto is as follows:

      March 27, 2020: Amended Complaint

      April 27, 2020: Defendants' answer or motion to dismiss

      May 26, 2020: Plaintiffs' opposition to defendants' motion, if any

      June 9, 2020: Defendants' reply in support of motion, if any

      We thank the Court for its consideration of this request.

                              Respectfully submitted,

                              /s/ Michael E. Sims

                              Michael E. Sims

---

Application granted to the extent that Plaintiffs are granted an extension until March 27, 2020 to file an Amended Complaint. By April 27, 2020, Defendants shall answer Plaintiffs' Amended Complaint or exchange pre-motion letters with Plaintiffs regarding a potential motion to dismiss in accordance with Rule 4(C) of the Court's Individual Practices.

Dated: New York, New York
       March 24, 2020

SO ORDERED.

_____
Philip M. Halpern
United States District Judge