AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## for the
### Southern District of New York

| | | |
|---|---|---|
| TAL PROPERTIES OF POMONA, LLC AND AVROHOM MANES, <br><br> *Plaintiff(s)* <br> v. <br> VILLAGE OF POMONA, et al. (see attached rider A for complete caption) <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) | Civil Action No. 1:19-cv-06838 (PMH) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   See Rider B for complete list of defendants to be served with Summons and amended complaint

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached ,amended complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Stuart A. Krause LLP
Zeichner Ellman & Krause LLP
1211 Avenue of the Americas, 40th Floor
New York, New York, New York 10036

If you fail to respond, judgment by default will be entered against you for the relief demanded in the ,amended complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 4/1/2020                                        /s/ J. Gonzalez
                                                     *Signature of Clerk or Deputy Clerk*

RIDER A

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TAL PROPERTIES OF POMONA, LLC AND AVROHOM MANES,<br><br>                                Plaintiffs,<br><br>                    - against -<br><br>VILLAGE OF POMONA, BRETT YAGEL, individually and in his official capacity as Mayor of the Village Of Pomona, DORIS ULMAN, individually and in her official capacity as Attorney for the village of Pomona, LOUIS ZUMMO, individually and in his official capacity as Building Inspector for the Village Of Pomona, NOREEN SHEA, individually and in her official capacity as Deputy Village Clerk for the Village Of Pomona, FRANCIS ARSA-ARTHA individually and in her official capacity as Clerk Treasurer for the Village Of Pomona, CHRISTOPHER RILEY, individually and in his official capacity as Special Prosecutor for the Village Of Pomona; JOSEPH CORLESS, individually and in his official capacity as Engineer for the Village Of Pomona LEON HARRIS, individually and in his official capacity as Deputy Mayor for the Village Of Pomona, IAN BANKS, individually and in his official capacities as Trustee, and Current Mayor for the Village of Pomona, and JOHN DOES and JANE DOES,<br><br>                                Defendants. | Case No.:   1:19-cv-06838 (PMH) |

# RIDER B

LOUIS ZUMMO, individually and in his
official capacity as Building Inspector for the
Village of Pomona
100 Ladentown Road
Pomona, NY 10970

NOREEN SHEA, individually and in her
official capacity as Deputy Village Clerk for
the Village of Pomona
100 Ladentown Road
Pomona, NY 10970

FRANCIS ARSA-ARTHA individually and
in her official capacity as Clerk Treasurer for
the Village of Pomona
100 Ladentown Road
Pomona, NY 10970

CHRISTOPHER RILEY, individually and in
his official capacity as Special Prosecutor for
the Village of Pomona
100 Ladentown Road
Pomona, NY 10970

JOSEPH CORLESS, individually and in his
official capacity as Engineer for the Village
of Pomona
100 Ladentown Road
Pomona, NY 10970

LEON HARRIS, individually and in his
official capacity as Deputy Mayor for the
Village of Pomona
100 Ladentown Road
Pomona, NY 10970

IAN BANKS, individually and in his official
capacities as Trustee, and Current Mayor for
the Village of Pomona
100 Ladentown Road
Pomona, NY 10970

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TAL PROPERTIES OF POMONA, LLC AND AVROHOM MANES,<br><br>                                Plaintiffs,<br><br>                   - against -<br><br>VILLAGE OF POMONA, BRETT YAGEL, individually and in his official capacity as Mayor of the Village Of Pomona, DORIS ULMAN, individually and in her official capacity as Attorney for the village of Pomona, LOUIS ZUMMO, individually and in his official capacity as Building Inspector for the Village Of Pomona, NOREEN SHEA, individually and in her official capacity as Deputy Village Clerk for the Village Of Pomona, FRANCIS ARSA-ARTHA individually and in her official capacity as Clerk Treasurer for the Village Of Pomona, CHRISTOPHER RILEY, individually and in his official capacity as Special Prosecutor for the Village Of Pomona; JOSEPH CORLESS, individually and in his official capacity as Engineer for the Village Of Pomona LEON HARRIS, individually and in his official capacity as Deputy Mayor for the Village Of Pomona, IAN BANKS, individually and in his official capacities as Trustee, and Current Mayor for the Village of Pomona, and JOHN DOES and JANE DOES,<br><br>                                Defendants. | Case No.:   1:19-cv-06838 (PMH)<br><br>**CERTIFICATE OF SERVICE** |

ANTHONY ROSARIO, hereby certifies pursuant to 28 U.S.C. 1746 and under penalty of perjury that on the 7th day of April, 2020 I served a true copy of the within **SUMMONS AND AMENDED COMPLAINT AND THE INDIVIDUAL PRACTICES OF JUDGE PHILIP M. HALPERN AND MAGISTRATE JUDGE LISA MARGARET SMITH,** upon Louis Zummo, individually and in his official capacity as Building Inspector for the Village of Pomona by serving the same on his attorneys in this action listed below at the address listed beneath its name in the manner indicated below.

**<u>By First Class Mail</u>**

Wilson, Elser, Moskowitz, Edelman & Dicker LLP
Attn: Eliza M. Scheibel, Esq.
Attorneys for Defendant
Louis Zummo
individually and in his official capacity as Building Inspector for the Village of Pomona
1133 Westchester Avenue
White Plains, New York 10604

Dated: April 7, 2020

_____
Anthony Rosario