UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------ x   Docket No.: 19-cv-06838 (PMH)

TAL PROPERTIES OF POMONA, LLC AND AVRHOM :
MANES,                                                                                       :
                                                                                                      :
                                  Plaintiffs,                           :
                                                                                                      :
        -against-                                                    :
                                                                                                      :
VILLAGE OF POMONA, BRETT YAGEL, individually    :    **PROPOSED STIPULATION**
and in his official capacity as Mayor of the Village Of    :    **AND ORDER**
Pomona, DORIS ULMAN, individually and in her official :
capacity as Attorney for the village of Pomona,     :
LOUIS ZUMMO, individually and in his official capacity :
as Building Inspector for the Village Of Pomona,    :
NOREEN SHEA, individually and in her official capacity :
as Deputy Village Clerk for the Village Of Pomona,   :
FRANCIS ARSA-ARTHA individually and in her official :
capacity as Clerk Treasurer for the Village Of Pomona, :
CHRISTOPHER RILEY, individually and in his official :
capacity as Special Prosecutor for the Village Of Pomona; :
JOSEPH CORLESS, individually and in his official    :
capacity as Engineer for the Village Of Pomona LEON :
HARRIS, individually and in his official capacity as   :
Deputy Mayor for the Village Of Pomona, IAN BANKS, :
individually and in his official capacities as Trustee, and :
Current Mayor for the Village of Pomona, and      :
JOHN DOES and JANE DOES,                              :
                                                                                                      :
                                  Defendants.                         :
------------------------------------------------------------------------ x

       WHEREAS, pursuant to a March 24, 2020 Order of this Court, the plaintiff's deadline to file an Amended Complaint was extended to March 27, 2020;

       WHEREAS, the March 24, 2020 Order set April 27, 2020 as the deadline for defendants Village of Pomona, Yagel, and Ulman to send plaintiff a pre-motion letter regarding the Amended Complaint in accordance with Rule 4(C) of this Court's Individual Practices;

       WHEREAS, not all of the new defendants added in the Amended Complaint have been served;

       IT IS HEREBY STIPULATED AND AGREED between the attorneys for Plaintiff and the attorneys for the defendants the Village of Pomona, Brett Yagel, Doris

Ulman, and Louis Zummo that the time within which Defendants may serve their pre-motion letter on Plaintiff is extended by two weeks to May 11, 2020.

    IT IS FURTHER STIPULATED AND AGREED that this stipulation may be executed in counterparts and that facsimile signatures are deemed as originals.

Dated: White Plains, New York
       April 23, 2020

Respectfully submitted,

_/s/ Eliza Scheibel_
Eliza Scheibel
Wilson Elser Moskowitz Edelman & Dicker LLP
Attorneys for Defendants Village of Pomona, Brett Yagel, Doris Ulman, and Louis Zummo
1133 Westchester Avenue
White Plains, NY 10604
(914) 323-7000
Eliza.Scheibel@wilsonelser.com

_/s/ Michael E. Sims_
Michael E. Sims
Zeichner Ellman & Krause LLP
Attorneys for Plaintiffs
1211 Avenue of the Americas
New York, NY 10036
(212) 223-0400
msims@zeklaw.com

SO ORDERED:

_____
Hon. Philip M. Halpern
United States District Judge

8238218v.1