UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------------- x   Docket No.: 19-cv-06838 (PMH)

TAL PROPERTIES OF POMONA, LLC AND AVRHOM :
MANES,                                                                 :
                                                                       :
                            Plaintiffs,         :
                                                                       :
      -against-                                                     :
                                                                       :
VILLAGE OF POMONA, BRETT YAGEL, individually                           :
and in his official capacity as Mayor of the Village Of                :
Pomona, DORIS ULMAN, individually and in her official                  :
capacity as Attorney for the village of Pomona,                        :
LOUIS ZUMMO, individually and in his official capacity                 :
as Building Inspector for the Village Of Pomona,                       :
NOREEN SHEA, individually and in her official capacity                 :
as Deputy Village Clerk for the Village Of Pomona,                     :
FRANCIS ARSA-ARTHA individually and in her official                    :
capacity as Clerk Treasurer for the Village Of Pomona,                 :
CHRISTOPHER RILEY, individually and in his official                    :
capacity as Special Prosecutor for the Village Of Pomona;              :
JOSEPH CORLESS, individually and in his official                       :
capacity as Engineer for the Village Of Pomona LEON                    :
HARRIS, individually and in his official capacity as                   :
Deputy Mayor for the Village Of Pomona, IAN BANKS,                     :
individually and in his official capacities as Trustee, and            :
Current Mayor for the Village of Pomona, and                           :
JOHN DOES and JANE DOES,                                               :
                                                                       :
                            Defendants.         :
---------------------------------------------------------------------- x

## NOTICE OF APPEARANCE

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

      **PLEASE TAKE NOTICE** that WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP has been retained and hereby appears in the above-captioned action as attorneys for Defendants, BRETT YAGEL, DORIS ULMAN, LOUIS ZUMMO, LEON HARRIS, and FRANCIS ARSA-ARTHA and demands that all papers served or required

8263689v.1

to be served in this case be given and served upon the undersigned at the following office address and telephone number:

Wilson, Elser, Moskowitz, Edelman & Dicker LLP
1133 Westchester Avenue
White Plains, New York 10604
Attn: John M. Flannery, Esq.
Tel: (914) 323-7000
Fax: (914) 323-7001
E-mail: john.flannery@wilsonelser.com

PLEASE TAKE FURTHER NOTICE that, the foregoing demand also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint or demand, whether formal or informal, whether written or oral and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex, facsimile, e-mail or otherwise.

Dated: White Plains, New York
        May 13, 2020

      WILSON, ELSER, MOSKOWITZ,
      EDELMAN & DICKER LLP

By: */s/John M. Flannery*
    John M. Flannery
    Attorneys for Defendants
    BRETT YAGEL, DORIS ULMAN, LOUIS ZUMMO, LEON HARRIS, and FRANCIS ARSA-ARTHA
    1133 Westchester Avenue
    White Plains, New York 10604
    (914) 323-7000