UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

TAL PROPERTIES OF POMONA, LLC
AND AVROHOM MANES,

                         Plaintiffs,

   -against-

VILLAGE OF POMONA, BRETT YAGEL, individually and in his official capacity as Mayor of the Village of Pomona, DORIS ULMAN, individually and in her official capacity as Attorney for the Village of Pomona, LOUIS ZUMMO, individually and in his official capacity as Building Inspector for the Village of Pomona, NOREEN SHEA, individually and in her official capacity as Deputy Village Clerk for the Village of Pomona, FRANCIS ARSA-ARTHA individually and in her official capacity as Clerk Treasurer for the Village of Pomona, CHRISTOPHER RILEY, individually and in his official capacity as Special Prosecutor for the Village of Pomona; JOSEPH CORLESS, individually and in his official capacity as Engineer for the Village of Pomona LEON HARRIS, individually and in his official capacity as Deputy Mayor for the Village of Pomona, IAN BANKS, individually and in his official capacities as Trustee, and Current Mayor for the Village of Pomona, and JOHN DOES and JANE DOES,

                         Defendants.
-------------------------------------------------------------------X

**NOTICE OF APPEARANCE**

1:19-cv-06838 (PMH)

**PLEASE TAKE NOTICE** that REBECCA J. ROSEDALE, of the law firm of Morris Duffy Alonso & Faley, appears for defendants, VILLAGE OF POMONA, MAYOR IAN BANKS, CHRISTOPHER RILEY and JOSEPH CORLESS, and that a copy of all notices and other papers herein are to be served upon the undersigned.

Dated:  New York, New York
        July 2, 2020

Yours, etc.,

MORRIS DUFFY ALONSO & FALEY

By: _____
REBECCA J. ROSEDALE
*Attorneys for Defendants,*
*Village of Pomona, Mayor Ian Banks,*
*Christopher Riley and Joseph Corless*
101 Greenwich Street, 22nd Floor
New York, New York 10006
Tel: (212) 766-1888

TO:  ALL PARTIES VIA ECF