# SUSSMAN & ASSOCIATES
## - Attorneys at Law -

| MICHAEL H. SUSSMAN<br>JONATHAN R. GOLDMAN | 1 Railroad Ave. - Suite 3<br>P.O. Box 1005<br>Goshen, New York 10924<br>(845) 294-3991<br>Fax: (845) 294-1623<br>sussman1@frontiernet.net | LEGAL ASSISTANT<br>SARAH OSBORNE<br>CHRISTOPHER D. WATKINS<br>of Counsel |

**VIA LETTER MOTION BY ECF** - October 26, 2020

Hon. Philip M. Halpern
US District Court Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007-1312

> The conference scheduled for October 28, 2020 is adjourned until November 4, 2020 at 2:00 p.m.
>
> SO ORDERED.
>
> _____
> Philip M. Halpern, U.S.D.J.
>
> Dated: New York, NY
> October 27, 2020

Re: TAL Properties of Pomona, LLC, et al v. Village of Pomona, et al
19-cv-6938 (PMH)

Dear Judge Halpern:

I represent the defendant Noreen Shea in the above-mentioned matter. Currently, we are scheduled to appear before this Court to discuss issues related to my client on Wednesday, October 28, 2020 at 11:00am.

Unfortunately, on that date and at that hour, I am scheduled to be present at a hearing of the Sullivan County Board of Ethics on behalf of one of the county legislators. As such, I am unavailable to attend this proceeding. I believe it is necessary that I attend to address the issues I and other counsel have raised with the court.

Accordingly, I respectfully request that this teleconference be moved from 11:00 am to 4:00 pm on October 28th to allow me to appear limitedly for Ms. Shea.

I apologize to the Court for this inconvenience and am grateful for its courtesies.

Respectfully submitted,

Michael H. Sussman, Esq. [3497]

cc: Daniel Ashburn, Esq., Menachem Mendel Mishkelov, VIA ECF
Rebecca Rosedale, Esq., Morris Duffy Alonso & Faley, VIA ECF
Janine Mastellone, Esq., Wilson Elser Moskowitz, Edelman, & Dicker LLP, VIA ECF