# WATKINS LAW

*A Civil Rights & Employee Rights Law Firm*

5 Paradies Lane · New Paltz, New York 12561
tel: 845-419-2250
fax: 845-469-5904
www.cdwatkinslaw.com

February 3, 2021                  **VIA ECF**

Hon. Phillip M. Halpern
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

> Application granted. The Clerk is instructed to terminate ECF No. 16.
>
> SO ORDERED.
>
> _____
> Philip M. Halpern, U.S.D.J.
>
> Dated: New York, NY
>        February 4, 2021

**Re:**    *Taibi-Goss v. St. Christopher's Inn, Inc.*;
        20 CV 3637 (PMH)

Dear Judge Halpern:

       We represent plaintiff in this case. With consent of opposing counsel, I write to respectfully request that the Court amend its 30-day Dismissal Order, entered on January 27, 2021, to a 60-day Order to allow adequate time for the settlement agreement to be executed and consummated. That would allow either party to request re-opening of the case by March 28, 2021 rather than February 26, 2021. Thank you.

                                                         Respectfully submitted,

                                                         Christopher D. Watkins

cc:     David R. Wise, Esq. (Via ECF)