UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X

TAL PROPERTIES OF POMONA, LLC
AND AVROHOM MANES,

                  Plaintiffs,

-against-

VILLAGE OF POMONA, BRETT YAGEL, individually
and in his official capacity as Mayor of the Village of
Pomona, DORIS ULMAN, individually and in her official
capacity as Attorney for the Village of Pomona, LOUIS
ZUMMO, individually and in his official capacity as
Building Inspector for the Village of Pomona,
NOREEN SHEA, individually and in her official capacity
as Deputy Village Clerk for the Village of Pomona,
FRANCIS ARSA-ARTHA individually and in her
official capacity as Clerk Treasurer for the Village
of Pomona, CHRISTOPHER RILEY, individually
and in his official capacity as Special Prosecutor for the
Village of Pomona; JOSEPH CORLESS, individually and
in his official capacity as Engineer for the Village of
Pomona LEON HARRIS, individually and in his official
capacity as Deputy Mayor for the Village of Pomona, IAN
BANKS, individually and in his official capacities as
Trustee, and Current Mayor for the Village of Pomona,
and JOHN DOES and JANE DOES,

                  Defendants.
------------------------------------------------------------------------X

**[PROPOSED]** ORDER
WITHDRAWING AS COUNSEL
FOR DEFENDANT IAN BANKS

19-cv-06838 (PMH)

      **IT IS HEREBY ORDERED** that, upon the letter motion filed by Kenneth E. Pitcoff on January 27, 2021, and a telephonic status conference held on February 10, 2021, the firm of Morris Duffy Alonso & Faley is hereby relieved as counsel for defendant Ian Banks, individually and in his official capacities as Trustee, and Current Mayor for the Village of Pomona.

      **IT IS HEREBY FURTHER ORDERED** that within thirty (30) days of this Order, defendant Ian Banks shall obtain counsel or appear *pro se*.

SO ORDERED:

_____
PHILIP M. HALPERN
United States District Court Judge

Dated: New York, NY
       February 11, 2021