# Exhibit E

Case 7:19-cv-06838-PMHS Document 155-5 Filed 03/09/21 Page 2 of 244
Case 7:16-cv-11170-CS Document 60-3 Filed 05/11/20 Page 3 of 243

1

1    UNITED STATES DISTRICT COURT

2    SOUTHERN DISTRICT OF NEW YORK

3    ------------------------------------------------X

4    NOREEN SHEA,

5              Plaintiff,

6

     -against-

7

8    VILLAGE OF POMONA, BRETT YAGEL,

9              Defendants.

10   ------------------------------------------------X

11                   One North Lexington Avenue

12                   White Plains, New York

13                   August 30, 2019

14                   10:15 a.m. - 4:56 p.m.

15

16

17                   EXAMINATION BEFORE TRIAL of NOREEN

18   SHEA, a Plaintiff herein, taken by the Defendant,

19   pursuant to Order, before a Notary Public for and

20   within the State of New York.

21

22

23

24

25

Case 7:19-cv-06838-PMH   Document 155-5   Filed 03/09/21   Page 3 of 244
Case 7:16-cv-11170-CS   Document 60-3   Filed 05/31/20   Page 2 of 243

2

```
 1    A P P E A R A N C E S:

 2

 3

 4    SUSSMAN & ASSOCIATES

 5         Attorneys for the Plaintiff

 6         1 Railroad Avenue
           Suite No. 3

 7         P.O. Box 1005
           Goshen, New York  10924

 8    BY:  MICHAEL H. SUSSMAN, ESQUIRE

 9
      BLEAKLEY PLATT & SCHMIDT,LLP

10         Attorneys for the Defendants
           One North Lexington Avenue

11         White Plains, New York  10601

      BY:  JOSEPH DeGIUSEPPE, Jr., ESQUIRE

12

13
      ALSO PRESENT:

14         IAN BANKS, (Mayor of Pomona)

15

16

17

18

19

20

21

22

23

24

25
```

Case 7:19-cv-06888-PMH   Document 155-5   Filed 03/09/21   Page 4 of 244
Case 7:16-cv-11170-CS   Document 60-3   Filed 05/11/20   Page 9 of 243

3

1           F E D E R A L   S T I P U L A T I O N S

2

3           IT IS HEREBY STIPULATED AND AGREED

4   by and between (among) counsel for the respective

5   parties herein, that filing and sealing be and

6   the same are hereby waived.

7

8           IT IS FURTHER STIPULATED AND AGREED

9   that all objections, except as to the form of the

10  question, shall be reserved to the time of the

11  trial.

12

13          IT IS FURTHER STIPULATED AND AGREED

14  that the within deposition may be sworn to and

15  signed before any officer authorized to

16  administer an oath, with the same force and

17  effect as if signed and sworn to before the

18  Court.

19

20

21

22

23

24

25

Case 7:19-cv-06838-PMH   Document 155-5   Filed 03/09/21   Page 5 of 244
Case 7:16-cv-11170-CS   Document 60-3   Filed 05/21/20   Page 4 of 243

4

```
1                    NOREEN SHEA

2    Thereupon:

3    N O R E E N   S H E A ,

4    having been first duly sworn or affirmed, was

5    examined and testified as follows:

6             THE WITNESS:  So help me God.

7             COURT REPORTER:  Please state your full

8         name and address.

9             THE WITNESS:  Noreen Shea, S-H-E-A.

10        One Vineyard Way, Williamston, South

11        Carolina, 29697.

12   EXAMINATION BY

13   MR. DeGIUSEPPE:

14        Q    Good morning, Ms. Shea.  As you may

15   recall, my name is Joe DeGiuseppe, we met at the

16   mediation session.  I'm here today representing

17   both defendants, the Village of Pomona and the

18   former mayor, Brett Yagel.  Today I'll be asking

19   you a number of questions really we're going to

20   do our background facts to get your side of the

21   story so-to-speak on issues that are relevant to

22   this case and some other questions which I

23   believe are relevant.  Most important thing to

24   remember is that, please wait till I ask the full

25   question because the court reporter can't take
```

Case 7:19-cv-06838-PMH   Document 155-5   Filed 03/09/21   Page 6 of 244
Case 7:16-cv-11170-CS   Document 60-3   Filed 05/31/20   Page 5 of 243

5

1                    NOREEN SHEA

2    down your answer and my question at the same

3    time, so even though you anticipate a question

4    and the answer please wait until I finish.  If

5    you don't understand a question, either ask for

6    it to be read back or ask for clarification I'll

7    be glad to accommodate that.

8            Other than that, also remember that the

9    court reporter can't interpret body motion so

10   nodding your head or shrugging your shoulders she

11   cannot interpret, so you must answer yes, no.  If

12   you don't know an answer, please say I don't know

13   I'd rather you not guess at an answer.  If you

14   don't recall, then you can indicate I don't

15   recall.  And if the document might help you

16   recall, please feel free to indicate if there is

17   that document.  Do you understand everything I've

18   said so far?

19        A    Yes.

20        Q    Okay.  Is there any reason why you

21   can't proceed today, illness or not feeling well

22   or any other reason?

23        A    No.

24        Q    We just have to clarify that just so

25   that -- have you taken any type of medicine or

Case 7:19-cv-06888-PMH  Document 155-5  Filed 03/09/21  Page 7 of 244
Case 7:16-cv-11170-CS  Document 60-3  Filed 05/11/20  Page 8 of 243

6

```
 1                    NOREEN SHEA

 2   drug or other substance which you believe would

 3   impair your ability to recollect clearly today?

 4        A    Just my Synthroid, I've taken it for 30

 5   years.

 6        Q    I take that too.  Hopefully it won't

 7   affect my memory.

 8             Have you ever had your deposition taken

 9   before?

10        A    No, it's my first.

11        Q    First one?

12        A    Um-hmm.

13        Q    You can't say um-hmm you have to say

14   yes.

15        A    Oh yes.

16        Q    Have you ever given any type of sworn

17   testimony in any type of legal proceeding before,

18   either by affidavit or an arbitration proceeding

19   or a courtroom proceeding?

20        A    I helped Ian.

21             THE WITNESS:  Is that an affidavit on

22        yours?

23             MR. SUSSMAN:  All right, here is the

24        thing --

25             MR. BANKS:  Well --
```

Case 7:19-cv-06888-PMH   Document 155-5   Filed 03/09/21   Page 8 of 244
Case 7:16-cv-11170-CS   Document 60-3   Filed 05/31/20   Page 2 of 243

7

                        NOREEN SHEA

 1

 2          MR. SUSSMAN:  No.  No.  You can't ask

 3     anyone here including Mr. DeGiuseppe any

 4     questions.  You could ask me questions

 5     privately.  So he can't give any answers,

 6     you understand?  You have to give testimony

 7     to your knowledge whether you remember or

 8     no.  So the question asked is, have you

 9     given any testimony in any form before,

10     submitted any affidavits?  If I'm

11     understanding the question correct?

12          MR. DeGUISEPPE:  That's correct.

13     Right.

14          MR. SUSSMAN:  So if you have, tell him

15     you have.  If you haven't, tell him you

16     haven't.  If you don't remember, tell him

17     you don't remember.

18          MR. DeGUISEPPE:  Correct.  I agree with

19     everything Michael just said.

20          THE WITNESS:  Yes.

21     Q     Okay.  And what type of testimony have

22 you given before?

23     A     It was about Ian Banks' barn.

24     Q     It was as form of an affidavit; is that

25 correct?

Case 7:19-cv-06838-PMH   Document 155-5   Filed 03/09/21   Page 9 of 244
Case 7:16-cv-11170-CS   Document 60-3   Filed 05/21/20   Page 9 of 243

8

```
1                    NOREEN SHEA

2        A     Um-hmm.

3        Q     You have to say yes.

4        A     Oh yes.

5        Q     And you basically helped sworn

6   testimony, correct?  If you don't know, you could

7   say you don't know.  This is not -- let me just

8   make something clear, I think Michael will agree

9   with me.  If you don't know an answer or you're

10  not sure, you can either clarify it later if you

11  say you don't know now.

12       A     If I write an e-mail saying that -- is

13  that a sworn affidavit?  That's my question.

14             MR. SUSSMAN:  You can't ask questions.

15       Q     Let me put it this way; I could see

16  that you submitted an affidavit on behalf of Ian

17  Bank prior to his mayor, is that what you're

18  referring to?

19       A     Okay.  Yeah.

20       Q     And you understood the significance of

21  taking an oath and swearing to tell some to the

22  best of your ability?

23       A     The truth.

24             MR. SUSSMAN:  And just for

25             completeness, you also submitted an
```

Case 7:19-cv-06838-PMH   Document 155-5   Filed 03/09/21   Page 10 of 244
Case 7:18-cv-11170-CS   Document 60-3   Filed 05/1/20   Page 9 of 243

9

```
 1                    NOREEN SHEA
 2         affidavit to the human rights division in
 3         your own case?
 4              THE WITNESS:  Yes.
 5         Q    Okay.  So that as well?
 6         A    Um-hmm.
 7         Q    You have to say yes.
 8         A    Yes.
 9         Q    It's okay, everybody does this.  Just
10    one other thing, if there's a -- you can take a
11    break for whatever reason you want without
12    telling me the reason, the only ground rule is if
13    there's a pending question, I'll ask that you
14    give the answer prior to leaving the room, do you
15    understand that?
16         A    Yes.
17         Q    All right.  Why don't you tell me how
18    you became the deputy village clerk of Pomona?
19         A    I've said the story many times.  I came
20    up visiting my sister in Pomona, went to a New
21    Year's Eve party at a neighbor in Pomona, met the
22    mayor, my old friend Nick Wilson who's also a
23    trustee.
24         Q    And who was the mayor at that time?
25         A    Mayor Brett Yagel.  I met him, his
```

Case 7:19-cv-06838-PMH   Document 155-5   Filed 03/09/21   Page 11 of 244
Case 7:18-cv-11170-CS   Document 50-3   Filed 05/21/20   Page 90 of 243

10

```
 1                     NOREEN SHEA

 2    wife.  There was a lot of people there.

 3         Q     Do you remember approximately what

 4    year --

 5         A     It was New Year's Eve 2015 into the

 6    2016.

 7         Q     So December 31, 2015?

 8         A     Yes.

 9         Q     Okay.  And how did you come to talk

10    about becoming deputy village clerk at that time?

11         A     I didn't talk about it at all.  Nick

12    Wilson was the one -- I told him, I said I'm

13    going to move back from Myrtle Beach the

14    employment down there is horrible okay, I said

15    I'm entertaining the thought, and he said we need

16    a deputy clerk in the worse way and we have to

17    clean up all the expired permits, you'd be great

18    you know everything about construction, you know,

19    contracting work you'd be really good.  And I

20    said, well it sounds interesting, you know, I

21    said, but, you know, and they called me and --

22         Q     Was this conversation at the New Year's

23    Eve party or was it --

24         A     It started at the New Year's Eve party

25    and probably the next day or two I spoke to Nick
```

Case 7:19-cv-06838-PMH   Document 155-5   Filed 03/09/21   Page 12 of 244
Case 7:18-cv-11170-CS   Document 60-3   Filed 05/11/20   Page 11 of 243

11

NOREEN SHEA

 1      Wilson.  His three children are friends with --

 2              MR. SUSSMAN:  No.  No.  Answer the

 3          question.  The question was, when was the

 4          conversation.

 5      Q    Right.  And Michael is right.  I'll ask

 6      follow-up questions.  So I was going to ask, how

 7      do you know Mr. Wilson?

 8              MR. SUSSMAN:  Go ahead, if you know.

 9              THE WITNESS:  His three children and my

10          sister's four children are friends.  I

11          babysat for him sometimes, I babysat my

12          sister's four kids a lot.

13      Q    Okay.  So you knew him through your

14      sister's children?

15      A    Um-hmm.  Ian's daughter's babysat the

16      kids too, if you really want to --

17      Q    Just wait.  The court reporter can't

18      interpret um-hmm.  So the answer is yes to that

19      question?

20              MR. DeGUISEPPE:  Read back the

21          question.

22              (Thereupon, a portion of the record was

23              read back by the court reporter.)

24      Q    So you meant yes when you said --

Case 7:19-cv-06838-PMH   Document 155-5   Filed 03/09/21   Page 13 of 244
Case 7:18-cv-11170-CS   Document 60-5   Filed 05/11/20   Page 12 of 243

12

```
 1                        NOREEN SHEA

 2       A    I met the Wilson's through my sister.

 3       Q    All right.  What was the next step in

 4  your becoming the deputy village clerk of Pomona,

 5  did you file an application or were you

 6  interviewed?

 7       A    They told me to come in and meet with

 8  the mayor.

 9       Q    Who's they?

10       A    It was Nick Wilson or Brett himself,

11  they gave me a time in the morning to come and

12  have an interview.

13       Q    Had you spoken to Brett before that,

14  before he invited you in telling him your

15  interest inquiring for the job?

16       A    No, that would be Nick Wilson.

17       Q    Okay.  And did you in fact meet with

18  Mayor Yagel at the time?

19       A    Um-hmm.  Yes.

20       Q    It's okay.

21       A    I know.  I have to get used to it.

22       Q    And where was the interview held?

23       A    In his office at Village Hall.

24       Q    Was anybody else in the room while he

25  was interviewing?
```

Case 7:19-cv-06838-PMH   Document 155-5   Filed 08/09/21   Page 14 of 244
Case 7:18-cv-11170-CS   Document 60-3   Filed 05/11/20   Page 13 of 243

13

NOREEN SHEA

1

2    A    When I got there Lou Zummo and Fran

3  were in the office.  When I went into the mayor's

4  office, it was the mayor, me, Leon Harris and

5  Francis Arsa Artha (phonetic).

6    Q    And just for the record, at that time

7  what role did Mr. Harris have with the village?

8    A    Deputy mayor.

9    Q    And Ms. Arsa Artha, what was her role?

10    A    She was clerk and treasurer.

11    Q    And you mentioned Mr. Zummo, what was

12  his position at the time?

13    A    Building inspector.

14    Q    Do you recall the sum and substance of

15  what was discussed at this interview in terms of

16  the job offer?  Was there a job offer made at the

17  interview?

18    A    He told me they had -- the village had

19  a lot of problems, I remember they emphasized

20  that.  They need somebody to clean up, that's

21  what Nick Wilson was describing that you'd be

22  great at doing this.

23    Q    And was there -- at the time that you

24  interviewed, was there a deputy village clerk at

25  that time?

Case 7:19-cv-06838-PMH   Document 155-5   Filed 03/09/21   Page 15 of 244
Case 7:16-cv-11170-CS   Document 60-3   Filed 05/11/20   Page 94 of 243

14

```
 1                    NOREEN SHEA

 2        A     Yes.

 3        Q     Do you recall that person's name?

 4        A     Yes.

 5        Q     What was that person's name?

 6        A     Carol LaChiana, L-A-C-H-I-A-N-A.  Don't

 7   quote me on that.

 8        Q     Okay.  And did they tell you why they

 9   were looking to replace Ms. LaChiana at that

10   time?

11              MR. SUSSMAN:  You say they, you mean at

12        the interview?

13        Q     Interview.  Yeah, all my questions

14   right now are related to the interview.

15              MR. SUSSMAN:  At the interview.

16              THE WITNESS:  I was told she was

17        retiring.

18        Q     Did you know her approximate age at the

19   time?

20        A     Seventy-five, I believe.

21        Q     Okay.  What is your knowledge or

22   estimate of her age based on?

23        A     When I started there I believe she was

24   75.

25        Q     Okay.  So at the interview though, you
```

Case 7:19-cv-06838-PMH   Document 155-5   Filed 03/09/21   Page 16 of 244
Case 7:18-cv-11170-US   Document 60-3   Filed 05/11/20   Page 15 of 243

15

NOREEN SHEA

2    didn't know her age, correct?

3        A    No.

4        Q    Subsequent to the interview --

5        A    No.

6        Q    -- subsequent to the interview you came

7    to believe that her age was 75; is that a fair

8    statement?

9        A    Yes.

10       Q    Okay.  Just tell me, so we don't spend

11   too long on the interview, I mean, were you

12   offered the position of deputy village clerk at

13   the interview?

14       A    I don't know if it was at the

15   interview.  We discussed working on all the

16   expired permits, what the building inspector

17   needed.  You know, I was offered the job I don't

18   know if it was right then and there.

19       Q    Were you offered the job in writing or

20   was it in some oral --

21       A    Oh no, phone.

22       Q    Phone?

23       A    Yeah.

24       Q    And who told you that you were being

25   offered the job?

Case 7:19-cv-06838-PMH   Document 155-5   Filed 03/09/21   Page 17 of 244
Case 7:18-cv-11170-CS   Document 50-3   Filed 05/11/20   Page 16 of 243

16

```
 1                    NOREEN SHEA

 2           MR. SUSSMAN:  Who offered you the job?

 3           THE WITNESS:  The mayor.

 4      Q    Again, just although we all may know

 5    the answers to these questions, we have to get it

 6    on the record.

 7      A    And I came in and filled out the

 8    paperwork.

 9           MR. SUSSMAN:  Just hold on.  Listen to

10           each question and answer the question.  So

11           the mayor offered her the job, go ahead.

12      Q    And what did he say to you in terms of

13    the terms and conditions of the offer; in terms

14    of salary, work day, you know, anything along

15    those lines?

16      A    He said I'd be working for the building

17    inspector backing up, you know, the clerk.  The

18    salary was -- we always round it, I think it was

19    like 49.

20      Q    You can approximate.

21      A    I always say 50.  Hours were 9:00 to

22    4:00, Monday through Friday, hour lunch.

23      Q    Okay.  And what was your understanding

24    of the duties and responsibilities of the deputy

25    village clerk position you were being offered?
```

Case 7:19-cv-06838-PMH   Document 155-5   Filed 08/09/21   Page 18 of 244
Case 7:18-cv-11170-CS   Document 50-3   Filed 05/11/20   Page 17 of 243

17

                    NOREEN SHEA

1

2        A    Their number one goal was they really

3   wanted me to work on their expired permits.

4        Q    What kind of permits are you talking

5   about?  Just for clarity.

6        A    Building permits.

7        Q    And how would you -- what was your

8   understanding of how you would work on the

9   expired permits at that time, I'm talking just

10  about the time that you were offered the

11  position?

12       A    I would work with the building

13  inspector to go through them, close them out.

14       Q    And what do you mean by close them out?

15  If you could be more specific.

16       A    Well, we have to -- we laughed a lot.

17  It was comical 'cause I would open up one and

18  say, an in-ground pool permit was opened in 1968.

19       Q    Let me just jump here.  Let me come to

20  when you started working, 'cause I was just

21  talking about when you were offered the position.

22  When did you actually start working as deputy

23  village clerk?

24       A    The official date was February 1st,

25  that was a Monday, 2016.  I think I went in -- he

Case 7:19-cv-06838-PMH   Document 155-5   Filed 03/09/21   Page 19 of 244
Case 7:16-cv-11170-CS   Document 50-3   Filed 05/11/20   Page 18 of 243

18

                        NOREEN SHEA

1   told me to come in a couple of hours prior that

2   week to meet with Carol, you know, so she could

3   show me, she was the deputy clerk at the time.

4       Q    When you say he, who are you referring

5   to?

6       A    The mayor.

7       Q    That's Mr. Yagel, correct?

8       A    Yes.

9       Q    All right.  When you say the mayor it

10  will be Mr. Yagel unless you tell me otherwise.

11      A    Okay.  Yeah.

12      Q    And I only say that because the new

13  mayor is sitting right next to me.

14      A    Yeah.

15      Q    Okay.  So, did you receive any type of

16  training prior to February 1, 2016?

17      A    Yes.

18      Q    And what type of training did you

19  receive?

20      A    It was a joke.

21      Q    Well, just tell me what was -- just

22  tell me what was involved.

23      A    I had to sit with Carol for the

24  training.  And I describe Carol as --

Case 7:19-cv-06838-PMH   Document 155-5   Filed 03/09/21   Page 20 of 244
Case 7:18-cv-11170-CS   Document 50-3   Filed 05/11/20   Page 19 of 243

19

```
 1                    NOREEN SHEA

 2          MR. SUSSMAN:  Just on the training.

 3      He's asking you what was the training, if

 4      any, what did she do to train you?

 5      Q     Exactly.

 6      A     I'm trying to explain that.  Carol

 7   really didn't train.  I'd say we cleaned off her

 8   desk, you know, she'd be singing and dancing in

 9   the office and I'd be looking at Fran like, you

10   know, she has to show me what we're doing here.

11   We basically cleaned her desk that was stacked

12   this high (indicating) you couldn't see it.  By

13   Friday we --

14          MR. SUSSMAN:  So you moved your hands

15      up about four feet; three, four feet from

16      the table.

17          THE WITNESS:  Oh you couldn't see her

18      desk.  You could barely see her.

19      Q     I don't mind Michael characterizing.

20      A     And the training, it was very little.

21   Carol --

22      Q     Well, why don't we break it down in

23   terms of, in what areas or what job duties did

24   you receive training for from Carol?  What did

25   Carol show you how to do stuff?
```

Case 7:19-cv-06838-PMH   Document 155-5   Filed 03/09/21   Page 21 of 244
Case 7:16-cv-11170-CS   Document 50-3   Filed 05/21/20   Page 20 of 243

20

```
 1                    NOREEN SHEA

 2        A     Yeah, I asked her to show me the

 3   process for building permits, and she did.

 4        Q     Okay.  What was your understanding of

 5   the process at that time from Carol, from talking

 6   with Carol?

 7        A     My understanding?

 8        Q     Yeah.  In other words, what did Carol

 9   tell you about the process at that time?

10        A     This is the application, you know, you

11   give it to the residents, the calculation of the

12   fees.

13        Q     Okay.  Anything else?

14        A     There is something else and I'm

15   hesitant to say.  So I said to her what do I do

16   with this form when I'm finished?  And it was a

17   joke.  She said, you stick it up your ass.  So

18   that's why I say the training was --

19        Q     All right.  I understand.  And we're

20   not here to judge Carol today.

21        A     She was funny but --

22        Q     All right.  Now, was there any

23   discussion of the processing time for an

24   application, building permit application?

25        A     That Carol discussed?
```

Case 7:19-cv-06838-PMH   Document 155-5   Filed 03/09/21   Page 22 of 244
Case 7:18-cv-11170-CS   Document 60-3   Filed 05/11/20   Page 21 of 243

21

```
 1                    NOREEN SHEA

 2        Q     Yeah.

 3        A     No.

 4        Q     We're just talking about with Carol.

 5        A     No.

 6        Q     Well, did Carol tell you anything else

 7  about the building application process at that

 8  time?

 9        A     She just told me, you'll figure it out.

10  You'll work with the building inspector, you guys

11  will figure out.  And she was laxed.

12        Q     All right.  Other than building

13  permits, anything else that Carol told you how to

14  do --

15        A     Yes.

16        Q     You have to wait until I finish the

17  question.  Go ahead, please explain.

18        A     Yes, she told me she was also in charge

19  of the planning and zoning boards.

20        Q     And what did you understanded her to

21  mean by that statement?

22        A     That night was a ZBA meeting, she asked

23  me to come.

24        Q     Again, what is ZBA, for the record?

25        A     Zoning Board of Appeals.
```

Case 7:19-cv-06838-PMH   Document 155-5   Filed 03/09/21   Page 23 of 244
Case 7:16-cv-01170-CS   Document 60-3   Filed 05/11/20   Page 22 of 243

22

                    NOREEN SHEA

1

2        Q     Well, what did she tell you about the

3   Zoning Board of Appeals meeting?

4        A     The zoning board we had prepared all

5   the paperwork and documents, and just happened to

6   be Mr. Bank's case that night.

7        Q     Well, let me just back up a second.

8   All I'm really interesting in is training.  You

9   know, and by training I mean did Carol or anybody

10  else on or about February 1, 2016, tell you what

11  the duties were, show you how to do something,

12  explain how to do something, otherwise tell you

13  to take a training course or whatever, that's

14  what I'm interested in; do you understand?  So

15  just, on or about February 21 outside of the

16  building permit process which you just explained,

17  did you receive any type of training or

18  instruction in how to do any other aspect of the

19  deputy village clerk job?

20            MR. SUSSMAN:  I think the question was

21       February 1 not 21.

22            MR. DeGUISEPPE:  Oh, I'm sorry.

23            THE WITNESS:  So starting on

24       February 1st?

25       Q     Yes.

Case 7:19-cv-06838-PMH   Document 155-5   Filed 08/09/21   Page 24 of 244
Case 7:18-cv-11170-CS   Document 60-3   Filed 05/11/20   Page 23 of 243

23

NOREEN SHEA

2    A    Just little the from Carol, really,

3    cleaning off her desk.  And then, you could

4    figure it out working with the building

5    inspector.

6         MR. SUSSMAN:  He's not asking you if

7         you could figure it out.  He's asking you

8         what training, if any, you got?

9         THE WITNESS:  Very little.

10   Q    Okay.  When you say very little, what

11   else, other than the building permit application

12   did you receive training in anything else, even

13   though it might have been very little?

14   A    No, we just talked about planning,

15   zoning.

16   Q    Okay.  And what were you told about

17   with planning or zoning job function at that

18   time?

19   A    The calendar, you know, it would happen

20   on that third Wednesday of each month; we talked

21   about the planning and the zoning, she told me

22   I'd be working directly with the village

23   attorney, you know, she direct me through it, she

24   did.

25   Q    Okay.  When you say the calendar, you

Case 7:19-cv-06838-PMH   Document 155-5   Filed 08/09/21   Page 25 of 244
Case 7:16-cv-11170-CS   Document 50-3   Filed 05/11/20   Page 24 of 243

24

                         NOREEN SHEA

1    mean the calendar of the ZBA, right?

2        A    Yes.

3        Q    Okay.  Were you told anything about the

4    calendar for the building inspector at that time,

5    inspection calendar for the building?

6        A    I made his --

7        MR. SUSSMAN:  Listen to the question.

8        Q    All I'm doing, and what I'm trying to

9    understand, this is not -- this is just straight

10   forward questions.  I just want to understand

11   what training instruction you got when you first

12   started the job.  It's not limited to

13   February 1st let's just say within that first

14   month of your employment okay, in February of

15   2016, what type of training or instruction did

16   you receive from, let's say Lou Zummo, if any?

17       A    Lou is part-time and, you know, he

18   would show me, would take the application and,

19   you know, that's really how I learned.

20       Q    And when did he first show you how to

21   work with an application?

22       A    When?  You want a date?

23       Q    During the first month -- during the

24   first month of your employment as deputy village

Case 7:19-cv-06838-PMH   Document 155-5   Filed 03/09/21   Page 26 of 244
Case 7:18-cv-11170-US   Document 50-5   Filed 05/11/20   Page 25 of 43

25

1                    NOREEN SHEA

2    clerk you told us what Carol said to you.  Now

3    I'm asking you, what did Lou Zummo either

4    instruct you on how to do, building permit

5    applications or any other job function related to

6    his duties as building inspector?

7         A    Someone came in for a permit, you take

8    out the application, give it to the person,

9    explain to them, I need a drawing if they were

10   doing a deck or whatever the person needed.  And

11   then Lou -- Lou basically told me about I need a

12   drawing, I need a Rockland County license from

13   the contractor, each contact contractor.  I

14   learned as time went on.  I mean, the electrical

15   contract, the plumber, you know, the framer and

16   their three insurances, et cetera.

17        Q    Okay.  So you're saying that you

18   learned that both, from Low and then also doing

19   the job as well?

20        A    Um-hmm.  Yeah.

21        Q    You have to say yes.

22        A    Oh yes.

23        Q    Now, who was your direct supervisor in

24   February of 2016 when you started working for the

25   village?

Case 7:19-cv-06838-PMH   Document 155-5   Filed 03/09/21   Page 27 of 244
Case 7:16-cv-11170-CS   Document 60-3   Filed 05/11/20   Page 26 of 243

26

1                    NOREEN SHEA

2          A    I have to think.  This is -- without

3    getting into detail, I said that one day Lou

4    Zummo is my boss and Fran said, no I'm not -- no,

5    I am.

6          Q    Okay.  Who did you understand to be

7    your boss --

8          A    I thought Lou Zummo was my -- I mean,

9    the mayor is the boss but --

10         Q    I mean the one you worked with on a

11   daily basis, who was your --

12         A    I first assumed it was the building

13   inspector, and he said he was, and then he and

14   Fran started arguing, and when the mayor came in

15   he said he's the boss.  And then -- so everybody

16   was my boss.

17         Q    Did you have any reporting

18   responsibilities to Fran Arsa Artha also as the

19   village clerk?

20         A    No, I reported mostly to Lou.

21   Everything that was done it was Lou and I.

22         Q    Did you receive any type of training or

23   instruction in or about February of 2016 from the

24   village clerk, Fran Arsa Artha?

25         A    Fran?

Case 7:19-cv-06838-PMH   Document 155-5   Filed 03/09/21   Page 28 of 244
Case 7:18-cv-11170-CS   Document 50-3   Filed 05/11/20   Page 27 of 243

27

```
 1                    NOREEN SHEA

 2       Q    If I just refer to her as Fran, you'll

 3   understand what I mean?

 4       A    Yeah, Fran.  No.  No, that was the

 5   complained; we were supposed to be cross-trained.

 6       Q    All right.  Did there ever come a time

 7   when you received any type of training from Fran

 8   in terms of the performance of your job duties as

 9   deputy village clerk?

10       A    Can you repeat that?

11            MR. DeGUISEPPE:  Yeah.  Can you read

12       that back.

13            (Thereupon, a portion of the record was

14            read back by the court reporter.)

15            THE WITNESS:  During tax season I asked

16       her, I had a person come and try to pay with

17       a credit card, she wouldn't --

18       Q    And what tax season was that, if you

19   recall; what year or what month?

20       A    I think 2016.  The tax bill is supposed

21   to go out June 1st.  Yeah.

22       Q    All right.  Just one rule, you can

23   approximate when it comes to time, you could even

24   say a season or approximately tax season 2016, if

25   you don't recall the specific month.  Otherwise,
```

Case 7:19-cv-06838-PMH   Document 155-5   Filed 03/09/21   Page 29 of 244
Case 7:18-cv-11170-CS   Document 60-3   Filed 05/11/20   Page 28 of 243

28

```
 1                    NOREEN SHEA
 2      I don't want you guessing; do you understand
 3      that?  Or time of day or morning noon or night,
 4      season:  Winter, spring, fall.  But if you don't
 5      know an answer say like, I don't remember what
 6      tax season it was.
 7              MR. SUSSMAN:  I think she did know the
 8          answer.
 9              MR. DeGUISEPPE:  No, but I'm just
10          saying going forward.
11      Q    You did answer my question, but I'm
12      just saying going forward.  All right.  And other
13      than the tax processing, did she tell you any
14      other types of duties and responsibilities on how
15      to do them?  In other words, was there any other
16      structure and training that Fran gave you with
17      respect to your duties as deputy village clerk?
18      A    She gave me a piece of paper one day
19      that said the duties of the deputy clerk, it was
20      probably, I want to say like a year after I'd
21      been there, I'm guessing when.
22      Q    All right, approximately.
23      A    And she said to me, I need you to type
24      this and send this to the mayor right away --
25      e-mail it to the mayor right away.
```

Case 7:19-cv-06838-PMH   Document 155-5   Filed 03/09/21   Page 30 of 244
Case 7:16-cv-11170-CS   Document 50-3   Filed 05/11/20   Page 29 of 243

29

                    NOREEN SHEA

1

2        Q    Okay.  And that was a job description?

3        A     It said duties of deputy clerk and the

4   end clerk, it was two pages.  And I said, the

5   mayor wants it?  And she says, yes, you have to

6   e-mail it to him right away.  And I remember I

7   went to scan it and e-mail it and she said what

8   are you doing?  I told you to type it.  And I

9   said, it is typed.  And she said, no you have to

10  type it.  And I said, I don't understand, it's

11  typed.  These are typed.  I'm want to e-mail

12  them.  You want them --

13       Q    All right, we can get to that in a

14  second.  I just want to know, in other words, I

15  consider that to be an order or directive, she

16  told you to do something.  I'm asking you what

17  training or instruction on how to perform any job

18  duty associated with your position as deputy

19  village clerk?

20       A    Well, that's when I first got the list.

21  I read it.

22       Q    Okay.  And did she tell you how to do

23  each job duty on the list?  Did you get any

24  training or instructions as to each job duty?

25       A    No.

Case 7:19-cv-06838-PMH   Document 155-5   Filed 03/09/21   Page 31 of 244
Case 7:16-cv-11170-US   Document 50-3   Filed 05/11/20   Page 30 of 243

30

1                    NOREEN SHEA

2        Q    Now, when did you officially become the

3   deputy village clerk for the Village of Pomona?

4        A    February 1st, 2016.

5        Q    When were you sworn in as deputy

6   village clerk for the Village of Pomona?

7        A    I do not know the exact date.

8        Q    Okay.  And was there a process that you

9   recall that you knew you were being sworn into?

10       A    Oh, you better believe it.

11       Q    And what --

12       A    I was told to stand on one foot, hop

13   around, and hold my right hand up.

14       Q    And who told you that?

15       A    Fran.  That's how I know.  And we were

16   laughing and so -- and it was just her and I and

17   it was probably a week or two into it, you know,

18   I don't know the date.

19       Q    Okay.  And it's what you recall.  All

20   right.  Were you asked to sign any type of --

21       A    Oath of Office Book, yes.

22       Q    Do you recall when you signed the Oath

23   of Office Book?

24       A    Excuse me?

25       Q    Do you recall what time, what date,

Case 7:19-cv-06888-PMH   Document 155-5   Filed 03/09/21   Page 32 of 244
Case 7:18-cv-11170-CS   Document 60-5   Filed 05/11/20   Page 91 of 243

31

```
1                         NOREEN SHEA

2     month that you signed the Oath of Office Book?

3     If you don't recall, you don't recall.

4          A     Like A month or so into the job maybe.

5     I don't know the exact date.

6          Q     Well, let me ask you this; after

7     February 1st was Carol, the prior deputy village

8     clerk, still employed at the village?

9          A     No.

10         Q     So you were the only deputy village

11    clerk at the time, as of February 1, 2016?

12         A     Yes.

13         Q     Okay.  Did you understand your position

14    to be an appointed position?  In other words, you

15    were appointed as deputy village clerk by the

16    mayor or somebody else?

17         A     Yes.

18         Q     Okay.  And who did you understand

19    appointed you as deputy village clerk?

20         A     The mayor.

21         Q     Okay.  Did you ever sign the Oath of

22    Office Book again, subsequent date?

23         A     Again?  No.

24         Q     And what did you understand your term

25    of employment to be when you signed the Oath of
```

Case 7:19-cv-06838-PMH   Document 155-5   Filed 03/09/21   Page 33 of 244
Case 7:18-cv-11170-CS   Document 50-3   Filed 05/11/20   Page 32 of 243

32

1                    NOREEN SHEA
2    Office Book as deputy village clerk, what was the
3    length of time that you understood your
4    employment to be?
5         A    I think Fran told me it was yearly.
6    But Carol left, so I was in February and I think
7    Carol's term went till April, and then it was
8    passed that I was appointed for another year and
9    I was supposed to be sworn in and I never was,
10   Fran didn't do it.
11        Q    Okay.  And what was the year measured
12   from that you had for your appointment?
13        A    It would be April 1st, 2016 to
14   April 1st, 2017.
15        Q    Okay.  And were you appointed for a
16   subsequent term of April 1, 2017, on?  Were you
17   appointed as deputy village clerk for a second
18   term?
19        A    I was appointed.  The building
20   inspector told me I was appointed and he was
21   laughing and he said Fran was so mad, and that's
22   when I said why?
23        Q    Well, let me ask you this; did the
24   mayor tell you that you were appointed for a
25   second term as deputy village clerk?

Case 7:19-cv-06838-PMH   Document 155-5   Filed 08/09/21   Page 34 of 244
Case 7:18-cv-11170-CS   Document 60-3   Filed 05/11/20   Page 35 of 243

33

NOREEN SHEA

1

2          MR. SUSSMAN:  Just so we're clear, when

3      you say second term do you mean from April

4      '16 to April '17, or do you mean from April

5      '17 on?

6          MR. DeGUISEPPE:  April '17 on.

7          MR. SUSSMAN:  So that would be the

8      third term, because she was finishing out

9      the first one and she was elected in '16 of

10     April, she said, just so we're clear.

11     Q     Okay.  I understood that when you were

12  hired -- when you're appointed on February 2016

13  you were finishing out the term of Carol, the

14  prior clerk, correct?

15     A     Yes, till April 1st.

16     Q     And your term, your one-year term as

17  deputy village clerk began on April 1, 2016,

18  correct?

19     A     Yes.

20     Q     So now my question is, without getting

21  into the number of years, did the mayor or anyone

22  else tell you that as of April 1st, 2017, you

23  were pointed for another one-year term?

24     A     Did the mayor tell me?  No.

25     Q     Or anybody else?  The mayor or anybody

Case 7:19-cv-06838-PMH   Document 155-5   Filed 03/09/21   Page 35 of 244
Case 7:18-cv-11170-US   Document 60-3   Filed 05/11/20   Page 34 of 243

34

1                    NOREEN SHEA

2      else tell you that you were appointed for another

3      one-year term?

4           A     No.

5           Q     Did you have any type of employment

6      contract with the Village of Pomona with respect

7      to your deputy village clerk job?

8           A     Employment contract?

9           Q     Yeah.  Meaning for a one-year term or

10     any other term?

11          A     No.

12          Q     That's just no?

13          A     No.

14          Q     Now, let's just go back to the building

15     permit application process.  You worked with the

16     building inspector, Lou Zummo, with respect to

17     that process?

18          A     Yes.

19          Q     Okay.  And how long did it take -- did

20     there come a time when you had a better

21     understanding of the process of the building

22     permit application process?

23          A     Yes, Lou and I --

24          Q     And how long did that take?  My point

25     is, how long did it take you to get a better

Case 7:19-cv-06838-PMH   Document 155-5   Filed 03/09/21   Page 36 of 244
Case 7:16-cv-11170-CS   Document 60-3   Filed 05/11/20   Page 35 of 243

35

```
 1                  NOREEN SHEA

 2   understanding of the permit process?

 3        A    Very short period.  Lou and I were

 4   close.

 5             MR. SUSSMAN:  You answered.

 6        Q    And just tell me, how did you come to

 7   learn the building permit process in this short

 8   time, was it Lou or somebody else teach you the

 9   job?

10        A    I know a lot about the contracting

11   world.  I knew a lot, to begin with going in.  I

12   had to learn their way, their paperwork.

13        Q    Well, what was your prior experience

14   with the being permits or the process, as you

15   say?

16        A    I like home improvements and

17   contracting, it's in our family.  As a child, I

18   was telling Mr. Sussman, my father -- we built

19   numerous houses together.  I'd be nine years old,

20   all five kids would help my father.  So, am I a

21   contractor?  No.  But do I know a lot about the

22   process and how it works?  Yes.

23        Q    Okay.  And from what you knew from,

24   let's say your family relationships, how did that

25   help you as the deputy village clerk?
```

Case 7:19-cv-06838-PMH   Document 155-5   Filed 03/09/21   Page 37 of 244
Case 7:18-cv-11170-CS   Document 60-3   Filed 05/21/20   Page 96 of 243

36

1                    NOREEN SHEA

2          A     Oh, immensely.  Lou and I would have

3     great conversations on, you know --

4          Q     Well, can you be more specific as to

5     how did it help you in terms of processing a

6     building application?

7          A     I understood how it worked, you know,

8     the pouring of the foundations, to framing, the

9     inspections; electrical, plumbing, and all the

10    final for C/O.  I understood how a lot of that

11    went.

12         Q     All right.  And what was your

13    understanding of the timeframe for processing a

14    building permit, when you were deputy village

15    clerk for Pomona?

16         A     It could be 30 days.

17         Q     And why was it 30 days, to your

18    understanding?

19         A     You have to review the plans, approve.

20         Q     Okay.  Was 30 days something -- a

21    policy of the village, or was it set forth in

22    some type of statute or regulation or law?

23         A     I don't know village policy.

24         Q     Okay.  Was 30 days, in your opinion was

25    30 days a reasonable period of time to process a

Case 7:19-cv-06838-PMH   Document 155-5   Filed 08/09/21   Page 38 of 244
Case 7:18-cv-11170-CS   Document 60-3   Filed 05/11/20   Page 37 of 243

37

                        NOREEN SHEA

2   building permit application?

3       A    In my opinion?

4       Q    As deputy village clerk?  Again, all my

5   questions relate to you as deputy village clerk.

6   Yes, in your opinion, was 30 days sufficient to

7   process a --

8       A    I don't think my opinion counts on

9   anything, it's what the policy is.

10      Q    Well, when you were processing the

11  building permit application as deputy village

12  clerk, was 30 days enough time to process an

13  application?

14      A    Yes.

15      Q    Were there occasions when it was not a

16  enough time to process an application?

17      A    Were there occasions?

18      Q    Do you recall any specific instances

19  where 30 days was not enough time?

20          MR. SUSSMAN:  Just note my objection.

21      It's not really clear when you say not

22      enough time.  You can answer the question,

23      if you understand it.  Was it enough time

24      for whom?

25          MR. DeGUISEPPE:  Well, for her.

Case 7:19-cv-06838-PMH   Document 155-5   Filed 03/09/21   Page 39 of 244
Case 7:18-cv-11170-VS   Document 50-3   Filed 05/11/20   Page 38 of 243

38

```
 1                    NOREEN SHEA
 2        Q     From your point of view.  Were you able
 3   to --
 4        A     It doesn't matter what I think, I'm not
 5   the one approving it.
 6        Q     All right.  Do you recall any specific
 7   instances while you were deputy village clerk,
 8   where 30 -- where you were unable to process a
 9   building permit application from the 30-day
10   period?
11        A     There was a couple that sat on my desk
12   for six months, one that sat there for a year.
13        Q     Well, I want you to tell me about each
14   one of those; whose application it was and what's
15   the reason for the application sitting there for
16   longer than 30 days?
17        A     They were waiting for --
18        Q     Who's they?
19        A     Who's they?  The building inspector --
20   I'm trying to think.  Hold on, wait, I'm trying
21   to think of the name.  I forgot the name.  But I
22   would constantly ask him.  They were grading the
23   backyard I believe.  Gosh, what's the name?  And
24   she actually wrote me a check, that's the reason
25   I would question it.  And I would show him month
```

Case 7:19-cv-06838-PMH   Document 155-5   Filed 03/09/21   Page 40 of 244
Case 7:18-cv-11170-KMK   Document 50-3   Filed 05/11/20   Page 39 of 243

39

1                    NOREEN SHEA

2    after month, oh waiting on Joe Corless

3    (phonetic), the village engineer to approve; or

4    I'm waiting or Doris Ulman; or we're waiting on,

5    the name was Celentano, I always remembered that.

6    So whatever, you know, they were waiting on

7    something, you know, some approval of something.

8        Q    This was a building permit application

9    of someone named Celentano, is that it?

10       A    No.  No, no, he was the contractor that

11   was doing this grading.

12       Q    Do you recall who he was doing the

13   grading for or who he wanted to do the grading

14   for?

15       A    You know --

16       Q    You can't ask him questions.

17       A    I know.  I can't think of the name.

18   Wait a second.  Okay.  It will come.  Not right

19   now.  Give me -- it'll come to me.  I can see the

20   check on my desk, it was there for a year.

21           MR. SUSSMAN:  Okay.  Let Mr. DeGiuseppe

22       ask you what he'd like to.

23       Q    Okay.  You said there was more than one

24   instance where you weren't able to process an

25   application in thirty days you identified this

Case 7:19-cv-06838-PMH   Document 155-5   Filed 08/09/21   Page 41 of 244
Case 7:16-cv-11170-CS   Document 60-3   Filed 05/11/2021   Page 40 of 243

40

```
 1                    NOREEN SHEA

 2   Celentano you said it was an engineer.  Any other

 3   specific instances come to mind where an

 4   application was not -- where a building permit

 5   application was not processed within 30 days?

 6        A    Oh, Robert Klein was the classic case.

 7        Q    Who was Mr. Klein?

 8        A    Mr. Klein was a resident.

 9        Q    And --

10        A    He's a trustee now, I believe.

11        Q    What did that case involve?

12        A    I know he applied for a permit numerous

13   times.  Very persistent gentleman.  Raising his

14   house.

15        Q    And what was your understanding of why

16   his application was not processed within 30 days?

17        A    My understanding?  He told me they

18   wanted to put in a basement, I think the ceiling

19   was really low and they wanted to make it

20   liveable, and they were raising the house a

21   couple of feet so they can have the downstairs.

22        Q    Okay.  That tells me what he wanted to

23   do.  But I guess I'm asking, why wasn't the

24   village able to process that application within

25   30 days?
```

Case 7:19-cv-06838-PMH   Document 155-5   Filed 08/09/21   Page 42 of 244
Case 7:18-cv-11170-CS   Document 50-5   Filed 05/11/20   Page 41 of 243

41

                         NOREEN SHEA

1

2        A     Why?

3        Q     If you don't recall --

4        A     I don't want to -- I could hear the

5   building -- Lou Zummo's comments:  He's building

6   a hotel.  I mean, I don't know why.  I mean, I

7   could hear all the sarcasm.

8        Q     Again, you don't know why it took more

9   than 30 days; is that your answer?

10       A     It went on.  It went to the ZBA.

11       Q     No.  But my question is, do you know

12  why Mr. Klein's application took more than 30

13  days to process?

14       A     Besides all the sarcastic comments, no.

15       Q     Was his application ever approved?

16       A     No, it went to the ZBA.

17       Q     And do you know what happened at the

18  ZBA?

19       A     Oh gosh, yeah.  That was bad.

20       Q     Bad for whom, Mr. Klein or the village?

21       A     No, I think for the village.  I

22  remember they said it should never have gone to

23  the ZBA, it should just be a permit.  And it went

24  back to Lou.  He did get the permit.

25       Q     Mr. Klein got the permit?

Case 7:19-cv-06838-PMH   Document 155-5   Filed 03/09/21   Page 43 of 244
Case 7:16-cv-11170-CS   Document 50-3   Filed 05/11/20   Page 42 of 243

42

                         NOREEN SHEA

 1

 2          A     Um-hmm.

 3          Q     You have to say yes, you can't say

 4    um-hmm.  You didn't say yes, you said um-hmm but

 5    she can't interpret.

 6          A     Mr. Klein did get the permit.

 7          Q     How about the grading permit, was that

 8    ever approved, as far as you know, the one that

 9    you identified Mr. Celentano being --

10          A     I don't know.  I got fired.  I never --

11    that was still on my desk, I gave it to Fran.

12          Q     Okay.  So that was still pending?

13          A     Um-hmm.  The check was still on my

14    desk.

15          Q     Aside from these two instances, any

16    other specific cases where a building permit

17    application was not processed within 30 days?

18          A     I can't recall off the top of my head.

19          Q     All right.  When you were deputy

20    village clerk, when someone filed a building

21    permit application what were the steps in terms

22    of processing that application and ultimately

23    making a decision on it whether approved or

24    denied?

25          A     Okay.  Lou Zummo was not there a lot,

Case 7:19-cv-06838-PMH   Document 155-5   Filed 03/09/21   Page 44 of 244
Case 7:18-cv-11170-CS   Document 50-3   Filed 05/11/20   Page 43 of 243

43

NOREEN SHEA

2   part-time.  If he was there I usually got him an

3   hour or two in the morning and then he did

4   inspections.  His time was precious.  People

5   would come to the counter, I want to make a

6   kitchen or a deck or whatever, I would say okay

7   the building inspector is here Monday, Wednesday,

8   Friday -- depends because sometimes he was

9   Monday, Wednesday, Thursday, and I would say the

10  best time to catch him is before 9:00 -- because

11  Lou is usually in early, if you want to have a

12  conversation with him.

13         This is the application I need you to

14  fill out this, this, this, this; very specific.

15  I'd say, you can ignore this part.  I need a

16  drawing, I need to know who your contractor is,

17  write it down.  I need your Rockland County

18  license, I need his three insurances.  If it was

19  a deck, that was it.  If it was putting in a

20  kitchen, I needed your electrician, I needed your

21  plumber, it would even go into detail.  So it was

22  pretty specific.  I emphasized to people exactly

23  what they needed.

24      Q    Okay.  And after would you make this

25  request of the applicant, like what would happen

Case 7:19-cv-06838-PMH   Document 155-5   Filed 03/09/21   Page 45 of 244
Case 7:18-cv-11170-US   Document 60-3   Filed 05/11/20   Page 44 of 243

44

                        NOREEN SHEA

1

2    next after they provided you with all the

3    requested documents?

4         A    I gave it to Lou Zummo and then Lou

5    would have to deny it or approve it.

6         Q    What was your understanding of how he

7    was supposed to do that, did he conduct an

8    inspection?

9              MR. SUSSMAN:  Objection to form.

10             THE WITNESS:  How?

11        Q    Yeah.  In other words, you say you gave

12   it to Lou Zummo to deny or approve, what was your

13   understanding of how Lou was supposed to do this?

14        A    He would look at the drawings, look at

15   the contractors, make sure all the paperwork, you

16   know --

17        Q    Did you schedule inspections for Lou?

18        A    Yes, all of them.

19        Q    And you were responsible for scheduling

20   these inspections?

21        A    Yes.

22        Q    Okay.  And what days of the week did

23   you schedule these inspections for him, if you

24   recall?

25        A    The days he was working, usually

Case 7:19-cv-06838-PMH   Document 155-5   Filed 08/09/21   Page 46 of 244
Case 7:18-cv-11170-CS   Document 60-3   Filed 05/11/20   Page 45 of 243

45

1                    NOREEN SHEA

2    Monday, Wednesday, Friday.  He was part-time,

3    then he was full-time, and then he was part-time

4    again, then he was full-time, then he was back to

5    part-time, so depending on --

6         Q    Depending on the timeframe?

7         A    Um-hmm.

8         Q    So when he was part-time, how many

9    hours a day did he work?

10        A    Usually 9:00 to 1:00, was his scheduled

11   time.

12        Q    On average, how many inspections did

13   you schedule a day for Mr. Zummo?

14        A    Probably anywhere, it could be two,

15   three, four, zero.

16        Q    And --

17        A    Never -- not a lot.  Like he would tell

18   me, in their mind, he had 15 inspections

19   yesterday or 25 inspections, you know, so we

20   never reached those numbers.  Never.

21        Q    And how long was each inspection

22   scheduled for?

23        A    It depends on what kind of inspection

24   is it.

25        Q    Can you give me examples?

Case 7:19-cv-06838-PMH   Document 155-5   Filed 08/09/21   Page 47 of 244
Case 7:18-cv-11170-VS   Document 60-3   Filed 05/11/20   Page 46 of 243

46

NOREEN SHEA

2     A    Like the violation search; if someone

3   is selling their house we would have to go in

4   mostly looking for the carbon monoxide, you know,

5   smoke detectors.  We could look -- I would print

6   out all the permits on the house, say there was

7   zero or no permits and there was a pool in the

8   backyard and a deck, then we would know, or you

9   go downstairs and there was an illegal basement,

10  that's how we found a lot of things.

11     Q    So those are inspections conducted in

12  connection with the sale of the house?

13     A    Yes.

14     Q    If someone wanted to install a new

15  kitchen, how long would that inspection be

16  scheduled for?

17     A    Well there's numerous inspections for

18  that kitchen, you know.

19     Q    Can you explain the steps.  What are

20  the different types of inspections that you're

21  required for that?

22     A    Are we moving walls?  Framing, there's

23  electrical, there's plumbing.  Depends on what

24  you're doing.

25     Q    So it would depend on the nature of the

Case 7:19-cv-06838-PMH   Document 155-5   Filed 08/09/21   Page 48 of 244
Case 7:16-cv-11170-CS   Document 60-3   Filed 05/11/20   Page 47 of 243

47

```
 1                   NOREEN SHEA

 2   work?

 3         A    Um-hmm.  And then, you know, when it's

 4   all closed up and --

 5         Q    Did Lou ever complain to you about your

 6   scheduling of his inspections?

 7         A    No, but the mayor.

 8         Q    Okay.  And when was that, if you

 9   recall:  Was it constant, was it once, was it

10   more than once?

11         A    No, it was a lot.  It was a lot.  The

12   mayor had a lot to do with messing up our

13   scheduling.

14         Q    Okay.  And can you be more specific

15   about how he messed up?

16         A    I would have Lou scheduled for two,

17   three, or whatever appointments, and the mayor

18   would come in and say, Lou I want you in my

19   office and take him in; this happened dozens of

20   times.

21         Q    Let me just take a step back.  The

22   scheduling of inspections, did you do this on a

23   weekly basis, a monthly basis, or as-needed

24   basis?

25         A    As-needed basis.
```

Case 7:19-cv-06838-PMH   Document 155-5   Filed 03/09/21   Page 49 of 244
Case 7:16-cv-11170-US   Document 60-5   Filed 05/11/20   Page 48 of 243

48

```
 1                    NOREEN SHEA
 2        Q     Okay.  And was this on some kind of
 3   computer program that was accessible by the mayor
 4   or anybody else?
 5        A     It was accessible, most I would say
 6   every inspection I sent to Lou and mayor almost
 7   every e-mail I sent out the mayor was CC'd on.
 8   If I put an inspection on, it was sent to him
 9   right away.
10        Q     Sent to who, Lou or the mayor?
11        A     Lou and the mayor.
12        Q     Was it put on a calendar or was it just
13   an e-mail?
14        A     It was a calendar.
15        Q     Was it a Microsoft Office calendar or
16   something?
17        A     Yes, Outlook.
18        Q     All right.  And you said the mayor had
19   issues with certain scheduling.  Can you think of
20   any examples where he had an issue with your
21   scheduling?
22              MR. SUSSMAN:  Objection to form.  You
23        can answer.
24              THE WITNESS:  Can you repeat that?
25        Q     I think you said, you indicated that
```

Case 7:19-cv-06838-PMH   Document 155-5   Filed 03/09/21   Page 50 of 244
Case 7:18-cv-11170-CS   Document 50-3   Filed 05/11/20   Page 49 of 243

49

                        NOREEN SHEA

1

2    Lou didn't have any issues with the scheduling,

3    correct?

4        A    Not really.  No.  Lou really -- we had

5    a good communication, Lou and I at first and we

6    were, I mean I thought good friends.

7        Q    Well, did the mayor have any issues

8    with your scheduling of the building inspector?

9        A    Yes.

10       Q    Can you recall any specific examples of

11   where he had an issue?

12       A    A lot.  Well, I shouldn't say a lot.

13   Like I remember this one when Mr. Hirskowitz

14   would call up.  And Mr. Hirskowitz is an orthodox

15   builder, everybody knows him, he's building 41

16   homes.  I don't know what it is now, but back

17   then it was 41 homes.  And I remember when he

18   called and I said, oh I got a cancelation I'll

19   put you on tomorrow; oh my gosh, I got in so much

20   trouble.  It was like -- and I couldn't

21   understand why.

22       Q    Well, let's just back up a second, it's

23   not clear who you got in trouble with.  I mean,

24   you tell Mr. Hirskowitz you could put him on for

25   tomorrow.  Okay.  Now, did he accept that?  Did

Case 7:19-cv-06838-PMH Document 155-5 Filed 03/09/21 Page 51 of 244
Case 7:16-cv-11170-CS Document 50-3 Filed 05/11/20 Page 50 of 243

50

NOREEN SHEA

2  he wanted to have it the next day?

3      A    Oh wonderful.

4      Q    Okay.  Now, what happened next that you

5  had trouble?

6      A    I remember the mayor was questioning

7  me, I see you put this on the calendar, you know,

8  how much time, when did he call, you know, he

9  called this morning.  And he questioned me, why

10 did you put him on so fast?  Why did you -- you

11 know, and I'd say well I had a cancelation.

12     Q    Okay.  And did the mayor tell you why

13 he didn't want to have Mr. Hirskowitz's

14 inspection done the next day?

15     A    He would not say why, no, he would not

16 give that.  He would say that, you know, you can

17 make them wait, you know, a week or 10 days, you

18 ever don't have to do that; that was said a lot.

19     Q    Okay.

20     A    And believe me, as time went on I tried

21 to play that game and schedule a week or two out

22 so I wouldn't get in trouble.

23     Q    Well, how often was the mayor in the

24 office during working days?

25     A    Oh, I would say every single day.  And

Case 7:19-cv-06838-PMH   Document 155-5   Filed 03/09/21   Page 52 of 244
Case 7:18-cv-11170-VS   Document 60-3   Filed 05/11/20   Page 51 of 243

51

                        NOREEN SHEA

2    everybody was praying that he would get a job,

3    that's all they kept telling me.

4        Q    All right.  So approximately how many

5    hours a week did he work as mayor?

6              MR. SUSSMAN:  You mean at the office?

7              MR. DeGUISEPPE:  Yeah.

8              THE WITNESS:  How many hours was he

9         there when I first started?  He was there

10        before I got there, a lot of times sitting

11        at my desk, and he was there when I left.  I

12        mean, he put a lot of hours.

13       Q    Did you ever complain that the mayor

14   was only there for 12 or 15 hours a week?

15       A    Did I ever complain?

16       Q    Yeah.

17       A    No.

18       Q    All right.  So what was your

19   understanding of why the mayor had an issue with

20   the scheduling of Mr. Hirskowitz's inspection the

21   day after he requested it?

22       A    At first I didn't understand why.  I

23   had an opening, you know --

24       Q    And did there come a time when you

25   formed an opinion as to why --

Case 7:19-cv-06838-PMH   Document 155-5   Filed 03/09/21   Page 53 of 244
Case 7:16-cv-11170-CS   Document 60-3   Filed 05/11/20   Page 52 of 243

52

```
 1                    NOREEN SHEA
 2        A    Well, Lou would basically tell me,
 3   yeah.
 4        Q    And what did Lou tell you?
 5        A    Lou?  You guys know Lou, right?  Lou
 6   would say, you're helping the Jews, that's why,
 7   and he would always do that.  And he would always
 8   talk in that manner.
 9        Q    Imitating a --
10        A    Yes.
11        Q    -- a Jewish accent?
12        A    Yeah.  He would say you could have made
13   that in a week or two, that appointment, and then
14   I'd be like but somebody canceled, you're
15   available, and that was no, no, no.
16        Q    Aside from Mr. Hirskowitz, can you
17   think of any other individual who the mayor had
18   an issue with the scheduling because that person
19   was of the Jewish faith?
20        A    A lot -- honestly all the folio
21   requests, all the inspections.
22        Q    I'd like you to give me names of anyone
23   other than Mr. Hirskowitz that you can recall, as
24   you sit here today?
25        A    Well Mr. Hirskowitz is the builder,
```

Case 7:19-cv-06838-PMH   Document 155-5   Filed 03/09/21   Page 54 of 244
Case 7:18-cv-11170-VS   Document 60-3   Filed 05/11/20   Page 53 of 243

53

1                    NOREEN SHEA

2    so -- a specific name?

3         Q    Yes.

4         A    No.

5         Q    When Lou was taking about helping the

6    Jews, was he referring to all Jews or a certain

7    sect of Jews that live in the village?

8         A    You would have to ask Lou that

9    question, first of all.

10        Q    What you understood?

11        A    Lou told me, I remember one day, he's

12   like there's, I think there was four or five

13   levels of Jews and he said the lowest are the

14   real Hasidics, and he did this whole impression

15   of, you know -- but the orthodox are the classy

16   ones, and he did this whole description of them.

17   And I remember he said my neighbor, oh that's not

18   a real Jew, the Shavacmans' (phonetic) they were

19   good friends of ours, and I said what do you

20   mean?  They weren't Orthodox.  So as time went on

21   you got the picture of what was going on.

22        Q    Well, let me ask you this, before you

23   had this encounter with Lou, I mean what was your

24   understanding of the different sects of Judaism,

25   of those residents of the village?

Case 7:19-cv-06838-PMHS   Document 155-5   Filed 03/09/21   Page 55 of 244
Case 7:18-cv-11170-US   Document 50-5   Filed 05/11/20   Page 54 of 243

54

1                        NOREEN SHEA

2          A      I grew up in a very Jewish

3     neighborhood, I don't really think --

4          Q      Well, you mentioned the word Orthodox

5     to describe --

6          A      Um-hmm.

7          Q      You have to say yes.

8          A      Yes.

9          Q      Okay.  Can you name any other sects of

10    Judaism as you sit here today?

11         A      Hasidic and -- no, I don't know any --

12         Q      I'm just asking what you know.

13         A      Yeah.  I really don't know that but,

14    you know --

15         Q      Did you ever hear Mayor Yagel tell you

16    not to schedule a building inspection for someone

17    because they were Jewish?

18         A      Never said those words.

19         Q      Well, that's what I'm asking you.

20         A      He would say, you can make them wait 10

21    days.

22         Q      Did he tell you why to make them wait

23    10 days?

24         A      No, he wouldn't say why.

25         Q      So basically your understanding is,

Case 7:19-cv-06838-PMH Document 155-5 Filed 08/09/21 Page 56 of 244
Case 7:18-cv-11170-CS Document 60-5 Filed 05/11/2021 Page 55 of 243

55

1                    NOREEN SHEA

2    from what Lou told you about, the mayor's reasons

3    were wanted to delay building inspections for

4    certain individuals of the Jewish faith?

5        A    You could see -- the vocabulary there,

6    you know.  Why did you --

7        Q    No, I'm just talking about the mayor.

8    That wasn't responsive.

9             MR. SUSSMAN:  That was responsive

10           because you said the only reason that you

11           came to that conclusion is because of what

12           Zummo told you, she's answering the

13           question, so it is responsive.  Explain the

14           basis, he's asking, if I hear what he's

15           asking you, from your belief that the mayor

16           had antisemitic agenda?  That's what you're

17           asking.

18            MR. DeGUISEPPE:  Right.

19            THE WITNESS:  Yes.  You heard on the

20           tone.

21       Q    And what it's based upon?

22       A    You heard in the tone.  You know it was

23   a antisemitic atmosphere.  You knew it.  You felt

24   it.  It was, the them.  You don't have to get

25   them.  That was -- I used to say, who's them?  A

Case 7:19-cv-06838-PMH   Document 155-5   Filed 03/09/21   Page 57 of 244
Case 7:18-cv-11170-CS   Document 60-3   Filed 05/11/20   Page 56 of 243

56

                       NOREEN SHEA

 1   lot.

 2       Q     All right.  Did he ever tell you what

 3   he meant by the them?

 4       A     99 percent of the people that came to

 5   that counter were Jewish, mostly Orthodox Jews.

 6       Q     Okay.  But I'm asking you, how did

 7   you -- from hearing the mayor say things or

 8   whatever other interaction you had with the

 9   mayor, did you ever hear him say anything that

10   you considered to be antisemitic or otherwise

11   treat Jewish applicants differently?

12       A     You heard the anti -- you can hear it

13   in the tones in the -- the classic one was:  Go

14   buy pork rinds for our guests when they come in,

15   ha, ha, ha, ha; that's not funny.

16       Q     How many times did he say that?

17       A     How many times?  Once.  But wow.  I

18   remember that.

19       Q     Were there pork rinds bought for --

20       A     No.  Of course we wouldn't put it on.

21       Q     And there was a candy dish right, on

22   the counter, is that --

23       A     Fran and I, and I suggested Kosher.

24       Q     Okay.  I just want to put this in

Case 7:19-cv-06838-PMH   Document 155-5   Filed 03/09/21   Page 58 of 244
Case 7:18-cv-11170-CS   Document 60-3   Filed 05/21/2021   Page 57 of 243

57

```
 1                    NOREEN SHEA
 2    context, the pork rind comment.  In the village
 3    clerk's office there's a candy dish, correct?
 4         A    Usually a cookie.
 5         Q    All right.  And that's what he was
 6    referring to when he said pork rinds, to put pork
 7    rinds in there instead of the cookies or candy?
 8    I'm trying to put it in context.
 9         A    I don't understand.  What are you
10    saying, the candy dish?
11         Q    Okay.  What was your understanding for
12    the reason he asked you to buy pork rinds?
13         A    He said the comment, I was shocked.
14    Fran was shocked.  We were all shocked that he
15    made such a comment, you know, and laughed and
16    walked out and I was, like, wow, wholly macro,
17    like.  So that is the kind of environment you
18    felt.  So when you ask me, did he say?  He didn't
19    say, don't give the Jews permits, but you knew.
20    You felt this antisemitism that -- well, why are
21    you giving them, you know?  So it was -- I was
22    frustrated.  It was like okay, you want me to
23    make them wait?  I remember an 18 FOIL request on
24    my desk and Fran would say, why do you have this?
25    I have to make them wait.  This one's got four
```

Case 7:19-cv-06838-PMH   Document 155-5   Filed 03/09/21   Page 59 of 244
Case 7:18-cv-11170-CS   Document 60-3   Filed 05/11/20   Page 58 of 243

58

1                         NOREEN SHEA

2    days left, this one's got three.  I had 18 of

3    them.  I said, isn't that what I have to do?

4    Because you guys constantly yell at me if I do

5    things too fast or if I help people.

6         Q    Well, let me just back up.  What was

7    the context of the mayor making the pork rind

8    comment, was it he just blurts it out or was it

9    some other reason that he was responding to some

10   statement made by someone?

11        A    I guess blurted it out.

12        Q    No.  You were there when he said it

13   correct, the pork rind statement?

14        A    Oh yes.

15        Q    Okay.  Did he walk into the room where

16   you were and just blurted it out or did something

17   else happen at the time?

18        A    First of all, the mayor is there a lot.

19   He's standing at the counter, Fran and I are

20   sitting there.  Did he just walk in?  He's there

21   a lot.  I don't really understand what you're --

22        Q    No, I'm asking what you recall.  Was

23   there any reason -- I'm sorry.  What were the

24   circumstances of him making that comment, did he

25   just walk in the room and blurt it out or did

Case 7:19-cv-06838-PMH   Document 155-5   Filed 03/09/21   Page 60 of 244
Case 7:18-cv-11170-US   Document 50-3   Filed 05/11/20   Page 59 of 243

59

```
 1                    NOREEN SHEA

 2   something else make cause him to say that?

 3       A    I don't know.

 4       Q    To your understanding.

 5            MR. SUSSMAN:  Just let me try it for

 6       one minute.  Before Yagel made this comment

 7       that you testified about, do you remember

 8       whether there was a discussion going on as

 9       between you and him and anyone else?

10            THE WITNESS:  No, I don't recall.

11            MR. SUSSMAN:  All right.

12       Q    And you made a comment that 99 percent

13   of the applicants were of the Jewish faith for

14   building permits.

15       A    Um-hmm.

16       Q    Correct?

17       A    Yes.  Most of the people --

18       Q    Just 'cause you said um-hmm again.

19       A    Yes.

20       Q    All right.  So what is your basis of

21   comparison that the mayor wanted the building

22   applications of Jewish applicants delayed

23   processing on, if 99 percent were Jewish?

24            MR. SUSSMAN:  Object to form.  You can

25       answer.
```

Case 7:19-cv-06838-PMH Document 155-5 Filed 03/09/21 Page 61 of 244
Case 7:16-cv-11170-US Document 50-3 Filed 05/11/20 Page 60 of 243

60

NOREEN SHEA

2          THE WITNESS:  You could see when I

3      would give Lou -- Lou what's going on

4      Mr. So-and-so called, you know, it's three

5      weeks; woe, woe, woe, why are you rushing

6      me?  I'm not rushing you I just want to know

7      status, it's three weeks.  You know, that

8      would happen.  You know.  And Lou would

9      basically say, I can't do it too fast so

10     kill me if I give them the permit, you know.

11     You felt the delay.  You knew.  I'd say,

12     okay, you know, but just they called again

13     or they called for the tenth time or they

14     want to know the status of it, you know.

15     Q    Now, you're talking about specific

16  cases or the 99 percent of the applicants who

17  applied?

18     A    Most of the applicants, you know.  And

19  they would always say, you know, when would my

20  permit be ready?  And I'd say, the building

21  inspector has to approve it, and this and that.

22     Q    All right.  Did you ever witness Mayor

23  Yagel impersonating a Jewish resident or any

24  other --

25     A    Yes.

Case 7:19-cv-06838-PMH   Document 155-5   Filed 03/09/21   Page 62 of 244
Case 7:16-cv-11170-CS   Document 60-3   Filed 05/11/20   Page 61 of 243

61

```
 1                     NOREEN SHEA

 2        Q     Okay.  And who did he impersonate?

 3        A     Who?

 4        Q     Yeah.

 5        A     Well, probably Mr. Hirskowitz would be

 6   one.  But they would --

 7        Q     I'm talking about the mayor now, not

 8   they.

 9        A     Okay.  But the mayor was always talking

10   to Lou.  The mayor and Lou.  And they always did

11   their -- we got to make the monies, you know, so

12   they were always doing this banter back and forth

13   in this --

14        Q     Jewish accent?

15        A     Yeah.  What is that comedian?  Oh, I

16   can't ask a question.  But he always did that,

17   you know.  Every day it was that environment and

18   so you saw it, you felt it, you knew it.

19        Q     Were you responsible for handing that

20   Freedom of Information Law request?

21        A     Yes.

22        Q     And what was the process for handling

23   these types of requests?

24        A     Person -- mostly realtors, I would say

25   that was most of my FOIL request and they just
```

Case 7:19-cv-06838-PMH   Document 155-5   Filed 03/09/21   Page 63 of 244
Case 7:18-cv-11170-CS   Document 60-3   Filed 05/11/20   Page 62 of 243

62

```
 1                    NOREEN SHEA

 2      wanted, not residents, people looking to purchase

 3      a home would come to the counter and ask to see

 4      the survey or the file of a certain property they

 5      were interesting in buying, that was mine.

 6          Q    Okay.  Was there a form they had to

 7      fill out to complete the FOIL request?

 8          A    Yes.

 9          Q    And what was that form called?

10          A    FOIL request form.

11          Q    And what was the processing time?

12          A    Five days.  I did mine that --

13               MR. SUSSMAN:  You answered the

14          question.

15          Q    What was the procedure at that time?

16      When you were a deputy village clerk, what was

17      the procedure for processing the FOIL request?

18          A    I would get the FOIL request, they

19      would ask for the survey, I would get the survey

20      make the copy 25 cents, then I would fill out a

21      receipt book for 25 cents, give it to them, thank

22      you, have a nice day.

23          Q    Outside of surveys, did you have any

24      other types of FOIL requests that you handled?

25          A    Yeah, it could be anything in the
```

Case 7:19-cv-06838-PMH   Document 155-5   Filed 08/09/21   Page 64 of 244
Case 7:16-cv-11170-CS   Document 50-3   Filed 05/11/20   Page 62 of 243

63

```
 1                    NOREEN SHEA

 2   building department; zoning, planning.

 3        Q     Just give me examples.

 4        A     You can ask the blueprints, the sewer

 5   plan, the -- you know, the file is a public

 6   knowledge of a property so you can ask for

 7   anything that's in that file on that house.

 8        Q     Did there come a time when you had to

 9   have someone else review a FOIL request that you

10   were handling?

11        A     I'm sorry?

12        Q     Were there any occasions in which you

13   had to have someone else from the village review

14   a FOIL request other than yourself?

15        A     Review?

16        Q     Yeah.

17        A     Probably every one of them was reviewed

18   either by Doris or the mayor; you didn't do

19   anything without approval.

20        Q     And just for the record, who was Doris

21   at the time?

22        A     Doris Ulman, the village attorney.

23        Q     Just for the record.  All right.  And

24   did they give, either one of them give you

25   instructions to have them review a FOIL request
```

Case 7:19-cv-06838-PMH   Document 155-5   Filed 03/09/21   Page 65 of 244
Case 7:16-cv-11170-CS   Document 50-3   Filed 05/11/2021   Page 64 of 243

64

1                    NOREEN SHEA

2      before filling that request?

3           A     Did they give me intrusion?

4           Q     Yes.

5                MR. SUSSMAN:  A general instruction is

6           what you're talking about?

7                MR. DeGUISEPPE:  Right.

8                MR. SUSSMAN:  Was there a general

9           instruction that they approved or reviewed

10          the request before you gave it to the

11          general public, is what he's asking, just

12          generally.

13               THE WITNESS:  No, I would get the FOIL

14          request, a survey, if it was simple.  But if

15          it was somebody asking for -- I remember

16          there was an Orthodox man asked for a file

17          on -- I'm trying to think of the address, I

18          think it was 82 Halley I believe it was, and

19          it was just starting the undedicated

20          properties, I believe that's the one, and he

21          asked to see the file and filled the FOIL

22          and I gave him the file I remember I got in

23          trouble, I had to hold the file back from

24          now on, don't let them see it.  And me

25          sitting at my desk they have to tell me what

Case 7:19-cv-06838-PMH   Document 155-5   Filed 03/09/21   Page 66 of 244
Case 7:18-cv-11170-CS   Document 60-3   Filed 05/11/20   Page 65 of 243

65

1                    NOREEN SHEA

2          they want to see, so you would have to ask

3          specifically you know.

4          Q     I thought you were going to start

5     answering the question that you said there were

6     certain types of FOIL requests that you had to

7     have someone else review, in general.  In

8     general, what types of --

9          A     Yeah, what happened was --

10         Q     In general --

11         A     That one I had to give to Doris.

12         Q     Hold on, let me finish.  In general,

13    what types of FOIL requests would have to be

14    reviewed either by the mayor or Ms. Ulman?

15         A     This one was on an undedicated road,

16    this home, so I believe I sent it to Doris and

17    the mayor oversees everything so, and I remember

18    it became a big issue because it was right on the

19    border this house was on the dedicated part of

20    the hill and that one wasn't, and the man wanted

21    to build a home.  Basically I gave --

22         Q     Do you recall the man's name?

23         A     It's a hard name to remember.  No, I

24    can't.  It would be a difficult name.

25         Q     You said that he was an Orthodox Jew,

Case 7:19-cv-06838-PMH Document 155-5 Filed 03/09/21 Page 67 of 244
Case 7:18-cv-11170-CS Document 60-3 Filed 05/11/20 Page 66 of 243

66

1                  NOREEN SHEA

2    how would you know that?

3        A    By his attire, you know, the normal

4    yamaka, the tassells.

5             MR. SUSSMAN:  Let me take a two-minute

6        break.

7             (Thereupon, a short break was had.)

8             (Thereupon, a portion of the record was

9             read back by the court reporter.)

10       Q    I just want to try one more time about

11   going back to the FOIL requests.  Were there any

12   specific instructions or directives to you to

13   have certain types of FOIL requests reviewed by

14   either Doris Ulman or the mayor?  And if yes,

15   what types?

16       A    Again, I want to emphasize, a FOIL

17   request that I did never went out unless it was

18   approved by Fran, the mayor or Doris, even if it

19   was just a survey.  So what would be -- like, I

20   remember when that man asked for information on

21   that 82 Halley it was an undedicated property, so

22   I had to ask Lou about it, Doris, and of course

23   the mayor he CC'd on everything, so that would be

24   one.  Another one, Mr. Banks when he came in and

25   he FOIL'd all open permits and that turned into a

Case 7:19-cv-06838-PMH   Document 155-5   Filed 03/09/21   Page 68 of 244
Case 7:18-cv-11170-CS   Document 50-3   Filed 05/11/20   Page 67 of 243

67

                         NOREEN SHEA

1       huge -- 'cause I went right to my computer I went

2       open permits 1967 to current and printed it out

3       and Doris Ulman said, that document never

4       existed.  We didn't have it, so deny it.  And I

5       remember seeing him, Doris and Brett were both

6       going, but you made it, and I said but you can

7       you just punch it in, you know, permits, open,

8       and it automatically prints; but we didn't have

9       it, you don't have to give it to him, so that was

10      another example.

11      

12          Q    All right.  Let me ask you this; what

13      was Fran -- and I'll call her Fran also.  Was

14      Fran also responsible for responding to FOIL

15      requests?

16          A    Yes.

17          Q    Okay.  And was there some type of

18      delineation between your job duties for FOIL

19      request and your job duties for FOIL request?

20      And if so, please explain.

21          A    She took care of her clerk duties,

22      treasury any of those kind of FOIL requests.  I

23      took care of mostly building, if anyone wanted

24      minutes of a planning board meeting or a ZBA

25      meeting, now they had to be approved.

Case 7:19-cv-06838-PMH Document 155-5 Filed 08/09/21 Page 69 of 244
Case 7:18-cv-11170-CS Document 50-3 Filed 05/11/20 Page 66 of 243

68

```
 1                    NOREEN SHEA

 2        Q    Which ones?

 3        A    Minutes of a planning board meeting or

 4   ZBA matter.

 5        Q    Those types of requests had to be

 6   approved?

 7        A    Approved.

 8        Q    By who?

 9        A    Mayor, Doris Ulman.  Very hard to get

10   those.  Very hard.  They were off premises.

11        Q    Okay.  Did you handle any types of

12   those --

13        A    Yes, it took me a while.  I had to get

14   from the woman who did the minutes at the meeting

15   it was Mavrin Toll (phonetic) I think, and she

16   stored everything at her house.

17        Q    Who's she?

18        A    She would take the minutes.

19        Q    Oh, the woman who took the minutes?

20        A    Yes.  So I remember a gentleman came in

21   and he wanted the minutes of a meeting, and it

22   was just so hard to get, then it had to be

23   reviewed by Doris, the mayor, this, it took a

24   long time before I could get them approved.

25        Q    Okay.  And why did it take a long time,
```

Case 7:19-cv-06838-PMH   Document 155-5   Filed 03/09/21   Page 70 of 244
Case 7:18-cv-11170-CS   Document 60-3   Filed 05/11/20   Page 69 of 243

69

1                    NOREEN SHEA

2     in your opinion, to get them approved, the

3     minutes?

4          A     You couldn't get the minutes of the

5     meeting in the Village of Pomona.  Why?

6          Q     Your understanding of why?

7          A     Nothing was really -- I used to ask

8     them why wasn't it on the website?  Everybody

9     else has it on the website.  Our website still is

10    so -- it said 2015 on it and we were in 2017.  No

11    information could be released.  Nothing.

12         Q     Let us move on to the next one.  First

13    of all, I just want to go back on, you said when

14    you first were hired that the building permit

15    system or the processing system needed work or

16    words to that effect; what did you do, if

17    anything, to improve the building permit process?

18         A     Not very much of anything.  We had a

19    new software that they purchased, BAS software,

20    and I was so excited.  And I was asking, I

21    remember the gentleman's name Gus, you know, can

22    it do this?  Can it do that?  Can we --

23    everything phone call that comes in with the

24    complaint on whatever it is, my neighbor's dog is

25    barking, or a light, can I document, you know,

Case 7:19-cv-06838-PMH Document 155-5 Filed 03/09/21 Page 71 of 244
Case 7:18-cv-11170-US Document 50-3 Filed 05/21/20 Page 20 of 243

70

```
 1                    NOREEN SHEA
 2    and put notes, you know, they complained this
 3    year about garbage can, dog, et cetera; this
 4    system could do everything.  It could do
 5    everything.  It was wonderful.  And I said, can I
 6    scan all the documents in?  I couldn't scan the
 7    blueprints they're too big, all the documents in
 8    the file, we're in a digital system, can we
 9    update this?  I was so gun-ho.  Waited and waited
10    and waited months and months and I kept asking,
11    when are we going to do this?  When are we going
12    to set up the meeting?  Can I set up the meeting?
13    I would call Gus.  I would call BAS.
14         Q    Were you trained in the use of the
15    software?
16         A    No.
17         Q    Okay.  And did you want to be trained
18    in the use of the software?
19         A    Oh gosh, for months I was begging them.
20    Let me do it.  You're not authorize.
21         Q    When you say them, who didn't authorize
22    you to be trained?
23         A    Mostly Fran I would ask.  Lou said it
24    too.  And then they wanted me to collect
25    documents on like, let me see Airmont's permits
```

Case 7:19-cv-06838-PMH   Document 155-5   Filed 03/09/21   Page 72 of 244
Case 7:18-cv-11170-CS   Document 60-3   Filed 05/11/20   Page 21 of 243

71

                        NOREEN SHEA

2   and this one's, so I collected.  I would go to

3   Airmont and get all their, you know, their permit

4   application what it looked like.  I went to

5   Orangetown, I could have called Goshen, I

6   collected -- let me see your planning board

7   paperwork, let me see this -- and I was

8   comparing.  Lou is this one better?  Do you like

9   this?  Because ours was really bad, outdated.

10  Most of the form we don't even use and it's just

11  overwhelming when people look at it and they

12  stand there and go, how do I do this?  So I

13  usually would highlight.

14       Q    All right.  Just going back to the use

15  of the software.  I mean, in your opinion this

16  would have helped you clean up the mess that you

17  were talking about, the building applications?

18       A    That would have helped immensely.  Lou

19  being full-time would have helped too.

20       Q    Okay.  Anything else would have helped,

21  in your opinion, in terms of cleaning up the back

22  log of the building permit applicants?

23       A    My No. 1 job, I remember they told me,

24  was to go through all the expired permits.  And I

25  told you the day I had it all organized and Lou

Case 7:19-cv-06838-PMH   Document 155-5   Filed 03/09/21   Page 73 of 244
Case 7:18-cv-11170-US   Document 50-3   Filed 05/11/20   Page 22 of 243

72

1                    NOREEN SHEA

2       said I'm not doing it, I'm part-time.  You make

3       50,000, she makes 60, I make 30.  I'm not doing

4       this till I'm full-time.  And I said, but the

5       mayor wants me to do these expired permits.

6          Q     Did you tell anyone that Lou wasn't

7       doing this requested job?

8          A     Well, yeah.  I basically told the

9       mayor, listen you want me to do this but Lou

10      doesn't -- you know, he said he's part-time he

11      doesn't have time, Fran heard, she was sit there.

12         Q     Well, did you do this function, job

13      function?

14         A     I tried to squeeze a couple in, like

15      say he had an inspection on Jade and one

16      inspection then I would take two expired Jade

17      permits, and they could be 20, 30, 40 years old,

18      and say do me a favor can you just see if this

19      deck is on, or, you know, maybe we could close

20      this one out.

21         Q     Let me just go back.  On the backlog of

22      these building permit applications, you indicated

23      before a stack of documents on, I guess the other

24      clerk's desk, what was your reason or do you form

25      an opinion as to why there was this backlog as to

Case 7:19-cv-06368-PMH   Document 155-5   Filed 08/09/21   Page 74 of 244
Case 7:18-cv-11170-KS   Document 50-3   Filed 05/11/2021   Page 23 of 243

73

1                    NOREEN SHEA

2    this building permit application processing?

3         A    There was an environment of -- you felt

4    this antisemitism:  They're taking over.  They're

5    taking over the village.  The Orthodox are taking

6    over the village.  It was a slowdown process, you

7    know.  Half -- they would say like, half of

8    Brooklyn is coming here.  I made my own

9    spreadsheet and I remember it was all the people

10   would purchase the violation search, I made it.

11   I made a full load, and I would show within a

12   year and a half 300 homes sold, most people from

13   Brooklyn, you would see the new home owner,

14   mostly Orthodox.  There's only 1200 homes in the

15   village.

16        Q    Maybe I'm not making myself clear.

17   Before we estimate it, I think your attorney said

18   the 4-foot stack of papers as the backlog when

19   you first came in as Carol's desk.

20        A    Oh, Carol's desk?

21        Q    Yes.  What did that backlog consist of,

22   what types of building permit application or

23   other documents were on her desk when you took

24   over?

25        A    Oh, that was Carol's everything from

Case 7:19-cv-06838-PMH   Document 155-5   Filed 08/09/21   Page 75 of 244
Case 7:16-cv-11170-CS   Document 60-3   Filed 05/11/20   Page 74 of 243

74

                     NOREEN SHEA

2    years of planning boards, ZBA.  It was just a

3    mess.  It was just paper.  It was underneath the

4    desk, you couldn't put your feet underneath the

5    desk there were boxes everywhere.  No, that

6    wasn't a backlog of permits, that was everything

7    that she probably worked on over the years.

8         Q     So it was more of a filing issue rather

9    than a backlog issue?

10        A     Yeah.

11        Q     Now, what about the issues of the death

12   certificates; did you receive any training in

13   terms of how to issue death certificates?

14        A     I received zero training until after

15   Fran returned.

16        Q     Okay.  Was that one of your job

17   functions, to issue death certificates?

18        A     Fran jumped up and did, I want to say

19   every single one that came in, and you got paid.

20   You got paid to do that.  You got a little cash

21   on the side.

22        Q     Well, who did you get paid from?

23        A     The village.

24        Q     Okay.

25        A     For every, you know, certificate, how

Case 7:19-cv-06838-PMH Document 155-5 Filed 03/09/21 Page 76 of 244
Case 7:18-cv-11170-CS Document 60-3 Filed 05/11/20 Page 25 of 243

75

1                    NOREEN SHEA

2    many copies they wanted with the death

3    certificates.  So if they wanted this many, so

4    sometimes she could make 100, sometimes she could

5    make 200, sometimes she could make 300.  When she

6    was gone I made $200 and I received a check from

7    the Village of Pomona and I told Lou and Fran,

8    I'm taking you guys to lunch, which never

9    happened.

10       Q    When you performed that function were

11   you acting as a deputy registrar of vital

12   statistics?

13       A    Yes.

14       Q    And what did that position require

15   other than death certificates?

16       A    You have to fill out the book and you

17   got a permit to transfer the body, it's usually a

18   rush when a Jewish, an Orthodox person passes

19   away it's usually in the next day, in that

20   instance --

21            MR. SUSSMAN:  He's not asking you about

22       instances.  Just listen to the question and

23       focus on what he's asking you.

24       Q    Yeah.  I'm focusing on when would you

25   perform the duties of the deputy registrar of

Case 7:19-cv-06838-PMH Document 155-5 Filed 03/09/21 Page 77 of 244
Case 7:16-cv-11170-US Document 50-3 Filed 05/11/2021 Page 26 of 243

76

```
1                    NOREEN SHEA

2    vital statistics?

3         A     The first time I did it was when Fran

4    was on vacation.

5         Q     And was that primarily her

6    responsibility to be the deputy registrar of

7    vital statistics?

8         A     No, both of us were.

9         Q     Were there any issues between you and

10   Fran with respect to your issuance of certain

11   death certificates?

12        A     Yes.

13        Q     And when did that occur?

14        A     Fran went on vacation, two people died

15   when she was on vacation.  And I specifically

16   asked her, what happens if somebody dies when

17   you're on vacation and she goes, oh no don't

18   worry nobody will die.  Well, two people did.

19   No, it wasn't -- listen, I'll a great problem

20   solver, I don't have a problem with it.  I called

21   Camille in Wesley Hills, she's the clerk there; I

22   called Rockland County Medical Examiner's Office;

23   and I called Albany, I dealt with it, just the

24   paperwork.  Now, when I did type up the memo that

25   I attached when I mailed it, and they made such a
```

Case 7:19-cv-06838-PMH   Document 155-5   Filed 03/09/21   Page 78 of 244
Case 7:18-cv-11170-CS   Document 50-3   Filed 05/11/20   Page 78 of 243

77

                        NOREEN SHEA

2   big deal about, I didn't have to do this cover

3   letter, I put the cover letter in with a business

4   card and arranged everything, if they have any

5   questions, just a little blurb.  My computer I

6   was saying was so outdated when you hit the J,

7   you know, 'cause it was July, mine said June, my

8   clock would be off, I missed that, and that they

9   made this big deal about the date, you know, but

10  it was just the cover letter.

11          New York State Albany received it.  It

12  was perfect.  There were no problems at all with

13  the death certificate.  Fran was upset I didn't

14  send it registered mail, when I asked them they

15  said no there's no need to sent it registered, I

16  did it regular mail, it saves the village -- you

17  know.

18      Q    Did Fran ever give you any written

19  instructions on --

20      A    She did when she got back and she

21  printed it out.

22      Q    -- how to handle a death certificate?

23  And your answer is, she did when she got back

24  from vacation?

25      A    Yes.  And printed out a copy, gave it

Case 7:19-cv-06838-PMH   Document 155-5   Filed 03/09/21   Page 79 of 244
Case 7:18-cv-11170-US   Document 60-3   Filed 05/11/20   Page 23 of 243

78

```
1                      NOREEN SHEA

2      to me.

3          Q    To be more specific about the issue, my

4      understanding of the issue is that the letter was

5      dated June but the date of death was in July, is

6      that --

7          A    Yeah.  I didn't have to do this cover

8      letter all I had to do was put the paper in the

9      mail and send it but I wanted to put my -- a

10     little blurb on a piece of paper so I said, you

11     know, to whom it may concern so and so passed

12     away.  But the date, because this Dell computer

13     that I had at the village was probably 30 years

14     old it, you know when it automatically fills in?

15     The month was wrong and I should have picked up

16     on it.

17         Q    No, I understand.

18         A    Tedious.

19         Q    It was just an oversight.

20         A    Yeah.  But I want to tell you, Fran

21     made that a big deal.

22         Q    Were you ever required to calculate the

23     fees for a permit application?

24         A    Did I ever have to calculate?  Yeah,

25     every permit.  Yes.
```

Case 7:19-cv-06838-PMH   Document 155-5   Filed 03/09/21   Page 80 of 244
Case 7:18-cv-11170-VS   Document 50-3   Filed 05/11/20   Page 29 of 243

79

NOREEN SHEA

1

2     Q    Were you ever criticized by Fran or

3   anyone else for incorrectly calculating any fees?

4     A   My first permit, a new home for

5   Mr. Hirskowitz and I brought it to her and said,

6   this is what I calculated is this right?  And she

7   did it and she goes, you're wrong, and she made

8   this big stink.  And I remember looking at her,

9   you know saying, this is what they gave me and

10  she said but that's not for new construction

11  that's for regular permit.  The new construction

12  is a different formula.  And then she showed it

13  to me and I said, oh, okay.  No problem.

14    Q   How would you describe your working

15  relationship with Fran?

16    A   At first, I'd just met her.  But I will

17  emphasize this, Carol LaChiana when she was

18  training me those days said, watch she's a

19  backstabber.  She's going to belittle, you know,

20  try to have written -- I'm looking at Carol, okay

21  Carol whatever I can handle myself I'm a grown

22  woman.  She said, she's brutal.  And what did she

23  call her?  Doom and gloom.  I call her Ms. Doom

24  and gloom.

25    Q   Did you ever call her Debbie Downer?

Case 7:19-cv-06838-PMH   Document 155-5   Filed 03/09/21   Page 81 of 244
Case 7:18-cv-11170-CS   Document 60-3   Filed 05/21/20   Page 86 of 243

80

1                    NOREEN SHEA

2        A    No.  I called her cold-hearted Hannah,

3   that's what I called her.  Lou, I used to say to

4   Lou, cold-hearted Hannah.

5        Q    Was she a difficult person to work

6   with?

7        A    Very difficult.  I would ask her, Fran

8   what can I do, you're so stressed out how can I

9   help you?  Every day I would ask her and one day

10  she turned around to me and she goes, you want to

11  help me?  Stop asking me every day what can I do

12  to help you.  And then I was like -- I felt bad.

13  She, first of all she worked for the mayor, then

14  she took clerk, treasurer, H&R Block, the

15  cultural center; she was very overwhelmed.  I

16  don't know why she didn't delegate, but that's

17  another story.

18       Q    All right.  You had described the

19  working conditions in the village office at the

20  time you were there as being toxic.  Was your

21  relationship with Fran added into that toxic

22  environment?

23       A    Yes.

24       Q    Okay.  In what respect?

25       A    I remember building inspector said to

Case 7:19-cv-06838-PMH   Document 155-5   Filed 03/09/21   Page 82 of 244
Case 7:18-cv-11170-CS   Document 60-3   Filed 05/11/20   Page 91 of 243

81

1                    NOREEN SHEA

2       me one day, she hates you.  And I said -- and I

3       was only there for like a month or so, and I said

4       why.

5           Q    This is Lou, right?

6           A    Yeah.  And I said Lou, I said why?  He

7       goes, you intimidate her.  I said, how?  He goes,

8       look at her.  Look at the way she dresses, she

9       looks like she's going to a funeral, she never

10      files, she's miserable, and you're so happy and,

11      you know, good morning.  And I said so how do I

12      fix it?  What do I do?  You know, it was very

13      frustrating for me.  Her husband was very

14      friendly but she was not friendly.  Super

15      critical, I always said.

16          Q    Did you ever have a discussion with her

17      as to why she was treating you the way in which

18      she was?

19          A    I tried to.  I tried to talk to the

20      mayor.  I talked to Leon Harris.  I even talked

21      to Doris Ulman.  I said -- and they all said,

22      well it's her personality, you know, she's very,

23      you know, prim and proper everything has to be

24      perfect.  And, you know, they just all said, you

25      know, it was her personality.  I would have

Case 7:19-cv-06838-PMH   Document 155-5   Filed 08/09/21   Page 83 of 244
Case 7:18-cv-11170-CS   Document 50-3   Filed 05/11/20   Page 82 of 243

82

1                    NOREEN SHEA

2    people in Stop & Shop, you know if you went to

3    Stop & Shop you could get attacked by 100

4    residents there, and they would all ask me the

5    same thing, what's the matter with that woman why

6    is she cold and this ---

7        Q    So, I mean, I don't want to put words

8    in your mouth.  So your relationship with

9    Mrs. Fran was one of maybe a personality conflict

10   between the two of you?

11       A    I didn't have a problem with her, she

12   had a problem with me.  I usually could get along

13   with anybody.

14       Q    But the toxic working atmosphere, she

15   did contribute to that, correct?

16       A    Yeah.  Basically, if I went in too

17   early she would say to me, why are you here

18   early?  And I would look at her like, oh well I

19   have to do this, this, and that; and I knew Lou

20   comes in early, and she'd say your hours are 9 to

21   4.  Then I would come in at 9 o'clock, she would

22   come in, I'd say good morning, and she always

23   looked at that clock.  Every day.  It was almost

24   comical.

25                    And she would say, you know, oh you're

Case 7:19-cv-06838-PMH   Document 155-5   Filed 03/09/21   Page 84 of 244
Case 7:18-cv-11170-CS   Document 50-3   Filed 05/11/20   Page 85 of 243

83

NOREEN SHEA

2    here early again?  Or, you know, et cetera.  It

3    was -- and I would tell Fran, I said Fran if you

4    need me to come in early -- she goes I was here

5    at 6:00 a.m.  And I would say, if you need me

6    early call me, I'm up reading a book.  I went to

7    8:00 a.m. mass every day almost and, you know,

8    mass during the week is like 20 minutes, I'd be

9    sitting at David's Bagel across the street, you

10   know, at 8:30, you know, just waiting.  Then I

11   would pull into the parking lot and sit and I

12   would go, okay it's five to 9:00 and wait.

13        Q    Well, did Fran ever criticize you for

14   having a lateness issue?

15        A    Fran didn't but the mayor did.

16        Q    And what do you recall the mayor saying

17   about that?

18        A    I remember Fran sitting next to me and

19   the mayor goes, people have to stop coming in

20   late here.  I looked at Fran, I'm like -- so I

21   looked at Fran and I'm like who is he talking

22   about?  She goes, it's not me I'm here early and

23   I stay late every day.  And I go, well it's not

24   me.  And then she goes, oh really?  I'm like, I'm

25   sitting in the parking lot.

Case 7:19-cv-06838-PMH   Document 155-5   Filed 03/09/21   Page 85 of 244
Case 7:16-cv-11170-CS   Document 60-3   Filed 05/21/20   Page 84 of 243

84

                         NOREEN SHEA

1

2        Q     Right.  Well, how often did the mayor

3    tell you that he thought -- well, that the mayor

4    made this type of comment?

5        A     The one time.  And I said I was never,

6    ever late.  And the one time that I did come in

7    late is because the mayor asked me to meet with

8    the post office master to see how many two-family

9    and three-family homes there were in the Village

10   of Pomona, so I went I met with the post master

11   probably around 8:00 and I got to work probably a

12   quarter after 9:00 and Fran said, you're late,

13   this -- and I'm looking at her like, you were

14   here when the mayor asked me to meet with him.

15   Like, didn't you know I was meeting him?  So it

16   was --

17       Q     Any other occasions where Fran made --

18       A     Never.  Never was late.

19             MR. SUSSMAN:  Let him finish his

20       question then take a minute to think about

21       the answer.

22       Q     Any other instances where Fran made

23   comments about you're being late to work?

24       A     No, just that.

25       Q     Okay.  Did Lou Zummo ever make any

Case 7:19-cv-06838-PMH   Document 155-5   Filed 03/09/21   Page 86 of 244
Case 7:18-cv-11170-CS   Document 60-3   Filed 05/11/20   Page 85 of 243

85

1                      NOREEN SHEA

2    comments about your coming in late to work?

3         A    No.

4         Q    Anybody else in the village make

5    comments about you coming in late to work?

6         A    No.

7         Q    Were you ever requested to become a

8    notary public as part of your job duties?

9         A    Yes.

10        Q    And did you?

11        A    I started doing it and then I found out

12   that I needed a New York state license and I

13   still had my South Carolina license.

14        Q    You mean driver's license?

15        A    Yes.  And I said to Fran, I just paid a

16   couple of hundred dollars the tags, I said I just

17   paid it like a couple of weeks ago so I said I'm

18   going to let -- it's only for a one-year term

19   also, but I said, you know, I'll work on it.

20        Q    And what was Fran's response, if any,

21   to you're not becoming a notary public?

22        A    I always remember this -- I told Lou --

23             MR. SUSSMAN:  Listen to his question.

24             THE WITNESS:  Okay.  But I'm going to

25        tell him.  I have to go back to Lou.  I told

Case 7:19-cv-06838-PMH   Document 155-5   Filed 03/09/21   Page 87 of 244
Case 7:16-cv-11170-US   Document 50-3   Filed 05/11/20   Page 86 of 243

86

1                    NOREEN SHEA

2          Lou, I said, oh I tried to do the notary

3          and -- and he goes, I did and Fran told me

4          there's no need for you to get it, I have

5          it.  We only need one notary here.  So

6          basically I didn't pursue it.  I wasn't

7          aggressive after that.  So I said, oh,

8          really?  I said, okay, you know.  But I

9          said, I would love to have it, you know,

10         it's nice to have.

11              MR. SUSSMAN:  So what was Fran's

12         response?  That's his question.  What was

13         Fran's response to your not getting the

14         notary, if any?

15              THE WITNESS:  I don't think I ever told

16         Fran that I went -- I need a New York state

17         license, so no it was not discussed after

18         that.  It was discussed with Lou.

19         Q    Was there any issues with the handling

20    of tax payments by residents in terms of, your

21    not being able to use the credit card scanner?

22         A    There was an incident once:  Fran

23    wasn't there, a woman came in, she had a car

24    service, she went to pay her taxes with the

25    credit card, I didn't have the equipment, the

Case 7:19-cv-06838-PMH Document 155-5 Filed 03/09/21 Page 88 of 244
Case 7:16-cv-11170-CS Document 50-3 Filed 05/11/20 Page 87 of 243

87

1                          NOREEN SHEA

2     training or anything and the woman said I'm

3     getting on a plane and I'll be in, wherever it

4     was, France for two weeks, and I was like oh gosh

5     how do I handle -- Fran was -- I don't know where

6     she went.  And I remember I came back and I told

7     her the situation.  She did get me the little

8     strip, you know, but I never used it.  I didn't

9     have to.  Fran jumped up aggressively and took

10    every tax payment even when I was trying to help

11    her; I got it.  I got it.  I got it.

12         Q    Okay.  Do you recall the name of this

13    system that was used, something called Municipay,

14    M-U-N-I-C-I-P-A-Y, does that sound familiar?

15         A    Yeah, I don't know.  It was this little

16    tiny strip with a wire you put into your

17    computer.

18         Q    Did you ultimately receive the required

19    equipment to participate or to use this scan

20    system?

21         A    Yeah, I got that and I think a piece of

22    paper with the direction.

23         Q    You mean Fran gave you a piece of

24    paper?

25         A    Um-hmm.

Case 7:19-cv-06368-PMH   Document 155-5   Filed 03/09/21   Page 89 of 244
Case 7:16-cv-11170-CS   Document 60-3   Filed 05/21/20   Page 96 of 243

88

```
 1                   NOREEN SHEA

 2        Q    Directions how to use the scanner?

 3        A    Um-hmm.  Yes.  Yes.  I'm sorry.

 4        Q    Okay.  Did you ever have an issue with

 5   giving the wrong court folders to the building

 6   code officer which caused the cases to be thrown

 7   out by a judge, do you recall that?  Were you

 8   ever criticized by Fran or anyone else for

 9   allegedly giving the wrong folders for a case?

10        A    No.

11        Q    Just to clarify.  That would have been

12   to give the wrong folders to the building

13   inspector and/or the village attorney; do you

14   recall ever being criticized for giving the wrong

15   folders to either one of those for a court case?

16        A    No.  Can I elaborate?

17             MR. SUSSMAN:  No.  You either were

18        criticized or you weren't?

19        Q    Do you have any explanation?  What were

20   you going to say?  Well, let me ask you this; do

21   you understand what -- do you have any reason to

22   understand why these comments were noted in the

23   Division of Human Rights cases?

24        A    I would go with Lou Zummo to court, all

25   the tickets that were issued on his, as he
```

Case 7:19-cv-06838-PMH   Document 155-5   Filed 03/09/21   Page 90 of 244
Case 7:16-cv-11170-US   Document 50-3   Filed 05/11/20   Page 89 of 243

89

1                    NOREEN SHEA

2      so-calls it, the shul patrol, when we would

3      ticket everybody from Friday to Saturday, and I

4      would go to these court dates.  And the mayor

5      came up to me, he said, who authorized you to be

6      here?  It's not your job to be in this courtroom.

7      And I said, Lou asked me to come.  And I would

8      hold all the folders and give them to Lou and

9      organize them and people would come up and say, I

10     got a ticket for this and that, and I would say

11     okay this is our attorney Chris Reily go over

12     and, you know, they would negotiate.  They

13     stopped me from doing that, so Lou would go.

14          Q    So who stopped you from doing that?

15          A    The mayor.

16          Q    So it's the mayor.  It wasn't more than

17     one person, it's the mayor who stopped you?

18          A    Yes, oh only, he's the boss.

19          Q    Did there come a time when these

20     violation patrols were done on a Saturday night

21     as opposed to a Friday night?

22          A    Lou called it the shul patrol because

23     it's usually Friday night into Saturday but

24     Shabbat I think ends on Sunday, so he could do a

25     Saturday night.

Case 7-19-cv-06838-PMH   Document 155-5   Filed 03/09/21   Page 91 of 244
Case 7:18-cv-11170-US   Document 50-3   Filed 05/11/20   Page 90 of 243

90

NOREEN SHEA

2      Q    What do you mean he could do a Saturday

3   night?  If you could just clarify that comment.

4      A    Okay.  Lou could do his -- whatever the

5   mayor wanted, whether it was a Friday night when

6   Shabbat started or Saturday night, that's Lou's

7   choice.

8      Q    So Lou was also performing the duties

9   of a building code enforcement officer?

10     A    Code enforcement officer, uh-huh.

11     Q    And during your employment with the

12   village as the deputy village clerk, other than

13   Lou was there a building code enforce officer?

14   What was the phrase, building code enforcement

15   officer?  Do you recall the title?

16        MR. SUSSMAN:  There's a code

17        enforcement officer and there's a building

18        inspector, those are two jobs.

19        THE WITNESS:  And this is my point,

20        you're saying it's two jobs.  Lou says it's

21        two jobs.  The mayor says it's one.  And I'm

22        going to give you a clear one on this one.

23        I got a call, and this one bothered me, my

24        neighbor is cutting down all the trees, this

25        and that, do they have a tree permit?  Lou

Case 7:19-cv-06838-PMH   Document 155-5   Filed 03/09/21   Page 92 of 244
Case 7:16-cv-11170-US   Document 50-3   Filed 05/11/20   Page 91 of 243

91

```
 1                    NOREEN SHEA

 2          is not in, he's working in Airmont.  I

 3          called the mayor and the mayor says to me,

 4          what the hell are you calling me for?  Call

 5          the code enforcement officer.  You know what

 6          to do.  What is wrong -- screaming.  He's in

 7          Airmont.  Call him in Airmont.  I want him

 8          here.  The usual, screaming.  I hang up I

 9          call Airmont.

10              Airmont says, he's on our time he's not

11          on Pomona's time.  I said, but the mayor

12          asked me to call.  I get Lou, Lou says to

13          me, are you a fucking moron?  How many times

14          do I have to tell you, I am not the fucking

15          code enforcement officer, wham.  So then I

16          hang up and I look at Fran I go, Fran you

17          got to tell me what to do.  So I call the

18          mayor and the mayor says, how many times do

19          I have to tell you he is.  Now, the question

20          is, is it two jobs or one job?  I really

21          don't know.  I really don't know.  And the

22          best part is through all of this, Doris

23          Ulman would come in and say, there is no

24          tree permit in the Village of Pomona, it

25          hasn't been passed yet.  And I would just
```

Case 7:19-cv-06838-PMH   Document 155-5   Filed 03/09/21   Page 93 of 244
Case 7:18-cv-11170-CS   Document 50-3   Filed 05/11/20   Page 92 of 243

92

```
 1                    NOREEN SHEA

 2          sit there going, this place is nuts.

 3          Q     My original question is really, and

 4     Michael cleared up the names.  Lou in effect was

 5     performing the duties of the code enforcement,

 6     correct?

 7          A     Yes.

 8                 MR. SUSSMAN:  As far as you know.

 9                 THE WITNESS:  Yes.

10          Q     And during your time of employment

11     here, was anyone hired as a code enforcement

12     officer?

13          A     I was told numerous people were.

14                 MR. SUSSMAN:  During your employment.

15          Q     But during your employment?

16          A     I was told numerous people were but

17     they never -- I'm trying to think of it.  Two

18     people.  The two names -- I was told there was

19     but there never was.

20          Q     Let me put it this way; if there was a

21     code violation who would you call, when you were

22     deputy village clerk?

23          A     The only one I dealt with was Lou.

24          Q     That's my point.

25          A     But we did hire two others but it never
```

Case 7:19-cv-06838-PMH   Document 155-5   Filed 08/09/21   Page 94 of 244
Case 7:16-cv-01170-CS   Document 60-3   Filed 05/11/20   Page 95 of 243

93

```
 1                     NOREEN SHEA

 2   worked out.

 3        Q    Do you remember their names?

 4        A    One of them became a ZBA member, he's

 5   like 6-foot 7.  And the other one was the code

 6   enforcement officer prior and they were bringing

 7   him back.

 8        Q    But you never dealt with either one,

 9   correct?

10        A    No.  No.  They just told me that they

11   were hired.

12        Q    All right, that's all.  What is the

13   highest level of education that you attended?

14        A    I have a Bachelor of Science in

15   finance.

16        Q    And I noticed that you had a Series 7

17   and Series 3 licenses?

18        A    Um-hmm.

19             MR. SUSSMAN:  Yes?

20             THE WITNESS:  Yes.

21        Q    And with what employer did you those?

22        A    I started Smith Barney.  I got my

23   licenses with Prudential.

24        Q    When were you employed by Prudential,

25   if you recall?
```

Case 7:19-cv-06838-PMH   Document 155-5   Filed 08/09/21   Page 95 of 244
Case 7:18-cv-11170-US   Document 50-3   Filed 05/11/20   Page 94 of 243

94

```
 1                     NOREEN SHEA

 2        A    90- -- I want to say '97, '98.

 3        Q    It's all right, just an approximation

 4   is fine.  And they sponsored you for your Series

 5   3 and 7 license?

 6        A    Yes.

 7        Q    And when did you work with Smith

 8   Barney, before or after Prudential?

 9        A    Oh, before.

10        Q    In what capacity did you work with

11   Smith Barney?

12        A    I became a sales assistant and I worked

13   in the board room with all the young brokers

14   training, it was actually a great job, and I was

15   training.  I was learning the industry.

16        Q    And then with Prudential, what were you

17   doing?

18        A    I was offered, while I was working at

19   Smith --

20             MR. SUSSMAN:  Listen to the question.

21        Answer the next question, please.

22        Q    Yeah.  When you were at Prudential what

23   was your position?

24        A    I worked for three investment banking

25   offices.
```

Case 7:19-cv-06838-PMH   Document 155-5   Filed 03/09/21   Page 96 of 244
Case 7:18-cv-11170-CS   Document 60-3   Filed 05/11/20   Page 95 of 243

95

1                    NOREEN SHEA

2        Q    Do you mean, was this an insurance

3    company that you worked for?

4        A    No, securities, that was investment

5    banking; venture capital.

6        Q    And what were your duties there at

7    Prudential?

8        A    I took care of the three gentlemen that

9    did the investment banking and got my license and

10   I took care of all the trading.

11       Q    When you say take care of, can you be

12   more specific?

13       A    Someone calls up and wants to buy

14   options, spreads, I took care of it.

15       Q    You filled out the forms and took the

16   trades, is that what you're saying?

17       A    Yes.  There we did a lot of options.

18       Q    Do you still have your Series 3 or 7

19   license?

20       A    No.

21       Q    And why is that?

22       A    I left the industry.  911.

23       Q    They expired?

24       A    Yes, they expired.  If you don't use

25   them within a year, they expire.  They must be

Case 7:19-cv-06838-PMH   Document 155-5   Filed 03/09/21   Page 97 of 244
Case 7:18-cv-11170-CS   Document 50-3   Filed 05/11/20   Page 96 of 243

96

1                    NOREEN SHEA

2    held at a brokerage house.

3              MR. DeGUISEPPE:  Off the record.

4              (Thereupon, a matter was had off the

5              record.)

6         Q    All right.  Now prior to coming to work

7    for the village, had you had any experience --

8    employment experience with any municipality in

9    the clerk's office?

10        A    No.

11        Q    What in your employment background, in

12   your opinion, qualified you to perform the duties

13   of the deputy village clerk position?

14        A    Oh, I knew a lot about the building

15   department.  I knew a lot about code and so --

16        Q    Is that from your family relation that

17   you talked about before?

18        A    Yeah.

19        Q    Did anything from your experience with

20   Prudential or Smith Barney help you in

21   performance of your job duties as deputy village

22   clerk?

23        A    Managing, being organized, getting

24   things done.  Efficient and effective.

25        Q    What position did you hold prior to

Case 7:19-cv-06838-PMH   Document 155-5   Filed 03/09/21   Page 98 of 244
Case 7:18-cv-11170-US   Document 60-3   Filed 05/11/20   Page 97 of 243

97

                          NOREEN SHEA

1    working for the village?

2         A     Our own firm.  Prudential, when I got

3    there it was just a couple of months in, it was

4    right across the Wall Street Journal Prudential

5    was laying off 50,000 people investment banking

6    division and I'd just started there I remember,

7    the three gentlemen that I worked for, they

8    wanted to form a new company, basically were

9    going to start their own company, and I waited

10   months for them to lay me off, people were going

11   in coming out crying, I wasn't there long it was

12   like a year.  And they brought me in, I said I

13   know, they laid me off, and we started our own

14   firm.

15        Q     Who started their own firm?

16        A     Me and the three gentlemen that I

17   worked with at Prudential.  I had to wait for

18   them to buy their time, they had a contract and

19   they had to finish up, like another seven months.

20   And I had to set up an office, and my first

21   office was 49th and Madison, and I set up the

22   office, hired and --

23        Q     And that was the position you held when

24   you were hired by the village?

Case 7:19-cv-06838-PMH   Document 155-5   Filed 03/09/21   Page 99 of 244
Case 7:18-cv-11170-CS   Document 50-3   Filed 05/21/20   Page 98 of 243

98

NOREEN SHEA

2      A    No, no, no.  That was years ago.

3      Q    Okay.  No, I'm talking before.  What

4  was the last position you held before being hired

5  by the village?

6      A    I was tempting down in Myrtle Beach,

7  numerous places, I'd just moved down there.

8      Q    What type of tempting?

9      A    All kinds of tempting.  Office.  One

10 day they had me at the Myrtle Beach Raceway, you

11 know, different.  One day I was on a ferry boat.

12     Q    Okay.  I'm going to ask one more line

13 of question and then we'll take a break.  I'm

14 going to ask you about certain individuals.  Lisa

15 Thorsen, do you know a Lisa Thorsen?

16     A    Yes.

17     Q    And how do you know Lisa Thorsen?

18     A    Through -- well, actually I met -- I

19 know Lisa Thorsen by the mayor constantly playing

20 a recording of her all the time in the office and

21 I didn't know who it was.

22          MR. SUSSMAN:  The mayor, meaning

23     Mr. Yagel or Mr. Banks?  Which mayor?

24          THE WITNESS:  Oh, Mayor Yagel.  He

25     would play these recordings of an English

Case 7:19-cv-06838-PMH Document 55-5 Filed 09/09/21 Page 100 of 244
Case 7:18-cv-11170-CS Document 60-3 Filed 05/11/23 Page 99 of 243

99

```
 1                       NOREEN SHEA

 2          woman over and I asked Fran, Fran who's this

 3          woman?  Why does he constantly play this

 4          over and over?  And she told me it was the

 5          previous clerk before her.  And I said, why

 6          does he do this?  There's, you know, there's

 7          some obsession that he had with Lisa

 8          Thorsen.

 9          Q    Did there come a time when you were

10    introduced or otherwise met Ms. Thorsen?

11          A    I met -- apparently she was in the

12    building numerous times, I didn't know who she

13    was.  They said, she was just in here you passed

14    her you must have seen her, I didn't see her for

15    the longest time.  But I heard about this woman

16    probably on a daily basis from the mayor or Fran,

17    especially when we were digging looking for that

18    FedEx receipt and trying to -- I didn't know what

19    we were looking for this FedEx receipt for but

20    the mayor was going after her for a mailing or

21    something at the village hall, so that's what

22    Fran told me.

23          Q    So have you talked to Ms. Thorsen about

24    your claims in this case?

25          A    Yes.
```

Case 7:19-cv-06838-PMH Document 155-5 Filed 08/09/21 Page 101 of 244
Case 7:16-cv-11170-CS Document 60-3 Filed 05/11/20 Page 100 of 243

100

1                      NOREEN SHEA

2        Q     Okay.  What kind of communications did

3    you have with her:  Telephone, person, e-mail?

4        A     All of the above now.  But I met her --

5    I don't know the date when I met her.

6              MR. SUSSMAN:  You can give a year.

7              THE WITNESS:  2017 I would say.  Well,

8        when I was in turmoil with the village I

9        was -- you know, with all the stuff that was

10        going on.

11        Q     Well, let me ask you; did you meet her

12    before you filed your complaint with the Division

13    of Human Rights?

14        A     My first I sent with EEOC, I don't

15    think I'd met her.  I don't think so.

16        Q     You don't think so what?

17        A     I did an EEOC complaint online.

18        Q     How long ago was that?  When was that?

19        A     That was January.  And then I was so

20    frustrated, when I talked to Doris Ulman she told

21    me to do the memo.

22        Q     Which January, 2017?

23        A     Yes.

24        Q     Okay.  Then you spoke with Doris Ulman?

25        A     Um-hmm.

Case 7:19-cv-06838-PMH   Document 155-5   Filed 03/09/21   Page 102 of 244
Case 7:16-cv-11170-CS   Document 60-3   Filed 05/11/20   Page 101 of 243

101

```
 1                    NOREEN SHEA

 2        Q     I just want to get back to this.  I

 3   just want to go through some names.  All right.

 4   So Lisa Thorsen, have you received any e-mail

 5   correspondence from her concerning keeping her

 6   apprized of what's going on in this case?

 7        A     Oh, yes.  Now, not since -- they won

 8   the election, I can't -- once they won the

 9   election, I can't.  I can't talk to them.

10             MR. SUSSMAN:  She's saying the period

11        before.  She's saying when Mr. Banks won and

12        Ms. Thorsen came back into office she hasn't

13        been talking to her because they're in

14        office, that's what she's saying.

15        Q     So your last communication with her was

16   prior to Mayor Banks being elected?

17        A     Um-hmm.

18             MR. SUSSMAN:  Say yes.

19             THE WITNESS:  Yes.

20        Q     And what was the sum and substance of

21   your communication with Ms. Thorsen about this

22   case?

23        A     Probably the same frustrations that she

24   had with working in that environment, you know,

25   the antisemitism, the whole -- she went through
```

Case 7:19-cv-06838-PMH Document 155-5 Filed 08/09/21 Page 103 of 244
Case 7:18-cv-11170-CS Document 60-3 Filed 05/11/20 Page 102 of 243

102

1                    NOREEN SHEA

2    the same thing and my point was this is still

3    going on years later, you know, the environment.

4    And then I was told I think by Mr. Banks at the

5    time, she left under terrible stress.

6        Q    We're not going to focus on her case

7    today.  Have you shared any documents, audio

8    recordings or other information with Ms. Thorsen

9    from this case?

10       A    We've shared documents.  I didn't share

11   the Audi.  One audio went to Mr. Banks, that was

12   it.

13       Q    And have you sent those audio

14   recordings to anyone else?

15       A    No.

16       Q    Do you recall which audio you sent to

17   Mr. Banks or Mayor Banks?

18       A    Excuse me?

19       Q    Do you recall what audio did you send

20   to Mayor Banks?

21       A    One about his barn.

22       Q    An audio of what, that's what I'm

23   asking.

24            MR. SUSSMAN:  Whose speaking in the

25            audio?

Case 7:19-cv-06368-PMH   Document 155-5   Filed 03/09/21   Page 104 of 244
Case 7:16-cv-11170-CS   Document 60-3   Filed 05/11/20   Page 103 of 243

103

1                      NOREEN SHEA

2        Q    Yeah.  Who's speaking in the audio and

3   what is it about?

4        A    It's the mayor and Lou Zummo talking

5   about Mr. Bank's barn.

6        Q    Okay.  And this audio was not shared

7   with anyone else other than Mr. Banks?

8             MR. SUSSMAN:  Obviously, and counsel.

9        Q    Oh, yeah.  Other than counsel, I should

10   say.  Other than counsel or anyone with his firm,

11   have you shared any audio recording with anyone

12   else other than Mayor Banks?

13        A    No.

14        Q    Okay.  What types of documents or other

15   information have you shared with Ms. Thorsen

16   about this case?

17        A    She has my human rights -- well,

18   everybody has my New York State Division of Human

19   Rights --

20        Q    Just the human rights disciplinary

21   documents?

22        A    Yeah.

23        Q    Do you recall which ones?  It's a

24   pretty big file.

25        A    That's what I was going to say, and

Case 7:19-cv-06838-PMH   Document 155-5   Filed 08/09/21   Page 105 of 244
Case 7:16-cv-11170-CS   Document 60-3   Filed 05/11/20   Page 104 of 243

104

```
 1                    NOREEN SHEA

 2   it's public, I mean everybody has it.

 3        Q     No, I'm not asking this.  I'm just

 4   asking, to your knowledge, do you recall which

 5   documents you shared with Ms. Thorsen concerning

 6   your human rights case?

 7        A     No.  It's a big file.

 8        Q     You made certain statements in the file

 9   of certain documents in response to the Village's

10   submissions in that case.  Do you remember you

11   gave a response to the supplemental answers?

12        A     Yes.

13        Q     All right.  Did you share that document

14   with Ms. Thorsen?

15        A     Now?  No.

16        Q     No, not now.  I mean, at any time?

17        A     I'm sorry, I didn't get the document.

18        Q     I'm trying to think what's in the file

19   that you could have shared with Ms. Thorsen?

20             MR. SUSSMAN:  You have an affidavit of

21        approximately 70 pages including exhibits,

22        did you share that document with

23        Ms. Thorsen?

24             THE WITNESS:  Yes.

25        Q     That's what I'm asking.
```

Case 7:19-cv-06838-PMH Document 155-5 Filed 08/09/21 Page 106 of 244
Case 7:18-cv-11170-CS Document 60-3 Filed 05/11/20 Page 105 of 243

105

```
 1                    NOREEN SHEA

 2        A    That's the New York state human rights.

 3             MR. SUSSMAN:  Okay.  I'm trying to

 4        clear it up.  That's a broad statement,

 5        that's the New York state human rights.

 6        Q    All right.  Any other documents from

 7   the human rights file that you shared with

 8   Ms. Thorsen?

 9        A    Not that I can recall.

10        Q    Did she in any way assist you in the

11   drafting of your complaint in this case?

12             MR. SUSSMAN:  You mean the complaint I

13        filed?

14             MR. DeGUISEPPE:  Yeah.  I mean, I

15        shouldn't say drafting.

16        Q    With respect to the complaint drafted

17   by your attorney, did Ms. Thorsen assist you in

18   any respect?

19        A    Did she assist?  No.  Did she give me

20   her input?

21        Q    Yeah, that's what I mean; did she give

22   you her input, any comments?

23        A    Her stories from when she was clerk,

24   believe, yeah, I heard that.  But no, she did not

25   help me in any which way.
```

Case 7:19-cv-06838-PMH   Document 155-5   Filed 03/09/21   Page 107 of 244
Case 7:16-cv-11170-CS   Document 60-3   Filed 05/11/20   Page 106 of 243

106

1                          NOREEN SHEA

2          Q     Did you ever receive an e-mail from

3     Ms. Thorsen that was also sent to Mayor Banks,

4     Avrohom Manes and Robert Klein concerning this

5     lawsuit?

6          A     I'm sure.  I probably did.  I get a lot

7     of e-mails.

8          Q     Well, do you know why Avrohom Manes was

9     on that e-mail?

10         A     I don't know what e-mail you're talking

11    about.

12         Q     I'm just asking, did you ever receive

13    an e-mail from Thorsen which had Manes as a CC?

14         A     I don't know.  Do you have a copy?

15         Q     No.  I was going to ask you for a copy.

16               MR. DeGUISEPPE:  Well, I'm making a

17          demand for these, if there is corresponding

18          concerning this case, from Lisa Thorsen.

19               MR. SUSSMAN:  I haven't seen it, so if

20          there is we'll try to find it.

21               MR. DeGUISEPPE:  Let me just request

22          it.  If there's any e-mail correspondence

23          concerning this case.

24               MR. SUSSMAN:  You're asking for e-mail

25          that was sent by Ms. Thorsen?

Case 7:19-cv-06838-PMH Document 155-5 Filed 08/09/21 Page 108 of 244
Case 7:16-cv-11170-CS Document 60-3 Filed 05/11/20 Page 107 of 243

107

```
 1                    NOREEN SHEA

 2           MR. DeGUISEPPE:  One is a specific

 3      e-mail from Thorsen to Ms. Shea, Mr. Banks,

 4      Avrohom Manus and Robert Klein indicating

 5      that she had filed a lawsuit.

 6           MR. SUSSMAN:  Indicating that

 7      Mrs. Thorsen had filed the lawsuit?

 8           MR. DeGUISEPPE:  Yeah.

 9           MR. SUSSMAN:  Okay.  That's not about

10      this lawsuit, that's about Ms. Thorsen's

11      lawsuit, right?

12           MR. DeGUISEPPE:  Well, yeah.  And then

13      if there's any correspondence --

14           THE WITNESS:  Is that the FedEx

15      lawsuit?

16           MR. DeGUISEPPE:  Again --

17           THE WITNESS:  Oh, I can't ask

18      questions, right?

19           MR. DeGUISEPPE:  Off the record.

20           (Thereupon, a matter was had off the

21           record.)

22           MR. DeGUISEPPE:  In an off the record

23      conversation Mr. Sussman agreed to search

24      his file to see if there's any e-mail

25      correspondence either, 1, from Lisa Thorsen
```

Case 7:19-cv-06838-PMH   Document 155-5   Filed 03/09/21   Page 109 of 244
Case 7:16-cv-11170-CS   Document 60-5   Filed 05/11/20   Page 108 of 243

108

```
 1                    NOREEN SHEA

 2          that was also cc'd to Ms. Shea, Ian Banks,

 3          Avrohom Manes or Robert Klein indicating

 4          that Thorsen had filed a lawsuit.  Or any

 5          e-mail correspondence between any of these

 6          individuals and Ms. Shea concerning this

 7          lawsuit.

 8               MR. SUSSMAN:  Great.  We'll make a

 9          search.  I don't think it will be in my

10          files, but I'll ask my client to see what

11          she has.

12               MR. DeGUISEPPE:  Thank you.  Let's take

13          a break.  Come back at 1:15.

14               (Thereupon, a short break was had.)

15               (Thereupon, Defendant's Exhibits A-L were

16               marked for Identification purposes only.)

17     Q    We're back on the record Mrs. Shea.  I

18  just had a couple of very quick questions and

19  then we'll move on to the documents.  With

20  respect to the building permit process when you

21  were the deputy village clerk, did someone need a

22  building permit to replace a water heater?

23     A    You're me?

24     Q    Yeah, at the time that you were deputy

25  village clerk?
```

Case 7:19-cv-06838-PMH Document 155-5 Filed 08/09/21 Page 110 of 244
Case 7:16-cv-01170-CS Document 60-3 Filed 05/31/20 Page 109 of 243

109

```
 1                    NOREEN SHEA

 2       A    Yes, I believe so.

 3       Q    All right, did a resident need a

 4  building permit for a fence?

 5       A    Yes; four feet in the front, six feet

 6  in the back.

 7       Q    I'll show you what's been marked as

 8  Defendant's Exhibit A, which is entitled the

 9  complaint.  I'll just direct your attention to

10  pages 1 through 9, if you want to look at them

11  and then I'll ask you some questions starting

12  with paragraph 9.  Are you ready?

13       A    Oh yeah.

14       Q    Okay.  Showing you what's been marked

15  as Defendant's Exhibit A Ms. Shea, do you

16  recognize this document?

17       A    Yes.

18       Q    Okay.  What is this document?

19       A    This is my complaint.

20       Q    And did you read this document before

21  it was filed in the court?

22       A    Yes.

23       Q    Let me go to paragraph 12.  Read that

24  to yourself.  There's an allegation that

25  Defendant Yagel failed to reappoint you on
```

Case 7:19-cv-06888-PMH   Document 155-5   Filed 08/09/21   Page 114 of 244
Case 7:18-cv-11170-CS   Document 60-3   Filed 05/11/20   Page 110 of 243

110

```
 1                    NOREEN SHEA

 2   April 2017, I just wanted to confirm whether or

 3   not that is the correct date?

 4        A    Yes.

 5        Q    No. 13 it sets forth June 23rd, 2017,

 6   as the termination date; is that date correct?

 7        A    Yes.

 8        Q    Okay.  15, it says that the decision to

 9   terminate you was made by Defendant Yagel; is

10   that a correct statement?

11        A    Yes.

12        Q    Okay.  Did defendant Yagel tell you why

13   he was terminating your employment?

14        A    'Cause I'm the mayor.

15        Q    Any other reason?

16        A    No.

17        Q    And that was on the day of your

18   termination?

19        A    Yes.

20        Q    Where did he tell you -- did you meet

21   with him and anybody else at that time, at the

22   time he told you you were being terminated?

23        A    Him and Mr. Hirskowitz, his C/O --

24        Q    No, at the meeting itself.  Was this

25   meeting between you and -- when Mayor Yagel told
```

Case 7:19-cv-06838-PMH   Document 155-5   Filed 08/09/21   Page 112 of 244
Case 7:16-cv-11170-CS   Document 60-3   Filed 05/11/20   Page 111 of 243

111

```
 1                    NOREEN SHEA

 2    you that your employment was being terminated,

 3    was anybody else present?

 4         A    Fran was in the next room.  Not in the

 5    room with us but right across the hall.

 6         Q    Okay.  What room were you in?

 7         A    The board room.  I guess, the board

 8    room.

 9              MR. BANKS:  Conference room.

10              THE WITNESS:  Conference room.

11         Whatever you want to call it.

12         Q    Okay.  And approximately what time of

13    the day was it?

14         A    I want to say probably around noon, as

15    an estimate, I'm not sure of the exact time.

16         Q    Okay.  And do you recall any other

17    topics that were discussed other than him saying

18    because I am the mayor, or words to that affect?

19         A    Oh, I remember the topics.

20         Q    Okay.  What was the sum and substance

21    of what was discussed at the meeting?

22         A    I gave Mr. Hirskowitz his C/O.  He came

23    in the building and I knew --

24              MR. SUSSMAN:  Just tell us what

25              happened.
```

Case 7:19-cv-06838-PMH   Document 155-5   Filed 08/09/21   Page 113 of 244
Case 7:16-cv-11174-CS   Document 60-3   Filed 05/11/20   Page 112 of 243

112

1                    NOREEN SHEA

2          THE WITNESS:  I'm telling him.

3     Mr. Hirskowitz came in and I saw Brett

4     pacing and I was on the phone and gestured

5     and I knew it, I said oh gosh this could not

6     be good.  Lou signed the C/O left it on my

7     desk and called Mr. Hirskowitz.  I handed

8     the C/O, Brett call me in the room next

9     door, and I believe he recorded me because

10    he records all conversations because you

11    could see when he puts the phone down and he

12    slides it, and what's going on today?  The

13    usual questions.  And I told him we're busy

14    with the taxes and so many homes are off.

15    Like if you sold your house in Pomona and

16    moved to Florida, you were getting the tax

17    bill in Florida, the new people.  It was not

18    good.  It was a disaster, there were

19    hundreds of them.  And I was helping Fran

20    find the new owners looking them up on

21    Rockland County clerk, I was explaining it

22    to him and he goes, what's going on with 22

23    High Mountain, which was a very serious

24    home.  It was a huge problem, it was

25    actually Avrohom Manes house before he sold.

Case 7:19-cv-06838-PMH Document 155-5 Filed 08/09/21 Page 114 of 244
Case 7:18-cv-11170-CS Document 60-3 Filed 05/11/20 Page 113 of 243

113

NOREEN SHEA

1

2    Q    And what was the problem?

3         MR. SUSSMAN:  Can she just finish the

4    explanation of whatever happened.

5         THE WITNESS:  I'm still doing my

6    termination, and I was baffled because he

7    changed 360.  And I said, oh Lou's going to

8    call Doris about that permit on the house.

9    And, how many weeks vacation you have?  All

10   in the same.  I was like, what?  I'm like,

11   are we talking about 22 High Mountain?  And

12   then he said, today is your last day.  And I

13   said, why?  I don't have to give you a

14   reason.  And I said, okay fine, I expected

15   it.

16   Q    Okay.  Do you think there's any

17   connection between the C/O being issued for

18   Mr. Hirskowitz's property and your termination?

19   A    I think it angers the mayor.  I know

20   when Mr. Hirskowitz is in the building we're told

21   to record him.  Lou's told to record at every

22   inspection.  Mr. Hirskowitz is not liked at all.

23   Q    Who approved the C/O for

24   Mr. Hirskowitz's property?

25   A    Building inspector.

Case 7:19-cv-06838-PMH Document 155-5 Filed 08/09/21 Page 115 of 244
Case 7:16-cv-11170-CS Document 60-3 Filed 05/11/20 Page 114 of 243

114

```
 1                      NOREEN SHEA

 2        Q     Right.  It wasn't you, correct?

 3        A     No, I can't approve that.

 4        Q     Right.  So, did the building inspector

 5   approving a C/O for Mr. Hirskowitz, have anything

 6   to do with your termination of employment, in

 7   your opinion?

 8        A     Him being in the building.

 9        Q     So his presence in the building?

10        A     I can see Brett pacing back and forth,

11   I was afraid to hang up the phone.

12        Q     And what happened after Brett told you

13   this is your last day, what did you do next?

14        A     Lou already informed me, mayor is

15   looking to get rid of me 'cause I'm the Jew

16   lover, he's told me that numerous times.  Several

17   cases.  I was waiting for the day.

18        Q     Did you hear the mayor use that term,

19   Jew lover?

20        A     He didn't call me that.

21        Q     Did you hear it from anybody else?

22        A     I'm thinking.

23        Q     Sure.

24        A     There was a lot of, you know, ways.

25   Not that I can name off the top of my head.
```

Case 7:19-cv-06838-PMH Document 155-5 Filed 08/09/21 Page 116 of 244
Case 7:16-cv-11170-CS Document 60-3 Filed 05/11/20 Page 115 of 243

115

NOREEN SHEA

1    But --

2        Q     But what?  Were you going to say

3    something else, you said but?

4        A     The building inspector told me a couple

5    of months, you know, the mayor calls you the Jew

6    lover.  He wants me to bring over Betty, she

7    doesn't let any of the Jews see me, she hides me

8    in the back, I don't have to answer their phone

9    calls, I don't have to see them.  And I would

10   say, well, how do I do that?  You know, anything

11   to keep my job.  I said, what do I have to do?

12   And then he gave me a business card for Fred Viol

13   and he said called they're hiring, you should

14   start looking for another job.  So I waited.  I

15   knew, whatever time it was.  But he told me

16   three, four times you're the Jew lover, that's

17   what he would say to me.

18       Q     And where did Mr. Zummo say this to

19   you?

20       A     I remember the one time in the parking

21   lot where I argued with him and I said Lou you

22   have to tell me, what am I doing wrong?  I

23   volunteer, we set up the building, you know, what

24   am I doing?  You got to tell me how to handle

Case 7:19-cv-06888-PMH Document 155-5 Filed 08/09/21 Page 117 of 244
Case 7:16-cv-11170-CS Document 60-3 Filed 05/11/20 Page 116 of 243

116

                        NOREEN SHEA

1    this.

2        Q    Did Mr. Zummo explain to you why the

4    mayor was calling you the Jew lover?

5        A    Because I help, I'm courteous, I'm

6    friendly.

7        Q    Anything else?

8        A    No.  I would question Lou, like, hey

9    when are we going to take care of this permit,

10   you know, it's been here three weeks.

11       Q    No, I'm asking you what did you

12   understand, when the mayor called you the Jew

13   lover, what did you understand the mayor meant by

14   that comment?

15       A    I help the Jews too much.

16       Q    And just to be clear, where were you

17   located when Mr. Zummo told you this?

18       A    I was standing right by his orange

19   truck arguing with him, his orange pick-up Toyota

20   truck.

21       Q    This was on the day of your

22   termination?

23       A    No.  No, this is probably three months

24   prior maybe, could be more.

25       Q    Well, how many times did Lou make the

Case 7:19-cv-06838-PMH   Document 155-5   Filed 08/09/21   Page 118 of 244
Case 7:18-cv-11170-CS   Document 60-3   Filed 05/11/20   Page 117 of 243

117

1                    NOREEN SHEA

2    statement to you that he thought you were a Jew

3    lover or words to that affect?

4         A    No, it was always Jew lover.  It became

5    a joke.  Is 'cause you're the Jew lover, you

6    know, it became a joke; I want to say probably

7    three or four times.

8         Q    And other than your termination, what

9    was the occasion or for what reason, if you know,

10   did Lou tell you that?

11        A    Oh, I remember.  It was a woman came in

12   it was interviewing for a job, she came to the

13   counter I was the only one there, she said, hi

14   I'm here to interview with the mayor, and I said,

15   oh good for what position?  And she goes I'm

16   really not sure, Fran told me to come in.

17        Q    And was this for your position?

18        A    I assumed.  So the mayor opened his

19   door, Fran came out of the bathroom, and the

20   mayor said in here, called Lou in.  And I said,

21   Fran who was that?  I don't know, ask the mayor.

22   I said, what job?  I don't know, ask the mayor.

23   She wouldn't answer me.  And that's when I was

24   questioning Lou, Lou what's going on.

25        Q    And where were you when you were

Case 7:19-cv-06838-PMH Document 155-5 Filed 08/09/21 Page 119 of 244
Case 7:16-cv-11170-CS Document 60-3 Filed 05/11/20 Page 118 of 243

118

```
 1                  NOREEN SHEA

 2   questioning him, were you in the office, outside,

 3   somewhere else?

 4       A    I remember the big conversation by the

 5   truck 'cause it really bothered me.

 6            MR. SUSSMAN:  Just listen to the

 7       question, answer the question.

 8            THE WITNESS:  The truck, outside.

 9       Q    Was this the same conversation by the

10   truck or a different conversation by the truck?

11       A    We talked a lot outside because, as Lou

12   always said, the place is bugged and Fran is

13   going to be texting him anything that we say.

14       Q    What I would like you to do is, just to

15   tell me on each occasion that you would call what

16   you understood to be the reason for Lou telling

17   you the mayor thought you were a Jew lover; you

18   identified the termination, you identified

19   someone interviewing for a position, anything

20   else?

21       A    A FOIL request would be a great

22   example.  An Orthodox realtor, a lot of Orthodox

23   realtors came in, can I the survey for this

24   property?  I would say sure, I would just get up,

25   open the drawer, pull it out, make a copy, and
```

Case 7:19-cv-06888-PMH   Document 155-5   Filed 08/09/21   Page 120 of 244
Case 7:18-cv-11170-CS   Document 60-3   Filed 05/11/20   Page 119 of 243

119

1                        NOREEN SHEA

2     within a minute, minute and a half you're gone,

3     it was too efficient.  The text messages were

4     flying, Lou's telling me that Fran is texting the

5     mayor and that's why he would say, you can make

6     them wait five days, you know, and I would look

7     at him like why?  Why should I make them wait?

8     You know, I didn't get it at first but --

9          Q     And how often did that happen, that the

10    mayor basically told you to delay processing of

11    the FOIL request?

12         A     That happened a lot.

13         Q     What do you mean by a lot, more than 10

14    times?

15         A     Oh gosh, yeah.

16         Q     How many, hundred?  Once a week, once a

17    month, any estimate?

18         A     Oh, daily.  Daily.  I say daily.  And

19    then I got it, that's why I had that 18 FOIL

20    requests on my desk one day because I got it.  I

21    got the picture.

22         Q     Did you have any other conversations

23    with Mr. Zummo concerning your employment

24    termination?

25         A     Lou and I talked a lot.  We went out

Case 7:19-cv-06838-PMH Document 155-5 Filed 08/09/21 Page 121 of 244
Case 7:16-cv-11170-CS Document 60-3 Filed 05/11/20 Page 120 of 243

120

```
 1                    NOREEN SHEA

 2    for drinks quite often.

 3              MR. SUSSMAN:  Listen to the question.

 4         Did you have any other conversation with him

 5         about your employment termination?

 6              THE WITNESS:  After the termination, I

 7         never spoke to Lou Zummo.

 8         Q    How about the time you were terminated?

 9         A    While I was still working there, he was

10    telling me --

11         Q    He tells you that you were let go

12    because you're a Jew lover?

13         A    Mayor just asked me, should I fire you

14    today?  He said that to me probably 10 times

15    probably on 10 different days.  Mayor just asked

16    me again should I fire you today.  And I used to

17    look at him I'd go, you really like to torture

18    me, don't you?

19         Q    When Lour told you -- after you were

20    terminated you had a consideration with Lou,

21    correct?

22         A    I never spoke to Lou after I was

23    terminated, never.

24              MR. SUSSMAN:  She was telling you about

25         a precedent conversation, so she wasn't
```

Case 7:19-cv-06838-PMH   Document 155-5   Filed 08/09/21   Page 122 of 244
Case 7:16-cv-11170-CS   Document 60-3   Filed 05/11/20   Page 121 of 243

121

```
 1                    NOREEN SHEA

 2        surprised when she was terminated because

 3        Lou would say that.

 4        Q    I got you.  I'm sorry, you did say

 5   that.  Did you have any conversations with Lou

 6   about his conduct and impersonating certain

 7   Jewish individuals, residents?

 8        A    It was done daily.

 9             MR. SUSSMAN:  Listen to the question.

10        Q    Did you ever have any conversations

11   with Lou concerning his impersonations of Jewish

12   residents?

13        A    Conversation?  What do you mean?

14   Reprimand?  I don't understand the question.

15        Q    Did you talk to him about this, did you

16   reprimand him, did you complain, did you tell him

17   to stop impersonating Jewish people?

18        A    I had talked to him -- no, I've never

19   done that.  I talked to him about his sarcasm.

20        Q    Was the sarcasm religious based?

21        A    On some occasions, yes.  But just

22   sarcastic personality.

23        Q    I'm trying to focus in on your claims

24   indicated religious discrimination.  Did Lou make

25   any comments in your presence which you
```

Case 7:19-cv-06838-PMH   Document 155-5   Filed 08/09/21   Page 123 of 244
Case 7:18-cv-11170-CS   Document 60-3   Filed 05/11/20   Page 122 of 243

122

```
 1                    NOREEN SHEA

 2   considered to be offensive to someone's religion

 3   whether it be Jewish or otherwise?

 4        A    Very.  Every day.

 5        Q    And what types of comments would he

 6   make?

 7        A    Just the mimicking, you know, of -- I

 8   remember -- I can't think of his name, his wife

 9   came in, she told me she was selling Avon and

10   when she walked out Lou was like, see, all the

11   Jews they got to make the monies.  Even the wife

12   has to make the monies.  Everybody's got to make

13   monies.  And he would just walk around the office

14   doing this.

15        Q    This is Lou?

16        A    Every day.  Every day.  That's just one

17   example.

18        Q    On the next page paragraph 24 it says

19   that -- you could read it for yourself, I mean.

20             MR. SUSSMAN:  Read the paragraph to

21        yourself, please.

22        Q    This paragraph indicates that the

23   mayor's directive to delay the provision of

24   services was to Orthodox jews; how would you know

25   if someone was an Orthodox jew?
```

Case 7:19-cv-06838-PMH    Document 155-5    Filed 03/09/21    Page 124 of 244
Case 7:16-cv-11170-CS    Document 60-3    Filed 05/11/20    Page 123 of 243

123

```
 1                    NOREEN SHEA

 2         A    I thought we covered that question but

 3    I'll answer.  When a person came in usually the

 4    yamaka, the beard, black and white, tassells.

 5         Q    You're referring to Hasidic Jews?

 6         A    No, Orthodox.

 7         Q    So, those are the one people he was

 8    referring to, as you understood his directive?

 9         A    Yes.

10         Q    Paragraph 26, just read that to

11    yourself.  My question is going to be, who was

12    this one Jewish builder, who was that referring

13    to?

14         A    Avrohom Manes.

15         Q    Was there any issue going on with

16    Avrohom Manes at the time with the mayor of the

17    village?

18         A    Yes.

19         Q    Do you recall what those were?

20         A    A very loud argument between the mayor

21    and Mr. Manes.

22         Q    Mr. Manes is the owner of Tal

23    Properties?

24         A    Yes.

25         Q    Okay.  Was there an issue going on
```

Case 7:19-cv-06838-PMH   Document 155-5   Filed 03/09/21   Page 125 of 244
Case 7:16-cv-11170-CS   Document 60-3   Filed 05/11/20   Page 124 of 243

124

                         NOREEN SHEA

1

2   with, I believe it was 63 High Mountain?

3        A    22 High Mountain.

4        Q    Was that the issue going on at the

5   time?

6        A    Yes.  No, the argument that day was

7   undedicated roads he was responsible for, they

8   got into a very loud argument.

9        Q    Okay.  But did the mayor view you

10  having, what you phrase as a friendly interaction

11  with Mr. Manes, that caused him to say stop those

12  interactions with him?

13       A    Oh yeah, that was another.

14       Q    Okay.  If you can explain what that

15  incident is?

16       A    This incident is, I believe the first

17  time I met Mr. Manes and he walked in with a

18  little baby in his arms she had red hair, curls,

19  green eyes and I got up from the desk and said oh

20  my gosh look she's beautiful, look at those curls

21  and I said wow.  And then I remember saying to

22  Mr. Manes, be careful red heads are trouble.  And

23  we were laughing.  That, you can't do that.  You

24  can't have friendly conversation.  I should have

25  just said, can I help you.

Case 7:19-cv-06838-PMH Document 155-5 Filed 08/09/21 Page 126 of 244
Case 7:16-cv-11170-CS Document 60-3 Filed 05/11/20 Page 125 of 243
125

```
1                    NOREEN SHEA

2        Q    Okay.  And where did this interaction

3   with Mr. Manes occur?

4        A    Mayor was not in the building it was

5   only Fran and I in the building.

6             MR. SUSSMAN:  The question was where

7        did it occur?

8             THE WITNESS:  In the building.  In

9        village hall.

10       Q    And how, to your knowledge, how did

11  Mayor Yagel find out about your interaction with

12  Mr. Manes?

13       A    I assume the text.  Lou tells me Fran

14  texts every person that leaves or goes on.

15       Q    But you don't know, correct?

16       A    No, I don't know.  I was just shocked

17  that he was --

18       Q    Paragraph 27 I believe we've covered

19  this before, but if you want to add anything

20  else, please do.

21       A    No.

22       Q    28, this is what I believe you just

23  testified about, correct, that Lou advising you

24  that you were called a Jew lover?

25       A    Yeah.
```

Case 7:19-cv-06838-PMH   Document 155-5   Filed 03/09/21   Page 127 of 244
Case 7:16-cv-11170-CS   Document 60-3   Filed 05/11/20   Page 126 of 243

126

1                    NOREEN SHEA

2        Q     29, you want to add anything?

3        A     It was a daily -- every day.  Every day

4    it was -- there's not a day that went by that

5    this anti, you know, Semitic environment, you

6    know, with the:  Uh, we got to do -- oh, how you

7    like his curls?  You know, every single person

8    that came in or out.

9        Q     I'm just asking if you -- you've

10   already testified, if you want to supplement your

11   testimony, just say.

12       A     Oh no.

13       Q     All right.  In 29 and 30 you refer to

14   Mr. Zummo impersonating Orthodox Jews in the

15   village hall mocking the speech behavior and it's

16   characterized as abusive behavior; would you

17   agree with that characterization, as Lou being

18   abusive or just inappropriate or something else?

19       A     This is No. 30, inappropriate.

20       Q     Move on to the next page so we can move

21   along.  33 alleges that you never received any

22   negative feedback concerning your job performance

23   except as it pertained to your willingness to

24   equally give proper service to the Orthodox

25   Jewish community.  Did you have some discussions

Case 7:19-cv-06888-PMH   Document 155-5   Filed 08/09/21   Page 128 of 244
Case 7:16-cv-11170-CS   Document 60-3   Filed 05/11/20   Page 127 of 243

127

```
 1                    NOREEN SHEA
 2    with Fran about typos and letters that she was
 3    upset with?  The letter that you asked her to
 4    sign had typos?
 5         A    The property registration form, is that
 6    what you're talking about?
 7         Q    No.  Did she send you an e-mail saying
 8    that, which I'll show you?
 9         A    Yeah.  I think I know what you're
10    talking about, but yeah if you have an exhibit.
11         Q    We'll just mark it as the next letter.
12              (Thereupon, Defendant's Exhibits M&N were
13              marked for Identification purposes only.)
14         Q    Just to save time I had a number of
15    exhibits marked.  And we'll come back to your
16    complaint in a few minutes.  But your complaint
17    said that you never provided any negative
18    feedback and I've shown you documents now which
19    is letter M as in Mary.
20         A    Is the property registration form.
21         Q    Yeah.  Do you remember receiving this
22    document?
23         A    Yes.  Yes, I do.
24         Q    Okay.  And did you consider this
25    document to be a criticism of your work
```

Case 7:19-cv-06888-PMH Document 155-5 Filed 08/09/21 Page 129 of 244
Case 7:16-cv-11170-CS Document 60-5 Filed 05/11/20 Page 128 of 243

128

```
 1                    NOREEN SHEA

 2    performance?

 3         A    Yes.

 4         Q    And to your understanding, why were you

 5    given this document?  And when I say this

 6    document I'm talking about any of all of the

 7    pages.  Have you seen all of these three pages

 8    prior to today?

 9         A    There's another one, which was my copy.

10         Q    There's another copy or page?

11         A    No.  Let me explain.  There's the

12    property registration form, which is my idea to

13    go out with the tax bill.  When I got there there

14    were like 60 or 80 e-mails in the village and I

15    was shocked; why don't you ever erase an e-mail?

16    This form we sent out the first year, Fran typed

17    up, and it's a property registration form.  It's

18    supposed to be attached here, I wish it was but

19    it's not.  So when Fran asked me to send out new

20    property registration forms for all these tax

21    bill things, and I had like ten of them to do, I

22    said Fran your form is outdated it says 2016 and,

23    I said, we discussed this that we didn't get a

24    lot back last year and you guys were going to

25    impose a fine or put on a time limit, like, you
```

Case 7:19-cv-06838-PMH   Document 155-5   Filed 08/09/21   Page 130 of 244
Case 7:18-cv-11170-CS   Document 60-3   Filed 05/11/20   Page 129 of 243

129

                        NOREEN SHEA

2    have 10 days or 30 days or whatever, and I said

3    do you want me to type up a new one?  And I did.

4    It was very friendly.  It was, like, welcome to

5    the Village of Pomona, exclamation point.

6               And it basically said the same, you

7    know, we need your -- you know, if you were --

8    the person who bought my sister's house is

9    called, the name of them is called 10 ML Drive

10   LLC, now, what is that?  We don't know who owns

11   that house.  So that was the point to finding it.

12   And I typed it up and I gave it to her.  I said,

13   what do you think?  But it was very happy and

14   bubbly.  So she wrote this back, and I could not

15   believe she could write that.  I showed you this

16   before.  And that is what I worked with.

17        Q    Now, you produced -- your attorney

18   produced this, just so you know.

19        A    I know.  But the property registration

20   form is not with this.

21        Q    Yeah.  But from the way I read this, it

22   looks like she's talking about the letter.  When

23   you say form, are you talking about a form letter

24   or an actual form?

25        A    The property registration form.

Case 7:19-cv-06838-PMH    Document 155-5    Filed 08/09/21    Page 131 of 244
Case 7:16-cv-11171-CS    Document 60-3    Filed 05/11/20    Page 130 of 243

130

                        NOREEN SHEA

 1

 2      Q    Right.  So this appears, again is what

 3  you understand this to be, this appears to be

 4  criticizing the letter you drafted not the form?

 5      A    It wasn't a letter.  I did a new

 6  property registration form.  The one that she was

 7  sending out to people was expired, it said 2016

 8  on it and I kept telling Fran it's 2017.

 9      Q    So you understood her comments to be on

10  the form that you drafted not on the letter that

11  is attached to this?

12      A    The property registration form.

13      Q    Okay.  And do you have any -- were her

14  comments well-taken or do you have any

15  disagreement?

16      A    I have big disagreement with that.

17      Q    Were there typos on the form?

18      A    No.  But like I said, welcome to the

19  Village of Pomona and --

20           MR. SUSSMAN:  He just asked you, were

21      there typos in the form?

22           THE WITNESS:  No, I didn't think so.

23           MR. SUSSMAN:  Next question.

24      Q    I'll show you N, and just say okay when

25  you're done.

Case 7:19-cv-06838-PMH Document 155-5 Filed 03/09/21 Page 132 of 244
Case 7:16-cv-11170-CS Document 60-3 Filed 05/11/20 Page 131 of 243

131

                          NOREEN SHEA

1

2        A    Okay.  The death certificates.

3             MR. SUSSMAN:  Wait for the question,

4        please.

5        Q    Do you recognize these two letters?

6        A    Yes.

7        Q    Okay.  And did you draft these two

8   letters?

9        A    Yes.

10       Q    Do these two letters refer to the death

11  certificate incident that you previously

12  testified to?

13       A    Yes.

14       Q    And you noted that the letters are

15  dated June and the date of the person's death was

16  in July, right?  So that's what -- that's the

17  problems that you had with your computer was it,

18  Word Processor?

19       A    Yes.

20       Q    Was it a Word Processor?

21       A    It was a Dell.

22       Q    Dell computer with Microsoft Word on

23  it?

24       A    Yes.

25       Q    Any other comments you want to make

Case 7:19-cv-06888-PMH Document 155-5 Filed 08/09/21 Page 133 of 244
Case 7:16-cv-11170-CS Document 60-3 Filed 05/11/20 Page 132 of 243

132

```
 1                    NOREEN SHEA

 2    about this?

 3         A    I can make a comment.

 4         Q    Yes.

 5         A    I didn't have to do this cover letter I

 6    just had to mail -- they told me you don't have

 7    to but I did it just as a courtesy to Albany and

 8    I put my card on it, and the typo is just -- the

 9    date is because I hit J and the day appeared.

10         Q    Is there any reason why you didn't put

11    an address on this?

12         A    I put an address on the envelope.

13         Q    Where did you get that address from?

14         A    New York State Vital Statistic in

15    Albany?

16         Q    Yeah.

17         A    I called them.  I verified everything,

18    who I was sending it to and the medical examiner.

19         Q    So you didn't know who to mail this to

20    prior to making that phone call?

21         A    No, I knew where to mail it to.

22         Q    No, but what address I mean.  Did you

23    know the address prior to making that phone call?

24         A    Probably Camille, Wesley Hills, she was

25    my first phone call on how to do it.
```

Case 7:19-cv-06838-PMH   Document 155-5   Filed 08/09/21   Page 134 of 244
Case 7:16-cv-11170-CS   Document 60-3   Filed 05/11/20   Page 133 of 243

133

```
 1                     NOREEN SHEA
 2          MR. SUSSMAN:  He didn't ask you that.
 3      Did you know the address prior to that?
 4      That's all he asked you.
 5          THE WITNESS:  Camille gave it to me.
 6      Q    Camille gave it to you, so the answer
 7  is yes?
 8      A    I'm so confused.  I know my first phone
 9  call was to Camille, my second was to Rockland
10  County Medical Examiner's my third phone was
11  to Vital -- Camille gave me address, I don't
12  really know if I had the --
13          MR. SUSSMAN:  Again, if you don't know
14      something just say I don't recall.
15          THE WITNESS:  I don't recall.
16      Q    Just getting down to Exhibit N.  Did
17  you consider Fran's comment about the letters to
18  be a criticism of your job performance?
19      A    Yes.
20      Q    I'm going to show you Exhibit O next.
21          (Thereupon, Defendant's Exhibit O was
22          marked for Identification purposes only.)
23      Q    I'll show you what's been marked as
24  Exhibit O and ask you if you recognize that form.
25      A    Okay.
```

Case 7:19-cv-06888-PMH   Document 155-5   Filed 08/09/21   Page 135 of 244
Case 7:18-cv-11170-CS   Document 60-3   Filed 05/11/20   Page 134 of 243

134

```
 1                    NOREEN SHEA

 2        Q    Was there any issue with this e-mail?

 3   Did Fran have any issue with this e-mail that you

 4   sent to Mr. Hirskowitz?

 5        A    No.

 6        Q    Okay.  Did anybody else have any issues

 7   with this e-mail that you sent to --

 8        A    The mayor 15 minutes after I hit send.

 9        Q    Did he tell you what his issues were

10   with this, with this e-mail?

11        A    There's no such thing as a co-chair

12   person, I remember him saying that, which I knew.

13        Q    How did he get -- if you know, was he

14   BCC'd on this e-mail?

15        A    No.

16        Q    Okay.  How did he get a copy of this

17   e-mail, if you know?  If you know.  I don't want

18   you to guess, if you know.

19        A    I don't know how he got it but 15

20   minutes, boom, the phone rang.

21        Q    And what do you recall the sum and

22   substance of what he said to you during that

23   phone call?

24        A    You can't send that letter.

25             MR. SUSSMAN:  You can't what?
```

Case 7:19-cv-06838-PMH Document 155-5 Filed 08/09/21 Page 136 of 244
Case 7:16-cv-11170-CS Document 60-3 Filed 05/11/20 Page 135 of 243

135

                    NOREEN SHEA

1

2          THE WITNESS:  You can't e-mail and

3      write that.

4      Q    Write what?

5      A    George, you know, happy Easter all

6  that, you can't write that.  There is no such

7  thing as a co-chairs person.  George Pokovic

8  (phonetic) is a good friend of mine.

9      Q    Okay.  But there was no co-chair person

10  at the time, was there?

11      A    There is no such thing.  And why I

12  wrote it, I heard through the top secret --

13          MR. SUSSMAN:  He's not asking you why

14      you wrote it, just if there was a co-chair

15      person.

16      Q    Yeah.  I was going to ask you that

17  next.  All right.  Why did you know that there

18  was no co-chair person?

19      A    Fran was leaving George a voicemail

20  saying, Hi George I know you're the new co-chair

21  person for the planning board; I was shocked, I

22  take care of the planning board.  And then I'm

23  like, there's no such thing as a co-chairman.

24  Now, I know George.  I was just at George's

25  house, I had a beer at his house with the

Case 7:19-cv-06838-PMH   Document 155-5   Filed 08/09/21   Page 137 of 244
Case 7:16-cv-01170-CS   Document 60-3   Filed 05/11/20   Page 136 of 243

136

```
 1                    NOREEN SHEA

 2    building inspector.

 3         Q    Mr. Zummo?

 4         A    Yes.

 5         Q    You mean prior to this e-mail?

 6         A    Probably, about a week prior maybe.

 7         Q    You don't mean today?

 8         A    No.  That's why I was like, what?  So I

 9    was shocked.

10         Q    Okay.  But the mayor was upset with

11    this e-mail, correct?

12         A    The mayor was very upset.

13         Q    Do you consider that to be a criticism

14    of your job performance?

15         A    No.

16         Q    It's up to you, I mean --

17         A    Am I allowed to elaborate on this.

18         Q    Yes.

19         A    George Pokovic got a building permit

20    for his house, he and his mother, it's a

21    two-family, while he's there he then asked me,

22    how do you work with that asshole?  He called me

23    up and just asked me --

24         Q    Who asked you that?

25         A    George asked me that.  Lou was there.
```

Case 7:19-cv-06838-PMH Document 155-5 Filed 08/09/21 Page 138 of 244
Case 7:16-cv-11170-CS Document 60-3 Filed 05/11/20 Page 137 of 243

137

```
 1                    NOREEN SHEA

 2    And said this, he called me up and wanted to know

 3    if my kids rode the quads over there and he goes

 4    that guy is such an asshole I don't know how you

 5    work with him.  A week later he's being asked to

 6    be on the planning board, that's what the shock

 7    was.  And I was like, wow.  But he did it.

 8         Q    By the way, since you said happy Easter

 9    I'm assuming George is not an Orthodox?

10         A    George goes to the same church as us,

11    St. Barnabas around the corner.

12         Q    Now take a look at Exhibit P.

13              (Thereupon, Defendant's Exhibit P was

14              marked for Identification purposes only.)

15         Q    Okay.  Did Fran or anyone else have any

16    issues with this e-mail?

17         A    Nobody ever mentioned it.  No.

18         Q    Okay.  Going back to Exhibit A, the

19    complaint.

20         A    Can you ask me more questions on this?

21              MR. SUSSMAN:  Let's move along, please.

22         Q    The next paragraph I want to ask you

23    about is about the basic training.

24         A    We're on A?

25         Q    Yeah.  Keep A open because we're going
```

Case 7:19-cv-06838-PMH Document 155-5 Filed 08/09/21 Page 139 of 244
Case 7:16-cv-11170-CS Document 60-3 Filed 05/11/20 Page 138 of 243

138

```
 1                    NOREEN SHEA

 2   to be going back and forth.

 3        A    Do you know what number?

 4        Q    Yeah I'm looking at paragraph 34.

 5             MR. DeGUISEPPE:  Let's mark three

 6        exhibits here.

 7             (Thereupon, Defendant's Exhibit Q-S were

 8             marked for Identification purposes only.)

 9        Q    I've had three exhibits marked, Q, R, S

10   and I'm going to hand them to you at the same

11   time and ask you to review them in the order that

12   I've given them to you.

13             MR. DeGUISEPPE:  I'm just going to make

14        a statement for the record.  Q and R are

15        documents produced by your attorney, S a

16        document -- several documents that I stapled

17        together, it wasn't produced this way, is

18        several documents which we'll go through

19        each one.

20        Q    So Q, do you recognize that document?

21        A    Yes.

22        Q    Okay.  And what is that document?

23        A    Deputy village clerk.

24        Q    Were you given a copy of this document?

25        A    We went over this before.  Yes.
```

Case 7:19-cv-06838-PMH Document 155-5 Filed 08/09/21 Page 140 of 244
Case 7:18-cv-11170-CS Document 60-3 Filed 05/11/20 Page 139 of 243

139

                    NOREEN SHEA

1          Q     I just want to make sure this is the

2   document you're referring to?

3          A     Yes.

4          Q     And then the second one, R, you

5   referred to as a two-page document of

6   responsibilities that you said you typed that?

7          A     Fran asked me to type both and e-mail

8   it to the mayor.

9          Q     So when did you receive this -- when

10  did you type up these documents?

11         A     I don't know when.  I can't give you a

12  date but -- I don't know.

13         Q     Was it at the beginning of your

14  employment?

15         A     Oh God, no.

16         Q     Do you recall if it was in 2017?

17         A     Well --

18         Q     If you don't know, just say you don't

19  know?

20         A     I don't know.

21         Q     Okay, that's all.  You don't recall.

22  All right.  On Q, the deputy village clerk, was

23  this typical work activities?  Does that fairly

24  represent what you were required to do as a

Case 7:19-cv-06888-PMH Document 155-5 Filed 08/09/21 Page 141 of 244
Case 7:16-cv-11170-CS Document 60-3 Filed 05/11/20 Page 140 of 243

140

1                          NOREEN SHEA

2    deputy village clerk?

3          A    Yes.

4          Q    And was this full performance

5    knowledge, does that fairly state the types of

6    skills that you knew?

7          A    Where are you?

8          Q    The next paragraph down it says full

9    performance.  We're still on this document here.

10   We didn't get to the two-page document yet.  The

11   first one was typical work -- this is Q, right,

12   it says typical work activities and then that was

13   my question, whether that fairly stated your job

14   duties and responsibilities?  Does it?  I should

15   say fairly summarize what your job duties and

16   responsibilities were?

17         A    No, I believe this is a different form.

18         Q    That's what I'm asking.

19         A    Yeah, I don't believe I typed this.

20         Q    Well, let me ask you this because there

21   does seem to be some differences between Q and R.

22   What is your understanding of what these two

23   forms represent?  And please refer to the exhibit

24   number when you're testifying.

25         A    R is deputy clerk's responsibilities?

Case 7:19-cv-06838-PMH Document 155-5 Filed 08/09/21 Page 142 of 244
Case 7:18-cv-11170-CS Document 60-3 Filed 05/11/20 Page 141 of 243

141

                    NOREEN SHEA

 1

 2      Q      Yes.  And that's the one you type?

 3      A      This is the one I typed.

 4      Q      Does this fairly summarize your job

 5   duties as the deputy village clerk?

 6      A      Yes.

 7      Q      And this --

 8      A      I don't know what this is (indicating).

 9             MR. SUSSMAN:  This meaning which, Q?

10             THE WITNESS:  Oh, Q.  I don't think I

11      ever read this one.

12      Q      That's fine.  That's why I just wanted

13   to confirm your familiarity of these documents.

14   Okay.  Going on to S, and I'll tell you what

15   these documents -- the first document -- these

16   documents were produced to your attorney under

17   the heading of How To Document, as it was

18   characterized by my client.  The first one is one

19   page; have you ever seen this document before?

20      A      Yes.

21      Q      When did you see this document?

22      A      I would say 2017.

23      Q      And who gave you this document?

24      A      Fran.

25      Q      Second document which goes, it's a

Case 7:19-cv-06888-PMH Document 155-5 Filed 08/09/21 Page 143 of 244
Case 7:16-cv-11170-CS Document 60-3 Filed 05/11/20 Page 142 of 243

142

1                      NOREEN SHEA

2      two-page document, pages three and four, entitled

3      Death Certificate Procedure; have you ever seen

4      this document?

5           A     Yes.

6           Q     Okay.  When did you receive this

7      document?

8           A     After Fran got back from Italy.

9           Q     And she gave you this document?

10          A     Yes.

11          Q     Do you know who prepared this document?

12          A     Yes.

13          Q     Who?

14          A     Fran.

15          Q     Do you believe this accurately states

16     the procedure for issuing a death certificate?

17          A     Yes.

18          Q     All right.  In the first point it says

19     "make sure the person died in their home or on

20     the property in the village."  If someone is

21     killed on a county road which runs through the

22     village, have they died within the village, to

23     your knowledge?  Meaning, what was the meaning of

24     these instructions?  Someone is killed on a

25     county road that runs through the Village of

Case 7:19-cv-06838-PMH   Document 155-5   Filed 08/09/21   Page 144 of 244
Case 7:18-cv-11170-CS   Document 60-3   Filed 05/11/20   Page 143 of 243

143

```
 1                    NOREEN SHEA

 2   Pomona, is that person perceived to have died in

 3   their home or on their property in the village?

 4             MR. SUSSMAN:  Objection to form.

 5             THE WITNESS:  All right, you got to say

 6        that one more time.

 7        Q    When is someone considered to have died

 8   within the village at any which point?

 9        A    When they pass away in their home.

10        Q    Okay.  Any other circumstances?

11        A    So you're saying when someone dies on a

12   road in the village?

13        Q    County roads run through villages.

14        A    Yes.

15        Q    And I'm sorry, I don't know the numbers

16   that run through there?

17             MR. BANKS:  Campbell Road is one, Motor

18        Road is another.

19        Q    All right.  So if someone dies on a

20   county road, are they considered to have died

21   within the Village of Pomona?

22        A    Yes.

23        Q    Going to the second page.  Do you

24   recognize these addresses?  Well, let me ask you

25   this:  Were these the addresses that you mailed
```

Case 7:19-cv-06838-PMH   Document 155-5   Filed 08/09/21   Page 145 of 244
Case 7:18-cv-11170-CS   Document 60-3   Filed 05/11/20   Page 144 of 243

144

                        NOREEN SHEA

2    the death certificates to?

3         A    Yes, Albany and --

4         Q    On the prior page it says that they

5    should be sent by certified mail.  Prior to your

6    mailing the letters, did anyone tell you that

7    they had to be sent by certified mailing?

8         A    Fran.

9              MR. SUSSMAN:  Prior to it?

10             THE WITNESS:  Oh, no.

11             MR. SUSSMAN:  Listen to the question,

12        please.

13        Q    I caught that one too.  Let's go to the

14   next page.  And the next two pages I'm not sure

15   if they're the same document or a single

16   document, the first one is called Legal Notices;

17   have you seen this document before?

18        A    Kathy wasn't my contact.

19             MR. SUSSMAN:  The question was, did you

20        see the document?  That's the only question

21        he asked you.

22        Q    Before today?

23        A    Yes.

24        Q    Okay.  And for what reason did you see

25   this document?

Case 7:19-cv-06838-PMH   Document 155-5   Filed 08/09/21   Page 146 of 244
Case 7:16-cv-11170-CS   Document 60-3   Filed 05/11/20   Page 145 of 243

145

```
 1                     NOREEN SHEA
 2          A    I can post public notices, planning
 3     board, ZBA.
 4          Q    Okay.  And post them where?
 5          A    In the newspaper.
 6          Q    At the time you worked there, was Kathy
 7     Williams or Heidi your contacts?
 8          A    No.  Well, I don't recall.
 9          Q    You don't recall the name of the
10     person?
11          A    Yeah.  I think --
12          Q    That's all right.  We don't want to
13     spend too much time on this.  Let's go to the
14     next one, retrieve phone messages; have you seen
15     this document before today?
16          A    Yes.
17          Q    And what does this document relate to?
18          A    Get the voice mail.
19          Q    On the village phone system?
20          A    Yes.
21          Q    Page D7 which had a search by SSWIS?
22          A    Yes.
23          Q    And what does SSWIS mean?  S-S-W-I-S.
24          A    Yeah.  I go on the Rockland Clerk
25     website.  What does S-W-I-S stand for?  I don't
```

Case 7:19-cv-06838-PMH   Document 155-5   Filed 08/09/21   Page 147 of 244
Case 7:16-cv-11170-CS   Document 60-3   Filed 05/11/20   Page 146 of 243

146

                    NOREEN SHEA

 1   know.

 2        Q     Okay.  Did you ever use this system?

 3        A     Every day.  That's where you can see

 4   when people bought and sold.

 5        Q     Oh, okay.  So you were able to use this

 6   system as part of your job functions?  In our

 7   words --

 8        A     I couldn't use it on my computer, I had

 9   to go to the next desk and log in there.

10        Q     Whose desk was that?

11        A     The old code enforcement officer that

12   quit.

13        Q     And why wasn't it on your computer?

14        A     I very rarely had internet.  I couldn't

15   get anything on my computer.

16        Q     When you say anything, you mean

17   internet connections?

18        A     Yes.  If I went to Fran or Lou's or

19   anybody else's, I got it.

20        Q     But were you supposed to go to one of

21   their desktops to use it?

22        A     I could use that extra one over there,

23   yeah.

24        Q     All right.  The next one is entitled

Case 7:19-cv-06838-PMH Document 155-5 Filed 08/09/21 Page 148 of 244
Case 7:16-cv-11170-CS Document 60-3 Filed 05/11/20 Page 147 of 243
147

1                    NOREEN SHEA

2      Memorandum, it's on Doris Ulman's letterhead, it

3      looks like it's three pages dated March 18, 2016;

4      do you remember seeing this document?

5           A    Yes.

6           Q    And what was the purpose of this

7      document?

8           A    Doris was training me how to handle the

9      planning board on this one.

10          Q    So you did receive some training?

11          A    Doris Ulman, yes.

12          Q    The next one looks like it's a two-page

13     document, pages 11, E11 and E12, property tax

14     procedure; have you ever seen this document

15     before?

16          A    No.  That one I didn't see for a long

17     time but I did get it, this is my cross training,

18     I remember.

19          Q    You said this is your cross training

20     what?

21          A    I was supposed to be cross trained.  We

22     were supposed to be cross trained.  I was

23     frustrated, I never knew how to do it.

24          Q    Let's stop there.  When you say cross

25     trained, cross trained in what?

Case 7:19-cv-06838-PMH   Document 155-5   Filed 08/09/21   Page 149 of 244
Case 7:16-cv-11170-CS   Document 60-3   Filed 05/11/20   Page 148 of 243

148

```
1                    NOREEN SHEA

2          A    Fran and I were supposed to know each

3     other's jobs; if Fran went on vacation I could do

4     her job, if I went on vacation she could do mine.

5          Q    So, do you recall when you first saw

6     this document?

7          A    I don't know the date but it was

8     probably a year.

9          Q    Well, prior to receiving this document,

10    had you been asked to give any property tax

11    receipts or entries or whatever you call them?

12         A    No.  I would go to the counter, take

13    the check, give them a receipt, and leave

14    everything on Fran's desk.

15         Q    Okay.  And the last document, again on

16    Doris' letterhead dated February 21, 2016, it's a

17    three-page document; have you seen this document

18    before?

19         A    Yes.

20         Q    And what's your understanding of this

21    document?

22         A    The ZBA with Doris Ulman, she sat with

23    me on this.

24         Q    What was the purpose of Doris sending

25    you this document?
```

Case 7:19-cv-06838-PMH   Document 155-5   Filed 08/09/21   Page 150 of 244
Case 7:18-cv-11170-CS   Document 60-3   Filed 05/11/20   Page 149 of 243

149

```
 1                    NOREEN SHEA

 2        A     We had a ZBA meeting.

 3        Q     This is dated February 2016, that's on

 4   or about when you started your employment?

 5        A     Yes.

 6        Q     Okay.  Was this document meant to

 7   familiarize you with the terms that are used at

 8   the ZBA meeting?

 9        A     Yes.

10        Q     I think we've probably covered

11   paragraphs 39.  All right.  In paragraph 40, read

12   that to yourself.  40 and 41.  And I have to mark

13   another exhibit.  Ms. Shea, my question to you is

14   that you state here that the village attorney

15   suggested that you share your concerns in writing

16   with the village Board and mayor.  Do you know

17   what she was referring to when she said your

18   concerns?

19        A     I asked to speak to Doris privately, we

20   went in the conference room and I told her what

21   was going on.

22        Q     Do you recall what you told her?  The

23   sum and substance of what you told her?

24        A     I told her the environment.  The whole

25   antisemitic environment.  I told her about my
```

Case 7:19-cv-06838-PMH Document 155-5 Filed 08/09/21 Page 151 of 244
Case 7:18-cv-11170-CS Document 60-3 Filed 05/11/20 Page 150 of 243

150

1                    NOREEN SHEA

2    complaints with Fran, she's not training, she's

3    texting the mayor constantly; everything.  I was

4    telling her, I said you have to tell me Doris,

5    what I can do; I wanted to take her out to lunch.

6    Doris and I would talk.  I said, I've done

7    nothing wrong and I said this hostility, this

8    tension in this office is through the roof.  I

9    said, I'm concerned about losing my job.  At the

10   time I was trying to purchase a condo, and I was

11   terrified to and I didn't because this job

12   environment was not stable.

13        Q    Okay.  I need you to be more specific

14   than that only because this really goes to the

15   essence of your complaint here.  What do you

16   recall, at this meeting with Doris, was that

17   meeting in or about what, February of 2017, do

18   you recall, or earlier?

19        A    I did the memo a couple of days after

20   our conversation, and she said do it before the

21   trustee meeting that's why I had to get the --

22        Q    All right.  I'll show you the memo

23   which is Exhibit T, if that refreshes your

24   memory.

25        A    Okay.  So February 7th, so it was

Case 7:19-cv-06838-PMH   Document 155-5   Filed 03/09/21   Page 152 of 244
Case 7:18-cv-11170-VS   Document 60-3   Filed 05/11/20   Page 151 of 243

151

```
  1                    NOREEN SHEA

  2    probably a day or two prior.  Okay.

  3         Q    So let's look.  So this is the memo

  4    that you drafted as a result of your meeting with

  5    Doris Ulman, correct?

  6         A    Yes.

  7         Q    Okay.  And looking at this, are these

  8    all the issues that you discussed with Doris

  9    Ulman at your meeting with her?

 10              MR. SUSSMAN:  Object to form.  You can

 11         answer.  She just told you what she

 12         discussed.

 13              MR. DeGUISEPPE:  She wasn't very clear.

 14              MR. SUSSMAN:  I think she was clear,

 15         but I'm not going to argue with you it's on

 16         the record.

 17              THE WITNESS:  Okay.

 18         Q    That's the question.  Are these the

 19    issues that you discussed with Doris Ulman at

 20    your meeting with her?  In other words, the

 21    issues that you're reporting to the Board on your

 22    February 7, 2017, letter, are they the same

 23    issues that you discussed with Doris Ulman at

 24    your meeting a few days before?

 25         A    Well, I talked about other issues also.
```

Case 7:19-cv-06838-PMH   Document 155-5   Filed 08/09/21   Page 153 of 244
Case 7:18-cv-11170-CS   Document 60-3   Filed 05/11/20   Page 152 of 243

152

1                    NOREEN SHEA

2         Q    What other issues?

3         A    I told her that I tried to communicate

4    with -- when I tried to talk to Brett Yagel he

5    kind of blew me off, I told her that.  And Leon

6    Harris.  I was talking to her about -- you know,

7    this one emphasizes Fran really, but there were

8    other things.  I remember she said I worked for

9    the mayor, you know, I had to work at his

10   discretion.

11        Q    Okay.  Why did you decide to report in

12   your February 7, 2017 memo, these issues to the

13   Board?

14        A    I was frustrated.  I told you, we were

15   supposed to be cross trained on a lot of things.

16   Fran was not -- she wouldn't train you.  She

17   wouldn't show you.  She went on vacation she left

18   you with envelope, you know, you couldn't do

19   anything you had to just leave it on her desk.

20        Q    Okay.  From reading this document it

21   appears to be silent on the issue of alleged

22   antisemitic behavior or discrimination; do you

23   agree with that?

24        A    Can you repeat that?

25        Q    Well, let me ask you this way; is there

Case 7:19-cv-06838-PMH   Document 155-5   Filed 08/09/21   Page 154 of 244
Case 7:16-cv-11170-CS   Document 60-3   Filed 05/11/20   Page 153 of 243

153

                        NOREEN SHEA

1    any language in this February 7, 2017 letter,

2    that advises the Board of the Jewish

3    discrimination that you previously testified to?

4

5         A    Is there anything in this letter that's

6    antisemitic?

7         Q    No.  In other words, you now have told

8    me that on a daily basis, you know, Lou was

9    making impressions, et cetera.  I'm not going to

10   repeat your testimony and put words in your

11   mouth.  But you testified to a number of

12   instances and conduct which you have described

13   as, what you described and you would call the Jew

14   lover for getting certain met of service to Jews

15   that Mr. Brett Yagel wanted you to.  My question

16   to you, is there anything in this memo that

17   advices the Board of your complaint

18   about discriminatory treatment that you were

19   asked about?

20        A    Anything in the memo that describes the

21   treatment of antisemitic?

22             MR. SUSSMAN:  He's saying something

23        very simple; does that mention antisemitism

24        in any way?

25             THE WITNESS:  No.

Case 7:19-cv-06838-PMH Document 155-5 Filed 08/09/21 Page 155 of 244
Case 7:16-cv-11170-CS Document 60-3 Filed 05/11/20 Page 154 of 243

154

1                    NOREEN SHEA

2          MR. SUSSMAN:  Okay.  That's what he

3      asked.

4      Q    You use a term in the first sentence,

5  again you've used it several times, toxic

6  environment; what did you mean by that in this

7  letter?

8      A    The unhealthy work environment.  There

9  were three employees, only three of us, and it

10  always frustrated me, the three of us should have

11  been a team but it was:  Lou filled with the

12  sarcasm, Fran, you know, cold and was always

13  angry.  And I used to say, what can I do to help

14  you today, to take this pressure and stress off

15  of you?  Nothing, I'm the treasurer.  Nothing,

16  I'm the clerk.  You know, you do your job I'll do

17  mine.  And I quite often said we were supposed to

18  be cross trained.  Lou told me, she will never

19  cross train you.  Fran has asked me for numerous

20  documents, if you wanted to ever make a mistake

21  I'd have to give her a document, she's making a

22  secret file on you; that's the environment I was

23  in.

24      Q    Yeah, I noticed in some communication

25  that you were under the impression that there

Case 7:19-cv-06838-PMH   Document 155-5   Filed 08/09/21   Page 156 of 244
Case 7:18-cv-11170-CS   Document 60-3   Filed 05/11/20   Page 155 of 243

155

                        NOREEN SHEA

1

2      were recording devices or eavesdropping devices

3      within the office?

4          A     Yes, I was told this.

5          Q     Who told you?

6          A     Lou.

7          Q     Okay.  Did you ever find such a device

8      on your phone?

9          A     Did I find it?  No.  Lou showed me

10     where they were; under the counter, in my phone.

11         Q     So he did show you where they were?

12         A     Where they were, yeah.

13         Q     So you knew when you were on the phone

14     that you were being recorded?

15         A     I assumed I was.  I knew the mayor

16     because he -- the mayor told me to record the

17     Orthodox when they come in, he showed me on his

18     phone how do it.

19         Q     Did you record it on his phone or your

20     phone?

21         A     On my phone.  I told him I didn't

22     have -- what's the matter with you?  He grabbed

23     my phone and he showed me, and I did, I recorded

24     a couple of Orthodox but then as time went on I

25     said this is so wrong, and I started recording

Case 7:19-cv-06888-PMH Document 155-5 Filed 08/09/21 Page 157 of 244
Case 7:18-cv-11170-CS Document 60-3 Filed 05/11/20 Page 156 of 243

156

```
1                      NOREEN SHEA

2    him.

3         Q    And when did he ask you to do that, was

4    it before this February 7, 2017?

5         A    Oh gosh, that was right at the

6    beginning.  Right at the beginning.  Naomi

7    Streiker was my first recording, an Orthodox

8    realtor, he told me to record her when she comes

9    in.

10        Q    Again, the word toxic environment, in

11   my opinion it seems to be a strong term.  Other

12   than cross training and Lou's personality, and

13   the mayor's personality; was there anything else

14   that you considered to be toxic in the working

15   environment that caused you to write this memo?

16        A    Fran.

17        Q    Okay.  That was the main purpose for

18   writing this memo, was Fran?

19        A    I think it was one of the many

20   variables that went in.

21        Q    What are the other variables?

22        A    Lou.  The antisemitic environment.

23   The, why are you so nice to these people when

24   they come in, that would be Fran; that's what was

25   discussed with Doris.
```

Case 7:19-cv-06838-PMH Document 155-5 Filed 08/09/21 Page 158 of 244
Case 7:18-cv-11170-CS Document 60-3 Filed 05/11/20 Page 157 of 243

157

```
 1                    NOREEN SHEA
 2       Q    Well, maybe you can clarify what you
 3   just testified to, as this memo doesn't mention
 4   anything about antisemitism.  Why not?
 5       A    That's what I'm saying, there's nothing
 6   here that says --
 7            MR. SUSSMAN:  He's asking you why
 8            doesn't the document mention anything about
 9            antisemitism, that's his question to you.
10            THE WITNESS:  I don't have -- I was
11            sending this to the Board.  I guess I should
12            have been more elaborate.
13       Q    But you did say that you told Doris
14   Ulman about this antisemitic behavior?
15       A    Um-hmm.  And she's Jewish.
16       Q    You have to say yes.
17       A    Oh, yes.
18       Q    And she told you to report it to the
19   Board, correct?
20       A    She didn't say report the anti -- no,
21   she did not say that.  She said to protect
22   yourself, write a memo.
23       Q    Okay.  On paragraph 42 you state that
24   the mayor and the village Board received the
25   letter but never addressed the concerns.  If you
```

Case 7:19-cv-06838-PMH   Document 155-5   Filed 08/09/21   Page 159 of 244
Case 7:16-cv-11170-CS   Document 60-3   Filed 05/11/20   Page 158 of 243

158

NOREEN SHEA

2    look at 42, in the complaint.  Read paragraph 42

3    to yourself.  My question is simply, did you send

4    your February 7, 2017 memo, to the mayor?

5        A   I sent it to everybody.  The Board of

6    Trustees, the village attorney.

7        Q   Is there any reason why you didn't CC

8    them on there?

9        A   They were all.  Everybody received it.

10       Q   Leon Harris received it?

11       MR. SUSSMAN:  It says to the Village of

12       Pomona Board of Trustees.

13       THE WITNESS:  Yes.

14       Q   That's the Board of Trustees, does that

15    include the mayor?

16       A   Yes, he's on the Board.

17       MR. BANKS:  The mayor is a trustee.

18       MR. DeGUISEPPE:  Just to clarify.  I

19       actually marked this twice, that's why I

20       don't have a copy.  Just note for the record

21       Exhibits B and N are the same.  Let's just

22       take out T.  There is no T.

23       Q   All right.  We marked this as Exhibit

24    C.  We're done with Exhibit A.

25       A   I didn't work here.

Case 7:19-cv-06888-PMH   Document 155-5   Filed 08/09/21   Page 160 of 244
Case 7:18-cv-11170-CS   Document 60-3   Filed 05/11/20   Page 159 of 243

159

1                    NOREEN SHEA

2          MR. SUSSMAN:  There's no question.

3          THE WITNESS:  He's looking at me.

4      Q    I just was wondering if you said okay.

5          MR. SUSSMAN:  Wait for the question.

6      Q    Do you recognize that document or any

7  part thereof?

8      A    Not to my knowledge.

9      Q    Page marked D124 there are some dates:

10 February 2017 -- February 19, 2017, and then on

11 the next page February 20, 2017.  Yeah, there's

12 dates added there.  This is a document that was

13 produced by your attorneys, so I'm asking you, do

14 you recognize this document?

15         MR. SUSSMAN:  It doesn't mean she

16     recognizes it, though.

17         MR. DeGUISEPPE:  No.  You're right.

18         THE WITNESS:  Yeah, no.

19     Q    Okay.  Including the notes of

20 February 2017 note entries on the last few pages,

21 page three on top.

22     A    Okay.  Continued April 1st, 2018?

23     Q    No .it says continued February 19,

24 2017.

25     A    Okay, yeah.

Case 7:19-cv-06838-PMH Document 155-5 Filed 03/09/21 Page 161 of 244
Case 7:16-cv-11170-CS Document 60-3 Filed 05/11/20 Page 160 of 243

160

1                         NOREEN SHEA

2          Q     And then it sites 127, and you can read

3     it for yourself.  It seems to be some kind of

4     timeline.  Did you write those notes?

5          A     No.

6          Q     Okay.  The same thing on the next page,

7     page 4, which is page P125, did you write those

8     notes?

9          A     No.

10         Q     Do you have any idea who wrote these

11    notes?

12         A     No.

13         Q     This is D.  And just the same questions

14    after you're done reviewing it, let me know if

15    you recognize this document, have you ever seen

16    it before?

17         A     No.

18         Q     You don't know who drafted this,

19    correct?

20         A     No.  They spelled my name wrong, too.

21    Oh, sorry.

22         Q     This is Exhibit E.  Again with all

23    these things Ms. Shea, I mean to save time, just

24    look at it and let me know whether or not you

25    recognize this document then I'll ask you

Case 7:19-cv-06838-PMH   Document 155-5   Filed 08/09/21   Page 162 of 244
Case 7:18-cv-11170-CS   Document 60-3   Filed 05/21/20   Page 161 of 243

161

1                    NOREEN SHEA

2    questions.

3         A    Yes.

4         Q    Okay.  Could you please identify for

5    the record what this document is.

6         A    These are my notes when I was

7    terminated.

8         Q    Okay.  When did you draft these notes?

9         A    Right after I was terminated, June

10   sometime, I guess in 2017.  The date says June

11   23rd.

12        Q    Well, it says that you were terminated

13   on that day it doesn't say this was drafted on

14   it.  Do you recall when this was drafted?

15        A    Right after.

16        Q    Do you know if there's more than one

17   draft of this, that document?

18             MR. SUSSMAN:  Read the whole document

19        before you give a date.

20        Q    Yeah.

21        A    Okay.

22        Q    Do you recall when you drafted this

23   document?

24        A    I can't give you an exact date.

25        Q    There's a reference in there to a

Case 7:19-cv-06838-PMH   Document 155-5   Filed 08/09/21   Page 163 of 244
Case 7:16-cv-11170-CS   Document 60-3   Filed 05/11/20   Page 162 of 243

162

```
 1                  NOREEN SHEA

 2    August 21, 2017, at the bottom of the letter and

 3    board meeting September 11, 2017; does that

 4    refresh your memory as to when this was drafted?

 5         A    No.

 6         Q    Okay.  If it doesn't, it doesn't.  Why

 7    did you draft this letter or this memo?

 8         A    I drafted a lot of e-mails from my

 9    desk, village hall, of the events and days that I

10    sent to myself, so I took notes.  I write things

11    down to keep it fresh.

12         Q    Do you still have a copy of those

13    handwritten notes?

14         A    They're not handwritten notes.

15         Q    Do you have a copy of those notes?

16         A    Those are e-mails.

17         Q    Of those e-mails, do you have a copy of

18    those e-mails?

19         A    I should.

20         Q    Were they e-mails to yourself or to

21    somebody else?

22         A    They're e-mails to myself.  They were

23    in the evidence, I saw some of them.  I mean, if

24    you want them, I'll get them for you.

25         Q    Well, if I don't have them I'll request
```

Case 7:19-cv-06888-PMH   Document 155-5   Filed 08/09/21   Page 164 of 244
Case 7:16-cv-11170-CS   Document 60-3   Filed 05/11/20   Page 163 of 243

163

1                    NOREEN SHEA

2    them from Michael.  All right.  Most of this we

3    agreed appear to have covered before.  There is a

4    statement in here, the third page where you

5    referenced Lou Zummo telling you that you were

6    fired 'cause you were a Jew lover.  You helped

7    all Jews.  I mean, what, you know, did Mr. Zummo

8    say that to you, you help all Jews?  You help all

9    the Jews, were those his words or is that just

10   your summary of what he said to you?

11        MR. SUSSMAN:  The second full paragraph

12        on page 3 he's asking you at the end of the

13        paragraph the words, quoting from the

14        document "you help all Jews" is that

15        something Mr. Zummo said to you or is that

16        something else?

17        THE WITNESS:  I can hear him in his

18        Jewish interpretation saying it.  Maybe that

19        should have been in quotes too.

20        MR. SUSSMAN:  Are those his words?

21   Q    I'm just asking you.  Yeah.

22        MR. SUSSMAN:  I asked him why the man

23        wants to get rid of me he said "because

24        you're a Jew lover".  Then he says, you help

25        all the Jews; is that something Zummo said?

Case 7:19-cv-06888-PMH    Document 155-5    Filed 08/09/21    Page 165 of 244
Case 7:16-cv-11170-CS    Document 60-3    Filed 05/11/20    Page 164 of 243
164

```
 1                    NOREEN SHEA
 2            THE WITNESS:  Yes.
 3       Q    So that should have been in quotes?
 4       A    Yes.
 5       Q    Okay.  I have no further questions of
 6  this document, unless it refreshes your memory as
 7  to something you've already testified and you
 8  want to clarify your prior testimony?
 9       A    No.
10       Q    I'll show you what's been marked as
11  Exhibit F.  All right, do you recognize this
12  document?
13       A    Yes.
14       Q    Okay.  And you drafted this document?
15       A    Yes.
16       Q    On or about August 21, 2017?
17       A    Yes.
18       Q    And how did you send this to Fran,
19  regular mail, e-mail?
20       A    I believe -- I'm not quite sure.  But
21  if I had my papers with me -- if I sent it
22  certified I have the green, you know, I have all
23  that paperwork.  I'm not sure --
24       Q    All right.  We'll leave a blank space,
25  when you review the transcript if you want to --
```

Case 7:19-cv-06838-PMH   Document 155-5   Filed 08/09/21   Page 166 of 244
Case 7:18-cv-11170-CS   Document 60-3   Filed 05/11/20   Page 165 of 243

165

```
 1                    NOREEN SHEA

 2        A     It's addressed to Fran.

 3        Q     We'll leave the question blank:  How

 4   did you send this to Fran?

 5                    (INSERT)

 6

 7

 8

 9        Q     Okay.  In here you talk about an issue

10   with June/July's paystub.  What was the issues

11   and were they resolved, to your satisfaction?

12        A     No, it's still not resolved.  My

13   issues, you know, she says I gave my two-weeks

14   notice --

15             MR. SUSSMAN:  There's no question.  Was

16        it was resolved?  The answer is no.  Next

17        question.

18        Q     Yeah.  Well, what was the sum and

19   substance of the last discussion or

20   correspondence you had with Fran concerning this

21   issue?  She told you the village wasn't agreeing

22   with you, or that they were looking into it?

23        A     I think Doris -- I believe Doris

24   was the next -- so this was probably Fran's

25   last --
```

Case 7:19-cv-06838-PMH   Document 155-5   Filed 08/09/21   Page 167 of 244
Case 7:16-cv-11170-CS   Document 60-3   Filed 05/11/20   Page 166 of 243

166

```
 1                    NOREEN SHEA

 2       Q    Okay.  Let me show you what's been

 3  marked as H.  I don't know if this is a letter,

 4  Doris letter you were referring to.

 5       A    This was me to Doris.  Oh, here it is.

 6       Q    It's attached, right?

 7       A    Um-hmm.

 8       Q    All right.  So we've been reviewing

 9  this correspondence.  What was the outcome of you

10  sending your letter to -- well, what was the

11  outcome of Doris' -- of your sending this letter

12  to Doris, which has been marked as Exhibit H, is

13  there any developments, were you paid?

14       A    No.  No pay, nothing.

15       Q    All right.  In your letter to Doris you

16  say "I have no reference to the term 'holdover

17  deputy clerk' my position as deputy clerk upon

18  hire until termination."  Did Doris use that term

19  to you, holdover?

20            MR. SUSSMAN:  This is Doris' letter.

21            MR. DeGUISEPPE:  Michael is right.

22            MR. SUSSMAN:  Is the second page of

23       exhibit H.

24       Q    Did Doris ever explain to you what that

25  meant?
```

Case 7:19-cv-06838-PMH   Document 155-5   Filed 08/09/21   Page 168 of 244
Case 7:16-cv-11170-CS   Document 60-3   Filed 05/11/20   Page 167 of 243
167

```
 1                      NOREEN SHEA

 2        A     No.

 3        Q     What did the village pay you as a

 4   result of your termination?  Doris says here,

 5   "you received four weeks salary for the time that

 6   you did not work.  These are only amounts that

 7   the village is legally able to pay."

 8             MR. SUSSMAN:  So the question is, did

 9        she get paid for four weeks?

10             MR. DeGUISEPPE:  Yeah.

11             THE WITNESS:  The question is did I get

12        paid?

13             MR. SUSSMAN:  Did you get paid four

14        weeks beyond when you were terminated?  That

15        is, beyond June 23rd did you get paid four

16        weeks, like she says?

17             THE WITNESS:  I was short, put it that

18        way.  The numbers are totally off.

19        Q     If you don't recall, you could just

20   say.

21        A     And then I attached the stubs.

22        Q     No, I'm just confirming whether or not

23   you were paid what Doris says you were paid.

24   Plus you received four weeks salary for that time

25   that you did not work, that's what she's
```

Case 7:19-cv-06838-PMH Document 155-5 Filed 08/09/21 Page 169 of 244
Case 7:18-cv-11170-CS Document 60-3 Filed 05/11/20 Page 168 of 243

168

1                       NOREEN SHEA

2      claiming?

3           A      I didn't get paid the right amount,

4      that's where it still stands.

5           Q      Okay.  Exhibit I.

6           A      These are the e-mails I was telling you

7      about.

8           Q      There are a number of dates here:

9      January 5th and then January 10th on page 43, No.

10     P43; January 12th on P45, and the next one I see

11     is January 27th on P47.  My question to you is,

12     you drafted this documented, correct?

13          A      Yes.

14          Q      Okay.  It's an e-mail?

15          A      Yes.

16          Q      When did you draft this document on or

17     about?

18          A      On the dates.

19          Q      So these are multiple e-mails?

20          A      Um-hmm.

21                 MR. SUSSMAN:  Yes.

22                 THE WITNESS:  Yes.  I edited them.

23          Q      Do you have the original e-mails?  I'll

24     save time.  If you do have them, please provide

25     them to your attorney and we'll discuss the

Case 7:19-cv-06888-PMH    Document 155-5    Filed 08/09/21    Page 170 of 244
Case 7:18-cv-11170-CS    Document 60-3    Filed 05/11/20    Page 169 of 243

169

                        NOREEN SHEA

  1

  2    production.

  3          Why did you -- I mean, what caused you

  4    to write what's been marked as Defendant's

  5    Exhibit I.  What was the reason you drafted this?

  6      A    My frustration to the environment and

  7    trying to be efficient and effective.  I kept

  8    saying that I could have scanned that whole

  9    billing department in, I could have had that

 10    software up and running, I could have helped Fran

 11    with the tax software.  There was so much that

 12    could be done and we weren't allowed to do it,

 13    that's why I was so frustrated.

 14      Q    All right.  Is there anything, in

 15    reviewing this document is there anything that

 16    you now recall that you want to clarify from your

 17    prior testimony on anything?

 18      A    No.

 19      Q    Okay Exhibit J.  There you go.  And the

 20    same question for this document again:  Can you

 21    recognize it?  What is it?  And when did you

 22    draft it?

 23      A    March 2nd it was drafted.

 24      Q    All right.  The last line talks about

 25    there was a trustee meeting on February 27, 2017.

Case 7:19-cv-06838-PMH Document 155-5 Filed 08/09/21 Page 171 of 244
Case 7:16-cv-11170-CS Document 60-3 Filed 05/11/20 Page 170 of 243

170

```
 1                    NOREEN SHEA

 2   "We were surprised to hear Peter Obe is out and

 3   Kevin Dock is replacing with Mitch Archie."

 4        A    Oh, Mitch Archie was the code

 5   enforcement officer they hired, that was the

 6   name.

 7        Q    Okay.  I was going to ask you to

 8   identify all three individuals.  Peter Obe, is

 9   it?

10        A    Yes.

11        Q    Obe was also someone who hadn't signed

12   the Oath book upon being reappointed, do you know

13   that?

14        A    I believe it.  They were all expired.

15        Q    What do you know about that situation,

16   if anything, what I just asked you?

17        A    I'm the one who had the Oath of Office

18   Book out and brought it up to Fran saying that I

19   had a gentleman move and he was on my planning

20   board, Pat Millie (phonetic), Squally Millie

21   (phonetic) was his proper name, and we were

22   missing another person and I went to the Oath of

23   Office Book to see and I noticed trustees were

24   expired on their appointment, ZBA, planning

25   board, me.  And I said, Fran do you realize that
```

Case 7:19-cv-06838-PMH Document 155-5 Filed 08/09/21 Page 172 of 244
Case 7:16-cv-11170-CS Document 60-3 Filed 05/11/20 Page 11 of 23
171

```
 1                    NOREEN SHEA
 2   almost everybody here is expired, and the mayor
 3   was so upset and grabbed Fran went in that office
 4   slammed the door and they had everybody come in
 5   and do the Oath of Office the next week.  And
 6   that's when I realized and I said, Fran you want
 7   me to do it?
 8        Q    And what did she say?
 9        A    You have to talk to the mayor.
10        Q    Okay.  Aside from yourself, was there
11   anybody else not asked to sign the Oath of Office
12   Book at that time, to your knowledge?
13        A    No, everybody came in.
14        Q    Everybody but you?
15        A    I was there.
16        Q    No.  I'm saying, you never signed the
17   Oath of Office Book for your second appointment
18   term, correct?
19        A    I asked, I said I'm supposed to sign it
20   but it wasn't signed.
21             MR. SUSSMAN:  He's asking you, did you
22        sign it at that time?
23             THE WITNESS:  No.
24        Q    Okay.  And my other question was:  To
25   your knowledge, were you the only person who did
```

Case 7:19-cv-06888-PMH   Document 155-5   Filed 08/09/21   Page 173 of 244
Case 7:18-cv-11170-CS   Document 60-3   Filed 05/11/20   Page 21 of 243

172

                        NOREEN SHEA

2    not sign the Oath of Office Book after the

3    circumstances you just described?

4         A    And Peter Obe.

5         Q    Anybody else?

6         A    Not that I'm aware of, no.

7         Q    To your knowledge, was there any

8    allegations that you were aware of at that time

9    that Mayor Yagel intentionally didn't have people

10   sign the Oath of Office Book so he could

11   terminate their employment when he wanted to?

12        A    Lou told me he likes to dangle that

13   carrot in front of you, that's why every day you

14   wait and see.

15        Q    Well, why were you and Lou talking

16   about the Oath of Office Book?

17        A    I told him, I said Fran told me you

18   have to talk to the mayor.  And then he made the

19   comment, I remember, she was supposed to swear

20   you in, she is the one that should have gotten in

21   trouble.

22        Q    I'm just going to show you J and K.

23   I'm sorry, K and L.

24        A    Okay.

25        Q    About the Robert Klein e-mail.  I mean,

Case 7:19-cv-06838-PMH   Document 155-5   Filed 03/09/21   Page 174 of 244
Case 7:18-cv-11170-CS   Document 60-3   Filed 05/11/20   Page 173 of 243

173

1                    NOREEN SHEA

2    what does this e-mail concern?  First of all, did

3    you draft the first page of this?

4         A     Yes, I believe so.

5         Q     Was this an e-mail also?

6         A     To myself.

7         Q     To yourself, okay.  And what was your

8    purpose in drafting this e-mail to yourself?

9         A     I was upset.  I was upset with the

10   situation.  Again, the toxicity.  Mayor called

11   asked for the building inspector, told when I was

12   just about to go downstairs Lou punched the desk

13   and I said, are you okay?  And then he banged his

14   head down into it and I stopped and I waited and

15   I waited and I hear him saying yes, and I want to

16   leave and he was arguing and arguing and arguing

17   with the mayor.  Lou slammed the phone down and

18   said, I'm not allowed to go home until I find

19   something wrong with Ian Banks' house and Robert

20   Klein's house.

21        Q     And that's why you drafted this?

22        A     Yeah.  That's when I said this is

23   unbelieve the stuff that I see in here.

24        Q     Did you notify Doris Ulman or anybody

25   else of this issue that you perceived with the

Case 7:19-cv-06838-PMH Document 155-5 Filed 08/09/21 Page 175 of 244
Case 7:16-cv-11170-CS Document 60-3 Filed 05/11/20 Page 174 of 243

174

NOREEN SHEA

1                  NOREEN SHEA

2    mayor's conduct?

3        A    Doris Ulman doesn't have a e-mail.

4        Q    Well did you contact or say, the mayor

5    is still engaging in this type of conduct in

6    terms of --

7        A    No.

8        Q    L, same thing, I guess this is an

9    e-mail that you wrote, the first one?

10       A    Okay.

11       Q    And what is this e-mail?

12       A    Same, environment.

13       Q    All right.  Towards the end you mention

14    that "Lou told me about the listening devices

15    that were found in the past and the previous

16    clerk had a bug in her phone."  Did you ever

17    follow-up with anyone as to whether or not your

18    phone was bugged or the office was bugged at the

19    time you were working there?

20       A    I called Verizon on my phone.  I asked,

21    because I went into the mayor's office one day

22    and I saw my -- it said Odee's iPhone on his

23    computer laptop, it freaked me out.

24       Q    I'm sorry, what did it say?

25       A    Odee's iPhone.  My kids all call me

Case 7:19-cv-06838-PMH   Document 155-5   Filed 08/09/21   Page 176 of 244
Case 7:16-cv-11170-CS   Document 60-3   Filed 05/11/20   Page 175 of 243

175

```
 1                    NOREEN SHEA

 2   Odee, Aunt Odee.  And my iPhone and it said and I

 3   was baffled how he can have that on his machine.

 4       Q    Well, did you ever contact any type of

 5   surveillance person to see whether or not your

 6   phone had been bugged?

 7       A    Did I?  I called Verizon and I asked

 8   them to checkup on that and how they got it.

 9       Q    Did you ever contact someone named

10   Joseph Saponao, S-A-P-O-N-A-O, of Elite

11   Investigations?

12       A    Who's that?

13       Q    I'm just asking if you know.

14       A    Oh, no.

15            MR. DeGUISEPPE:  Why don't we mark this

16       one as G.

17            (Thereupon, Defendant's Exhibit G was

18            marked for Identification purposes only.)

19       Q    All right.  You had previously

20   testified that there was something called the

21   shul patrol.  This is an e-mail.  I had asked you

22   about this, whether or not you were familiar as

23   to whether or not investigations were done on a

24   Saturday night, and I was referring to this

25   e-mail the Saturday violation patrol.
```

Case 7:19-cv-06838-PMH   Document 155-5   Filed 08/09/21   Page 177 of 244
Case 7:16-cv-11170-CS   Document 60-3   Filed 05/11/20   Page 176 of 243

176

1                      NOREEN SHEA

2              MR. SUSSMAN:  When you say Saturday

3         night, is incorrect.  It's a Saturday

4         violation, had nothing about a Saturday

5         night.

6              MR. DeGUISEPPE:  I'm sorry.  You're

7         right.

8         Q    To your knowledge, was there a Saturday

9    violation patrol?

10        A    I don't know.  The mayor sent --

11        Q    If you don't know, you don't know.

12        A    But the building inspector called it

13   shul patrol, that's what he says.  I'm on shul

14   patrol.

15        Q    Is this e-mail referring, in your

16   opinion, to the shul patrol?

17        A    If it's on violations, yes.

18        Q    Did you have any conversation with

19   Mr. Zummo about this e-mail about --

20        A    I had to do all the violations,

21   summonses, tickets, mail them.

22        Q    Let me ask you, do you recall seeing

23   this e-mail prior to today?

24        A    Yes, I believe so.  See, now it looks

25   like he worked --

Case 7:19-cv-06838-PMH   Document 155-5   Filed 03/09/21   Page 178 of 244
Case 7:16-cv-11170-CS   Document 60-3   Filed 05/11/20   Page 177 of 243

177

```
1                    NOREEN SHEA

2              MR. SUSSMAN:  The only question was,

3         did you see the e-mail?  Okay.

4         Q    Yeah, I don't want you guessing on

5    stuff.

6              MR. DeGUISEPPE:  The document that

7         starts on P104, that'll be T.  And then the

8         one that starts on page P131, U.

9              (Thereupon, Defendant's Exhibits T&U were

10             marked for Identification purposes only.)

11             MR. SUSSMAN:  I think that seeing these

12        has been my client's version of the texts

13        that she knew were being sent by Mr. Yagel

14        is what prompted our request to you, because

15        these are fairly legible, what we got.  We

16        produced these.

17             MR. DeGUISEPPE:  So why don't we just

18        say that Exhibits T and U, text messages on

19        Mayor Yagel we'll produce legible copies.

20             MR. SUSSMAN:  Yeah, he's the

21        originator.

22             MR. DeGUISEPPE:  So no questions on T

23        and U.

24             (Thereupon, Defendant's Exhibits V was

25             marked for Identification purposes only.)
```

Case 7:19-cv-06838-PMH   Document 155-5   Filed 08/09/21   Page 179 of 244
Case 7:16-cv-11170-CS   Document 60-3   Filed 05/11/20   Page 173 of 243
178

```
1                    NOREEN SHEA

2        Q    Ms. Shea, I'm showing you what's been

3   marked as Defendant's Exhibit V.  This was a

4   report that I requested for 2016 to show the

5   status of various building permits.  Just ask

6   you, so I know you haven't seen this before

7   because it was produced at my request.  And why

8   don't you let me know when you're done.

9        A    Okay, I'm good.

10       Q    Okay.

11            MR. SUSSMAN:  You did make it available

12       for today, I think she did review it before

13       today.

14            MR. DeGUISEPPE:  Yeah, it might have

15       been in a bigger format, yeah.

16            MR. SUSSMAN:  It's Defendant's 296 to

17       298.  You've seen this before at my office,

18       correct?

19            THE WITNESS:  I believe so, yeah.

20       Q    By looking at this document, and I want

21   you to carefully look at it, do you see any

22   building permit applications which you think were

23   not processed within a timely fashion on a 30-day

24   period?

25       A    9 and 11 Klingher Court were a big
```

Case 7:19-cv-06838-PMH Document 155-5 Filed 08/09/21 Page 180 of 244
Case 7:18-cv-11170-CS Document 60-3 Filed 05/11/20 Page 9 of 243

179

```
 1                    NOREEN SHEA

 2    issue.  I'm trying to recall but I remember that

 3    name.

 4         Q    Looking at this, do you see any

 5    addresses which you believe while you were --

 6         A    9 and 11 Klingher Court.  I'm trying to

 7    remember the -- oh my gosh --

 8         Q    Do you remember what the issue was with

 9    Klingher Court?

10         A    I remember the builder coming in, he

11    was very upset with us.  He was constantly

12    yelling.

13         Q    Now, it says that the owner was

14    Briarwoods Farm, do you know who owned Briarwoods

15    Farm?

16         A    Oh, that's Mr. Hirskowitz, but he sold

17    it.

18              MR. SUSSMAN:  It says Glan (phonetic)

19         on 9 and 11.  11 Klingher it says owner's

20         name Glan.

21              THE WITNESS:  Briarwoods Farms did own

22         it, and then they sold it to these, and then

23         this builder had a lot of problems.

24              MR. SUSSMAN:  The other problem here it

25         says taken in, permit number taken in and
```

Case 7:19-cv-06838-PMH Document 155-5 Filed 08/09/21 Page 181 of 244
Case 7:18-cv-11170-CS Document 60-3 Filed 05/11/20 Page 180 of 243

180

```
 1                    NOREEN SHEA

 2      then issued; do you know what taken in

 3      means?

 4          MR. DeGUISEPPE:  Well, this was taken

 5      off the village's computer system.

 6          MR. SUSSMAN:  Because it looks like

 7      taken in --

 8      Q    Did you ever use that phrase, taken in?

 9      A    No, because there is no taken in.

10          MR. SUSSMAN:  The prior point is the

11      taken in and the issue date for all of these

12      is the same, which is impossible.  So I

13      don't -- I don't know what that could

14      possibly be.  It doesn't show the date that

15      someone request it, right?

16          MR. DeGUISEPPE:  Well, you can ask.

17          MR. SUSSMAN:  I don't know who I can

18      ask.

19          MR. DeGUISEPPE:  It says taken in 6/13

20      issued 6/26.

21          MR. SUSSMAN:  Yeah, but the next one

22      says taken in 2/1 issued 2/1.  The next one

23      says taken in 5/20 issued 5/20, and on and

24      on.

25          MR. DeGUISEPPE:  Well, there weren't
```

Case 7:19-cv-06838-PMH   Document 155-5   Filed 08/09/21   Page 182 of 244
Case 7:16-cv-11170-CS   Document 60-3   Filed 05/11/20   Page 181 of 243
181

```
 1                    NOREEN SHEA
 2      C/O's issued.  This is when the C/O's were
 3      issued.
 4           MR. SUSSMAN:  No, no, the C/O is in the
 5      next column.  You see what I'm saying,
 6      issued?
 7           MR. DeGUISEPPE:  Oh, the building
 8      permit was issued.
 9           MR. SUSSMAN:  Right.  You're asking her
10      are there any delays -- your question was,
11      are there any delays after 30 days.  But
12      this document wouldn't establish that one
13      way or the other because it doesn't show
14      when the permit was requested.  I mean, you
15      would have that information but it's not
16      demonstrated here.
17           MR. DeGUISEPPE:  Well, I'm not asking
18      her about the accuracy of the document.  I'm
19      just, maybe this will refresh her memory as
20      to some of the locations and builders where
21      there were issues there.
22           MR. SUSSMAN:  Okay.  You could ask.
23      I'm not objecting to your question.
24           MR. DeGUISEPPE:  Yeah.  And I agree.
25      No, I'm not asking her to vouch for the
```

Case 7:19-cv-06838-PMH   Document 155-5   Filed 08/09/21   Page 183 of 244
Case 7:16-cv-11170-CS   Document 60-3   Filed 05/11/20   Page 182 of 243

182

1                        NOREEN SHEA

2          accuracy of this document.  I just really

3          want her to identify if by looking at this

4          if this refreshes her memory as to any other

5          individual, residents who had -- or

6          companies who had issues.

7               MR. SUSSMAN:  So beyond what she

8          testified to earlier when she's talking

9          about Klein and Manes you're saying,

10          anything else?

11               THE WITNESS:  Oh, Beaver Dam

12          Congregation.  12 Beaver Dam, wow, that's

13          another big one there, yeah.

14     Q     What's the --

15     A     That was allegedly a shul.

16     Q     And what's the permit number?

17     A     I'm on the last page; one, two, three,

18     four, five -- five down.  12 Beaver Dam,

19     congregation Zichron.  Indig, woe, that was it.

20     Leigh Indig over a year on my desk.  A little bit

21     down, 21 White Birch.  Oh yeah, that was some

22     curse words on that one a lot.  There's another

23     one, I guess it says, on the bottom it says

24     Ingig, it should be Indig, it's 21 White Birch,

25     again.

Case 7:19-cv-06888-PMH   Document 155-5   Filed 08/09/21   Page 184 of 244
Case 7:16-cv-11170-CS   Document 60-3   Filed 05/11/20   Page 183 of 243

183

```
1                    NOREEN SHEA

2              MR. SUSSMAN:  The bottom, you mean the

3         bottom of the third page.

4              THE WITNESS:  Yeah.  You see that?

5         That was the grading.  Nosbond, woe.  Yep,

6         Nosbond, 10 Galileo.  Yeah, they own both

7         houses, she bought the house across the

8         street.

9              MR. SUSSMAN:  No.  Wait a minute.

10        Mr. Banks, you can't --

11        Q    The clarification is that Nosbond name

12   appears several times Ms. Shea, which one are you

13   referring to?

14        A    15.  Yeah, the demo.

15        Q    Well, there's three entries of 15?

16        A    First they purchased the house and

17   demo'd it to the floor, the new house it was

18   rebuilt.

19             MR. SUSSMAN:  Did you say that was

20        Fran's work product.

21             MR. DeGUISEPPE:  It might be.  Oh no,

22        it was Betty Vandiver (phonetic).  I didn't

23        tell her what to do, I just told her what to

24        print.  I'm more interested in the names.  I

25        mean, the names and the property.
```

Case 7:19-cv-06838-PMH   Document 155-5   Filed 08/09/21   Page 185 of 244
Case 7:18-cv-11170-CS   Document 60-3   Filed 05/11/20   Page 184 of 243

184

```
 1                      NOREEN SHEA
 2              MR. SUSSMAN:  Are there any others that
 3         you could think of offhand that --
 4              THE WITNESS:  No.  All the Briarwoods
 5         Farms ones were really delicate.
 6         Q    Can you just describe briefly about
 7    each one that you identified what the issues
 8    were, as you understood it.
 9         A    Going back as to Nosbond, that one was
10    brutal.  They owned two homes, one across the
11    street leveling one.
12         Q    What are the addresses?
13         A    Fifteen was the one they leveled and
14    were building a big beautiful home there.  Huge.
15    You got to ask me a question.
16         Q    You identified several names.  10 and
17    15.  What was the issue with 10, to the best of
18    your recollection?  If you don't know, you don't
19    know.
20         A    10 Nosbond, that one, nothing.
21         Q    Okay.  15 Galileo was Nosbond?
22         A    15 was a huge issue because the mayor
23    and Lou Zummo surmised it was a shul and they
24    were building Disney World over there, that's
25    what they called it; there's going to be numerous
```

Case 7:19-cv-06888-PMH   Document 155-5   Filed 03/09/21   Page 186 of 244
Case 7:18-cv-11170-CS   Document 60-3   Filed 05/11/20   Page 185 of 243

185

```
 1                   NOREEN SHEA

 2   bedrooms.

 3        Q    Well, was there any zoning issue with

 4   that?

 5        A    It was a huge zoning issue.  They cut

 6   down all the trees and it was a huge argument

 7   with the mayor and the building inspector, but

 8   the plans had no trees on it.  But they went

 9   after Jack Spate.  They said, what other projects

10   is Jack Spade on?

11        Q    And who is Jack Spade?

12        A    He's a builder.  Orthodox builder.  And

13   4 Litman Lane was the another one and I had a ZBA

14   coming up and I said, he just lost.

15        Q    What name is that?

16        A    4 Litman Lane.

17        Q    Where is that located?

18        A    No, that was the other project, I

19   remember it.

20        Q    Oh, it's not on the exhibit?

21        A    It could be.  Hold on.  There was a lot

22   of issues with Nosbond.  Anybody see 4 Litman?

23             MR. SUSSMAN:  Do you know the name of

24        the person?

25             THE WITNESS:  It's been four years.
```

Case 7:19-cv-06838-PMH Document 155-5 Filed 08/09/21 Page 187 of 244
Case 7:18-cv-11170-CS Document 60-3 Filed 05/11/20 Page 186 of 243

186

```
1                    NOREEN SHEA
2          MR. SUSSMAN:  4 Litman is here, Telano
3     (phonetic).
4          THE WITNESS:  Yes.
5          MR. SUSSMAN:  It's in the middle of the
6     third page.
7          THE WITNESS:  Good.  I'm glad you got
8     it.
9     Q    Oh, I see it.
10    A    Wow.  That was a bad one.
11    Q    What was the issue there with Telano?
12    A    He had a permit to work on the
13    upstairs, and that was another Jack Spade
14    project, he's the builder, and they found out
15    that they ripped up the whole downstairs and the
16    basement.
17    Q    Of all these issues -- of all these
18    properties you just cited, I mean, in general
19    were there problems in issuing the C/O, is that
20    what you're saying, or building permit
21    application?  That's what I'm not following.  Or
22    both?  I guess you can't have an application if
23    you need a C/O.  In other words, what I'm not
24    understanding was the permit issued and then
25    there's a C/O problem or --
```

Case 7:19-cv-06838-PMH Document 155-5 Filed 08/09/21 Page 188 of 244
Case 7:18-cv-11170-CS Document 60-3 Filed 05/11/20 Page 187 of 243

187

```
 1                    NOREEN SHEA

 2        A    There was a permit issued and then they

 3   wanted another permit for the backyard project,

 4   they're putting in a built-in pool, they had to

 5   go before the ZBA.

 6        Q    Any of these issues you just

 7   identified, do you think they were related to the

 8   religious practices of the individual --

 9        A    This one, 4 Litman lane?

10        Q    Yes.

11        A    Yes.

12        Q    Okay.  And why is that?

13        A    Because everybody was up and arms with

14   Nosbond cutting down all the trees on the

15   property.  Every tree was cut down.  It's a very

16   wooded area.  And the mayor came in screaming

17   because the trees were all cut down, but when Lou

18   pulled out the plans there were no trees on the

19   plan.

20        Q    4 Litman lane says Telano?

21        A    Okay, hold on.  And then what happened

22   was the mayor said, who is it?  And he says, Jack

23   Spade, the builder.  And he goes, what other

24   projects is Spade on, I want to know now, and Lou

25   smiled and said 4 Litman Lane we have the ZBA in
```

Case 7:19-cv-06888-PMH Document 155-5 Filed 03/09/21 Page 189 of 244
Case 7:16-cv-11170-CS Document 60-3 Filed 05/11/20 Page 188 of 243

188

```
 1                    NOREEN SHEA

 2   four days, and they did not pass.

 3       Q    That was because of the builder?

 4       A    That's the reason they say.

 5       Q    All right.  Any other -- before we

 6   leave this document, any other properties that

 7   you can identify which were issues that you were

 8   aware of?

 9       A    Indig was a huge grading permit.

10       Q    What was the issue there with the

11   grading?

12       A    That's the one that I told you sat on

13   my desk for over a year.  The white Birch bitch.

14       Q    Is all right.  Let's move on.

15            (Thereupon, Defendant's Exhibit W was

16            marked for Identification purposes only.)

17       Q    Okay.  Let's look at W first, which is

18   the spreadsheet.  Do you recognize this document?

19       A    Yes.

20       Q    Did you prepare this document?

21       A    Yes.

22       Q    And are these your notes on this

23   document?

24       A    Yes.

25       Q    Why don't you just tell us what the
```

Case 7:19-cv-06838-PMH   Document 155-5   Filed 03/09/21   Page 190 of 244
Case 7:16-cv-11170-CS   Document 60-3   Filed 05/11/20   Page 189 of 243
189

                        NOREEN SHEA

2    document is.  Identify it for the record.  What

3    is the recording date and the comments made,

4    unless you want me to ask line by line?

5         A    I don't -- you ask me, yeah.

6         Q    All right.  The recording date, what is

7    that?

8         A    It's the date.

9         Q    And is there any kind of date stamp on

10   any of these recording as to when you made the

11   recording?

12        A    Date stamp?

13             MR. SUSSMAN:  How do you know the date?

14        Q    Yeah, how do you know the date?

15        A    It says it on your phone, right?

16        Q    I'm asking you the question.  It's on

17   your phone?

18        A    (Nodding head.)

19        Q    What kind of device did you use to make

20   this recording, was it one device or more than

21   one device?

22        A    The one device.  The mayor showed me

23   how to do it.

24        Q    And what was that device?

25        A    My phone.

Case 7:19-cv-06838-PMH   Document 155-5   Filed 03/09/21   Page 191 of 244
Case 7:16-cv-11170-CS   Document 60-3   Filed 05/11/20   Page 190 of 243

190

```
 1                     NOREEN SHEA

 2        Q    And what type of phone was it?

 3        A    Apple iPhone.

 4        Q    And when you made the recordings, did

 5   you store them on your phone or did you transfer

 6   them?

 7        A    They were strictly on my phone and then

 8   I couldn't take any pictures or anything and I

 9   moved them to Google Drive.

10        Q    And when did you do that?

11        A    I don't know the date.

12        Q    It looks like the first entry, I can't

13   read it but it looks like "unknown person arrives

14   to interview for my job, deputy clerk," subject

15   of voice recording?

16        A    It's a recording.

17             MR. SUSSMAN:  Straight at the top.

18        Q    Is that correct?  Is there some other

19   text cut off?

20        A    No, that's what that was about.

21        Q    All right.  Was that in any way --

22   well, why did you start recording, making these

23   recordings?

24        A    I started recording because the mayor

25   asked me to start recording.  Naomi Streiker,
```

Case 7:19-cv-06838-PMH   Document 155-5   Filed 08/09/21   Page 192 of 244
Case 7:18-cv-11170-CS   Document 60-3   Filed 05/11/20   Page 191 of 243

191

NOREEN SHEA

2    when that bitch comes in here I want you to

3    record her.  I said, where is the button?  How do

4    I do it?  And he said, what's the matter with

5    you?  Use your phone.  And he said, put your code

6    in I'll show you.  And he showed me how to do it.

7    And then he said, you do this, and I did I

8    recorded Naomi and, you know, they wanted -- so

9    what happened was I just said this place is just

10   so toxic or whatever word you want that I said,

11   you know what, when I saw the mayor coming in I'm

12   going to record him and his remarks and comments.

13        Q    All right.  Let me just go back.  Did

14   the fact that you knew when you found out that

15   some unknown person was interviewing for your

16   job, was that one of the reasons that you started

17   doing these recordings?

18        A    No.  I did it for the antisemitic

19   remarks that I could catch and get on.

20        Q    Okay.  But did the mayor tell you to

21   record the antisemitic remarks?

22        A    No.  He wanted me to record the

23   Orthodox when they came in.

24        Q    And did you do that?

25        A    Um-hmm.  Yes.

Case 7:19-cv-06838-PMH   Document 155-5   Filed 08/09/21   Page 193 of 244
Case 7:16-cv-11179-CS   Document 60-3   Filed 05/11/20   Page 192 of 243
192

NOREEN SHEA

1

2       Q     Are any of those recordings in here?

3       A     No.

4       Q     And where are those recordings?

5       A     I deleted them because nothing was --

6       Q     So these are not all the recordings you

7    had, there are deleted recordings?

8       A     Yes.  Well, Naomi Streiker.

9       Q     Are there any recordings of the mayor

10   that you deleted?

11      A     I know I would hit --

12            MR. SUSSMAN:  Answer the question.

13            THE WITNESS:  I'm trying to answer.

14   Okay, yes.

15      Q     Okay.  And how many of those recordings

16   of the mayor?

17      A     Oh, I have no idea.

18      Q     More than 10?

19      A     I don't know.

20      Q     How did you decide what to keep and

21   what to delete?

22      A     Sometimes the mayor would walk in, I'd

23   see him, I'd hit record, I throw the phone down.

24   Sometimes he came in for a minute, 10 minutes.

25   Sometimes he didn't say a word did a couple of

Case 7:19-cv-06838-PMH Document 155-5 Filed 03/09/21 Page 194 of 244
Case 7:16-cv-11170-CS Document 60-3 Filed 05/11/20 Page 193 of 243

193

NOREEN SHEA

2    things left, I delete, there's nothing to keep.

3    So, that's the point.

4        Q    Okay.  And what did you decide to keep?

5    What was the criteria you used to make the

6    decision to keep certain --

7        A    Hostile, nasty, antisemitic, you know,

8    responses.

9        Q    Okay.  Did the mayor know you were

10    recording him?

11        A    No.

12        Q    Did Lou Zummo know you were recording

13    him?

14        A    No.

15        Q    Did Fran Arsa Artha know you were

16    recording her?

17        A    No.  No that I know of.

18        Q    Okay.  Did you record conversations

19    between people other than yourself?  In other

20    words, did you record conversations that did not

21    involve you as a participant?

22        A    How would I do that?

23            MR. SUSSMAN:  He just asked did you?

24    He didn't ask how you can do it.

25            THE WITNESS:  No.

Case 7:19-cv-06838-PMH Document 155-5 Filed 08/09/21 Page 195 of 244
Case 7:16-cv-11170-CS Document 60-3 Filed 05/11/20 Page 194 of 243

194

```
1                    NOREEN SHEA

2              MR. SUSSMAN:  The answer is no.  So

3         that's your answer.

4         Q    It says, if you look down here on

5    2/1/17 from the second paragraph to the end it

6    says, "mayor asked Fran that question.  I was not

7    in the room then.  Fran said I don't know ask

8    Noreen."

9         A    Where is that?

10        Q    If you go at the bottom of the first

11   page.

12        A    Oh.  I was in the bathroom.

13        Q    All right.  So you weren't in the room

14   when she said that?

15        A    Yeah, I got up into the --

16        Q    All right.  Let me just start on the

17   first page.  There's one on 2/1/17, "is he

18   building it for a synagogue?"  Who's voice is

19   that, to the best of your recollection?

20        A    That's the mayor.  It should say it.

21   Here, go across.  Brett, right here.

22        Q    Oh, I see that.

23        A    That's how you know.

24        Q    Okay.  And then the issues tag, what is

25   that, does that represent how you characterize
```

Case 7:19-cv-06838-PMH   Document 155-5   Filed 08/09/21   Page 196 of 244
Case 7:18-cv-11170-CS   Document 60-3   Filed 05/11/20   Page 195 of 243

195

```
1                      NOREEN SHEA

2      the issues?

3           A     Well, yeah.

4           Q     Well, who made those characterizations,

5      you or somebody else?

6           A     No, me.

7           Q     I see that.  And when you say all, who

8      are you referring to?  Who is that?

9           A     All would be Brett, Fran, Lou -- all

10     would be I guess me, Fran and Lou.

11          Q     Okay.  Do you recall what property that

12     relates to, "is he building it for a synagogue?"

13          A     Where are you?  Yes, it is Robert

14     Klein.  63 I guess.  Robert Klein's case.

15          Q     Okay.  In looking at this -- you

16     categorized some statements as racist and some as

17     antisemitic, what was the difference?

18          A     "What time did you tell the Mexican

19     I'll be there?"  That's a racist remark.  That's

20     not antisemitism.  That would be a Latino

21     contractor that came in and --

22                MR. SUSSMAN:  So given that this is a

23           guide, you know, you have these

24           conversations, you could spend as much time

25           as you want on this, but this is to help
```

Case 7:19-cv-06888-PMH   Document 155-5   Filed 08/09/21   Page 197 of 244
Case 7:18-cv-11170-CS   Document 60-3   Filed 05/11/20   Page 196 of 243

196

```
 1                      NOREEN SHEA

 2        you.

 3             MR. DeGUISEPPE:  Yeah, I'm not spending

 4        much time.  I just want to understand what

 5        these notes mean, that's all.

 6             THE WITNESS:  "Did you really say there

 7        are no outstanding issues?"  That was

 8        Mr. Banks' farm.

 9             MR. SUSSMAN:  He's not asking you

10        questions.  Don't just volunteer

11        information.  He can ask you whatever he

12        wants.  I haven't stopped him, I just made a

13        suggestion that this is really a guide to

14        helping him listen to the tapes.  There's a

15        huge number of tapes and I was trying to be

16        of assistance to counsel.

17             MR. DeGUISEPPE:  And they are.  They

18        are of assistance.  The only reason I was

19        asking general questions because the rating

20        system appears to stop, so I wanted to know

21        the criteria --

22             MR. SUSSMAN:  No, that's fine.

23             MR. DeGUISEPPE:  That's what I was

24        getting at.  You stopped rating them on the

25        fourth page at the end, so that's why I
```

Case 7:19-cv-06838-PMH   Document 155-5   Filed 03/09/21   Page 198 of 244
Case 7:16-cv-11170-CS   Document 60-3   Filed 05/11/20   Page 197 of 243
197

```
 1                    NOREEN SHEA

 2          wanted to clarify.

 3          Q    How did you classify statements as

 4     being antisemitic?

 5          A    Let's see.  They talked about the

 6     Jewish race.

 7          Q    So if the word Jewish is used, that

 8     could be something that could be antisemitic?

 9          A    No.  Not always.  "This is the bitch

10     that took out four truckloads of trees.  She's

11     not getting a permit."

12          Q    Well --

13          A    "Jewish make money --

14          Q    On the fifth page under February 3rd,

15     you know, something like this, there's a comment

16     here it says "mayor hates Mr. Hirskowitz, a

17     builder.  Lou responds."

18          A    Oh gosh, yeah.

19          Q    Those are your comments, right?

20          A    Where are you?

21          Q    Would that be classified as an

22     antisemitic?

23               MR. SUSSMAN:  You're asking about this,

24          "mayor hates Mr. Hirskowitz, a builder.  Lou

25          responds."  So the comment was that she's
```

Case 7:19-cv-06838-PMH Document 155-5 Filed 08/09/21 Page 199 of 244
Case 7:18-cv-11170-CS Document 60-3 Filed 05/21/20 Page 198 of 243

198

```
 1                    NOREEN SHEA

 2          referring to is I didn't realize that

 3          Mr. Hirskowitz has really moved his projects

 4          along, what the hell is going on.  So that

 5          was her --

 6               MR. DeGUISEPPE:  No, I understand.  But

 7          there's some statements that she seemed to

 8          infer antisemitism from her prior testimony,

 9          and I just wanted to know if this would be a

10          statement, the mayor's comments about

11          Mr. Hirskowitz based on his Jewish faith as

12          opposed to something else?

13          Q    Your interpretation.

14          A    That comment is not antisemitic.

15          Q    That's all I'm asking you.

16          A    Yeah.

17          Q    I'm starting at the same on that page.

18   Is there any other comments that you see, after

19   you stop rating the comments.  The fourth page in

20   the middle it seems like we stopped.  It looks

21   like it starts with "Hirskowitz and Wolfson, I

22   want the maximum on that property."  Just if you

23   could quickly review this and let me know if you

24   see any comments which you believe are evidence

25   of the antisemitism of the Jewish religious
```

Case 7:19-cv-06368-PMH   Document 155-5   Filed 08/09/21   Page 200 of 244
Case 7:16-cv-11174-CS   Document 60-3   Filed 05/11/20   Page 199 of 243

199

1                     NOREEN SHEA

2    faith?

3         A    "I have to call him and thank him for

4    saving me a plot in the cemetery."  This one.

5    Which one are you on?

6         Q    Yeah, that's the first one.  You don't

7    have to explain to me what the comment is, is

8    whether or not you believe that it was evidence

9    of the antisemitism.  The reason I'm asking is

10   just you tell me, rather than listening to hours

11   of tapes, that's the reason why I'm doing this.

12        A    Yes.  I would say yes.  Yes.  Yes.

13        Q    Wait.  Which one?

14        A    "Thank you for saving me a plot in the

15   cemetery."  He has the recording of that

16   conversation too.  He walked around the office

17   playing it over and over and over again.

18             MR. SUSSMAN:  Just listen to the

19        gentleman's question.  Is it antisemitic in

20        your review?

21             THE WITNESS:  Oh, yes.

22             MR. DeGUISEPPE:  Which one were you

23        talking about just now?

24             MR. SUSSMAN:  Next comment.  I have to

25        call him and say thank you for saving me a

Case 7:19-cv-06838-PMH   Document 155-5   Filed 08/09/21   Page 201 of 244
Case 7:16-cv-11170-CS   Document 60-3   Filed 05/11/20   Page 200 of 243

200

```
 1                    NOREEN SHEA

 2         plot in the cemetery.

 3              MR. DeGUISEPPE:  I don't see that.

 4              MR. SUSSMAN:  At the bottom of the same

 5         page.  "i didn't realize that Mr. Hirskowitz

 6         has really moved his projects along, what

 7         the hell is going on."  The next statement.

 8         "I have to call him and thank him for having

 9         me a plot in the cemetery."  You see that?

10         It's the bottom of the page that you're

11         looking at, February 3rd.

12              MR. DeGUISEPPE:  Okay.

13              MR. SUSSMAN:  You want her to go

14         through the next page and tell you what she

15         thought was antisemitic?

16              MR. DeGUISEPPE:  Yeah.  I'm I missing

17         something?

18         Q    Well, nothing before that?  I just want

19    to make it clear.  I've asked you to identify --

20              MR. SUSSMAN:  Well, she started at the

21         bottom of that page, that's where you were.

22              MR. DeGUISEPPE:  I asked her to start

23         on the page before, which is where it stops,

24         her comment stops on page 4.

25              MR. SUSSMAN:  Okay, fine.  So he's
```

Case 7:19-cv-06838-PMH Document 155-5 Filed 08/09/21 Page 202 of 244
Case 7:18-cv-11170-CS Document 60-3 Filed 05/11/20 Page 201 of 243

201

1                    NOREEN SHEA

2          asking you to start here.  So he's asking

3          you from here on, are any of these

4          comments that are antisemitic?

5              THE WITNESS:  Yes.  "I don't want any

6          negotiations with everything that is

7          happening in Ramapo and this fucking county

8          we have to stop" -- yes.  Oh no, I didn't

9          say that.  "Hirskowitz and Wolfson I want

10         the maximum on that property, the absolute

11         maximum."  That was a fine.  He wants them.

12         "I want the nail in the coffin."  I mean --

13         Q    Don't read this because the court

14    reporter has to take it down.  Read it to

15    yourself.

16             MR. SUSSMAN:  Don't editorialize.  He's

17         asking you a simple question.  Identify the

18         comments that were antisemitic.  He's not

19         asking you to explain further.  Just

20         identify the comments.  Okay.  So the

21         comments you're on this page.  So far you

22         identified the comment:  I don't want any

23         negotiations.  You identified the next

24         paragraph:  I want the nail in the coffin.

25         "Is that Mrs. White Birch person" is that

Case 7:19-cv-06368-PMH Document 155-5 Filed 08/09/21 Page 203 of 244
Case 7:16-cv-11170-CS Document 60-3 Filed 05/11/20 Page 202 of 243

202

```
1                    NOREEN SHEA
2        antisemitic in your view or not?  "This is
3        the bitch that took --
4             THE WITNESS:  Yeah.  All right.  They
5        treated them -- yes.
6             MR. SUSSMAN:  Just in the context you
7        heard it, did you view it as antisemitic or
8        not?
9             THE WITNESS:  No, they were not.
10            MR. SUSSMAN:  Okay.  Next comment is
11       "so what did you think they were?  They
12       weren't Jewish".
13            THE WITNESS:  The two gentlemen that
14       walked in -- okay.  Yeah, that would be --
15       Q    Wait.  Which is the whole comment?  So
16  what do you think, down to Robert Klein, that's
17  whole antisemitic or just part of it?
18       A    I'm trying to remember what they --
19  yes.  "So what do you think they were?  They
20  weren't Jewish."  Two gentlemen that came in and
21  the mayor was watching them, the building
22  inspector --
23       Q    You don't have to explain it.  My
24  question is, do you consider that to be
25  antisemitic, yes?
```

Case 7:19-cv-06888-PMH   Document 155-5   Filed 08/09/21   Page 204 of 244
Case 7:16-cv-11170-CS   Document 60-3   Filed 05/11/20   Page 203 of 243

203

```
 1                    NOREEN SHEA

 2              MR. SUSSMAN:  In the context you heard

 3         of them.  See, that's the point.  You're the

 4         one who heard the tapes in this room, I may

 5         have heard them as well but he didn't hear

 6         them.  So in the context you heard this as a

 7         summary or quote that they said, did you

 8         view the comment as antisemitic?  Is all

 9         he's asking you.

10              THE WITNESS:  Yes.

11         Q    So it's yes.  Only because I don't want

12    to have to go back and listen to every single

13    thing that I don't have to.  So you tell me from

14    the context, and I'll focus on those.

15              MR. SUSSMAN:  You're at the bottom of

16         the page.

17              THE WITNESS:  Yes.

18         Q    Next page.

19              MR. SUSSMAN:  "These two bozos that

20         came in here."

21         Q    So it goes down to 63 Halley?

22         A    Yes.  "these two bozos," yes.

23              MR. SUSSMAN:  "Foil, Lou, please don't

24         give any more information out."  Let's talk

25         -- "let them talk but don't say a fucking
```

Case 7:19-cv-06838-PMH Document 155-5 Filed 08/09/21 Page 205 of 244
Case 7:16-cv-11170-CS Document 60-3 Filed 05/11/20 Page 204 of 243

204

NOREEN SHEA

word, as much as they are -- they are trying

their hardest.  They're trying their fucking

hardest."

        THE WITNESS:  Yes.  Is that how I

answer?  Yes.

        MR. SUSSMAN:  Yes-or-no.  "Those are

what his face little buddies, 63 Halley."

        THE WITNESS:  Yes.

        MR. SUSSMAN:  "6 France still has a

suka up."

        THE WITNESS:  It's not antisemitic,

it's just saying that it's still up, it

should have been down.

        MR. SUSSMAN:  All right, so the answer

is no.  "My Jewish wife, shlomo, give me a

fucking break, he text me more than my wife

does."

        THE WITNESS:  Yes.

        MR. SUSSMAN:  "Brett is going to kill

me?"

        THE WITNESS:  That's not antisemitic.

        MR. SUSSMAN:  "Let him fire me over

something stupid."

        THE WITNESS:  No.

Case 7:19-cv-06838-PMH   Document 155-5   Filed 08/09/21   Page 206 of 244
Case 7:16-cv-11170-CS   Document 60-3   Filed 05/11/20   Page 205 of 243

205

1                    NOREEN SHEA

2            MR. SUSSMAN:  "If that's Solomon

3       Fuerst, hang up."

4            THE WITNESS:  Oh yeah.

5            MR. SUSSMAN:  "Woop dee fuckin doo."

6            THE WITNESS:  Yes.  I'm going to say

7       yes.

8            MR. SUSSMAN:  "Passed all inspections

9       except hurricane clips."

10           THE WITNESS:  No.

11           MR. SUSSMAN:  "Maybe you measured from

12      the down side not the up side."

13           THE WITNESS:  No.

14           MR. SUSSMAN:  "That will shut him the

15      hell up."

16           THE WITNESS:  No.

17           MR. SUSSMAN:  "18 inches sounds so much

18      better."

19           THE WITNESS:  No.

20           MR. SUSSMAN:  "He has been jamming this

21      special permit up my ass for months."

22           THE WITNESS:  No.

23           MR. SUSSMAN:  "ZBA might give him his

24      C/O."

25           THE WITNESS:  "ZBA might give him his

Case 7:19-cv-06838-PMH   Document 155-5   Filed 08/09/21   Page 207 of 244
Case 7:16-cv-11170-CS   Document 60-3   Filed 05/11/20   Page 206 of 243
206

1                    NOREEN SHEA

2          C/O."  I think it's time we call the journal

3          news on him."

4               MR. SUSSMAN:  You haven't answered.

5          "ZBA might give him his C/O."  Do you think

6          that was antisemitic or not, that's the

7          question?

8               THE WITNESS:  No.

9               MR. SUSSMAN:  "They better not."

10              THE WITNESS:  No.

11              MR. SUSSMAN:  "It will cost him another

12         5 or 6 thousand on top of the $25,000

13         already."

14              THE WITNESS:  No.

15              MR. SUSSMAN:  "I think it's time we

16         call the journal news on him."

17              THE WITNESS:  No.

18              MR. SUSSMAN:  "You're an asshole dude."

19              THE WITNESS:  No.

20              MR. SUSSMAN:  "Mr. Banks cannot go back

21         to the ZBA, he had one year to complete it."

22              THE WITNESS:  No.

23              MR. SUSSMAN:  "You must force him to

24         open up siding to see the hurricane clips."

25              THE WITNESS:  No.

Case 7:19-cv-06838-PMH   Document 155-5   Filed 08/09/21   Page 208 of 244
Case 7:16-cv-11170-CS   Document 60-3   Filed 05/11/20   Page 207 of 243

207

```
 1                    NOREEN SHEA
 2          MR. SUSSMAN:  "He can open up one side
 3     of the building."
 4          THE WITNESS:  No.
 5          MR. SUSSMAN:  "Then you can't pass
 6     him."
 7          THE WITNESS:  No.
 8          MR. SUSSMAN:  "I'm calling Doris she is
 9     pissing me off, she is siding with him
10     again."
11          THE WITNESS:  No.
12          MR. SUSSMAN:  "Why didn't you call me
13     in Airmont."
14          THE WITNESS:  That's not.
15          MR. SUSSMAN:  Next.  Further on it says
16     39 minute.  "I didn't realize Mr. Hirskowitz
17     has really moved his projects along, what
18     the hell is going on."
19          THE WITNESS:  Yes.
20          MR. SUSSMAN:  "I have to call him and
21     thank him for saving me a plot in the
22     cemetery."
23          THE WITNESS:  Yes.
24          MR. SUSSMAN:  "I saw your e-mails,
25     Solomon Fuerst is looking for you."
```

Case 7:19-cv-06828-PMH   Document 155-5   Filed 08/09/21   Page 209 of 244
Case 7:16-cv-11170-CS   Document 60-3   Filed 05/11/20   Page 209 of 243

208

1                    NOREEN SHEA

2          THE WITNESS:  Yes.

3          MR. SUSSMAN:  "We are not here to

4     provide personal service to him."

5          THE WITNESS:  Yes.

6          MR. SUSSMAN:  "They are not entitled,

7     Lou."

8          THE WITNESS:  Yes.

9          MR. SUSSMAN:  "You are not their

10    personnel -- personal building inspector."

11         THE WITNESS:  Yes.

12         MR. SUSSMAN:  "No, you are not allowed

13    to offer that, that opens a liability to the

14    village."

15         THE WITNESS:  All this, yes.

16         MR. SUSSMAN:  So all that conversation?

17         THE WITNESS:  Um-hmm.

18         MR. SUSSMAN:  Now it goes down towards

19    it's highlighted it says "Obe is playing

20    mystery games up there, we let him do it."

21    And then there's a conversation about Obe

22    until 56 minutes, did you view that as

23    antisemitic?

24         THE WITNESS:  Yes.  He was an Orthodox

25    man trying to buy it and they were going

Case 7:19-cv-06838-PMH  Document 155-5  Filed 08/09/21  Page 210 of 244
Case 7:16-cv-11170-CS  Document 60-3  Filed 05/11/20  Page 209 of 243

209

1                    NOREEN SHEA

2        after Peter Obe.

3            MR. SUSSMAN:  "Why is Doris getting

4        involved with Merkley?  Have a stop work

5        order on his house.  Burgees Meredith would

6        roll over in his fucking gave."

7            THE WITNESS:  No.

8            MR. SUSSMAN:  Next comment in quotes,

9        "sounds like you have your hands full

10       politically."

11           THE WITNESS:  I was a police officer,

12       no.

13           MR. BANKS:  "Paul Peperotti was looking

14       for you Friday."

15           THE WITNESS:  No.

16           MR. SUSSMAN:  "The moron Marino quit

17       Airmont."

18           THE WITNESS:  No.

19           MR. SUSSMAN:  "Doug, this skinny Jewish

20       guy, not a real Jew."

21           THE WITNESS:  I would think that is

22       antisemitism.

23           MR. SUSSMAN:  "He works two jobs for

24       that psycho Spring Valley mayor."

25           THE WITNESS:  Yes.  He was picking on

Case 7:19-cv-06838-PMH   Document 155-5   Filed 08/09/21   Page 211 of 244
Case 7:16-cv-11170-CS   Document 60-3   Filed 05/11/20   Page 210 of 243

210

```
 1                    NOREEN SHEA
 2        him.
 3             MR. SUSSMAN:  "I can go into Ramapo and
 4        kiss Tony's ass all day."
 5             THE WITNESS:  No.
 6             MR. SUSSMAN:  "I want inspections to be
 7        two days a week."
 8             THE WITNESS:  No.
 9             MR. SUSSMAN:  "I asked Fran for village
10        engineer phone number to set up TAC
11        meeting."
12             THE WITNESS:  No.
13             MR. SUSSMAN:  "White Birch is pretty
14        much Yarmulkeville."
15             THE WITNESS:  I would think a little
16        bit.  Yes.
17             MR. SUSSMAN:  Next page.  "Why do you
18        need Pat Brady's phone number."
19             THE WITNESS:  No, that's not
20        antisemitic.
21             MR. SUSSMAN:  "He said he wants to pave
22        all of High Mountain."
23             THE WITNESS:  That's a touch one.  Is
24        it antisemitic?  Yes.  He was going after
25        Lyod Ecker on that one.
```

Case 7:19-cv-06838-PMH   Document 155-5   Filed 03/09/21   Page 212 of 244
Case 7:16-cv-11174-CS   Document 60-3   Filed 05/11/20   Page 212 of 243

211

```
 1                    NOREEN SHEA
 2           MR. SUSSMAN:  "What happened to Pat
 3      Brady's phone number."
 4           THE WITNESS:  He wouldn't give it away.
 5      Oh, no.
 6           MR. SUSSMAN:  "Brett said no TAC
 7      meeting."
 8           THE WITNESS:  That's not.
 9           MR. SUSSMAN:  "Nobody is rushing to
10      give Mr. Ecker a TAC meeting."
11           THE WITNESS:  Yes.
12           MR. SUSSMAN:  "No TAC meeting, do you
13      understand."
14           THE WITNESS:  Yes.
15           MR. SUSSMAN:  "This guy is insane.  He
16      can't to that, it is illegal."
17           THE WITNESS:  Okay.
18           MR. SUSSMAN:  Is that yes-or-no, what?
19           THE WITNESS:  Yes.  The whole --
20           MR. SUSSMAN:  The context.  You don't
21      have to explain.  But all the answers are
22      within the context, that you could recall,
23      of the situation?
24           THE WITNESS:  Yes.
25           MR. SUSSMAN:  And these are quotes, but
```

Case 7:19-cv-06838-PMH Document 155-5 Filed 03/09/21 Page 213 of 244
Case 7:16-cv-11170-CS Document 60-3 Filed 05/11/20 Page 212 of 243

212

```
 1                    NOREEN SHEA

 2         the question is you knew the situation so in

 3         the context did you think they were or

 4         weren't antisemitic?

 5              THE WITNESS:  Yes.

 6              MR. SUSSMAN:  That's what

 7         Mr. DeGiuseppe is asking, I heard him ask

 8         you.

 9              THE WITNESS:  Yes.

10              MR. SUSSMAN:  "Janet Chernokoff is the

11         woman who called about Doris.  Lyod Ecker

12         bought all five of her lots."

13              THE WITNESS:  That's not.

14              MR. SUSSMAN:  "So who's pushing this

15         TAC meeting."

16              THE WITNESS:  For Lyod -- yes.  I think

17         it's a yes.

18              MR. SUSSMAN:  "Just because somebody

19         ask for it doesn't men they get it."

20              THE WITNESS:  Yes.

21              MR. SUSSMAN:  "That's their problem,

22         until such time it does not go anywhere."

23              THE WITNESS:  Yes, this one was wow.

24         Yes.

25              MR. SUSSMAN:  "Did he withdraw the
```

Case 7:19-cv-06838-PMH Document 155-5 Filed 08/09/21 Page 214 of 244
Case 7:16-cv-11170-CS Document 60-3 Filed 05/31/20 Page 213 of 243

213

```
 1                    NOREEN SHEA
 2        application."
 3             THE WITNESS:  Yes.
 4             MR. SUSSMAN:  "You know what I don't
 5        see in here?  I don't see anything from
 6        Mr. Manes' attorney withdrawing this
 7        application."
 8             THE WITNESS:  Yes.
 9             MR. SUSSMAN:  "What's Joe Corless
10        number."
11             THE WITNESS:  No, that is not
12        antisemitic.
13             MR. SUSSMAN:  "Whatever file for 22
14        High Mountain."
15             THE WITNESS:  Yes.
16             MR. SUSSMAN:  "So he did withdraw his
17        application."
18             THE WITNESS:  It's all the same.
19             MR. SUSSMAN:  This is all the time
20        conversation?
21             THE WITNESS:  Yes.
22             MR. SUSSMAN:  That conversation was or
23        was not, in your view, antisemitic?
24             THE WITNESS:  Yes.
25             MR. SUSSMAN:  Three hours zero minutes
```

Case 7:19-cv-06838-PMH   Document 155-5   Filed 08/09/21   Page 215 of 244
Case 7:16-cv-11170-CS   Document 60-3   Filed 05/11/20   Page 214 of 243

214

```
 1                          NOREEN SHEA

 2          it says "Joe and Doris were vicious at that

 3          meeting.  Looks like Ryan Karben is trying

 4          to get involved."

 5               THE WITNESS:  Yes.

 6               MR. SUSSMAN:  Was the application

 7          approved between Joe Corless and Celentano."

 8               THE WITNESS:  Yes.

 9               MR. SUSSMAN:  "I have to GIS Banks

10          house first."

11               THE WITNESS:  Yes.

12               MR. SUSSMAN:  "I guess I have to file a

13          former complaint with Ramapo."

14               THE WITNESS:  No.

15               MR. SUSSMAN:  "Is each individual

16          advertisement a violation."  Bottom.  Last

17          page.

18               THE WITNESS:  Yes.

19               MR. SUSSMAN:  On second to last page

20          "up to what date can we collect signatures."

21               THE WITNESS:  That's not antisemitic.

22               MR. SUSSMAN:  "Is his building close to

23          the lot line."

24               THE WITNESS:  No.

25               MR. SUSSMAN:  "So is 10 feet from the
```

Case 7:19-cv-06838-PMH   Document 155-5   Filed 08/09/21   Page 216 of 244
Case 7:16-cv-11170-CS   Document 60-3   Filed 05/11/20   Page 215 of 243

215

```
1                    NOREEN SHEA

2       property line."

3            THE WITNESS:  No.

4            MR. SUSSMAN:  "How can we legally take

5       money from somebody without knowing what

6       it's for."

7            THE WITNESS:  Yes.

8            MR. SUSSMAN:  "What she looking for."

9            THE WITNESS:  Yes.

10           MR. SUSSMAN:  "How does TAC begin."

11           THE WITNESS:  It's still the whole

12      conversation.

13           MR. SUSSMAN:  That whole conversation?

14           THE WITNESS:  Yeah.

15           MR. SUSSMAN:  So this conversation

16      going down through which part?

17           THE WITNESS:  "I am sick and tired of

18      these informal discussions."  Oh yeah.  Yes.

19      "He has 47 kids --

20           MR. SUSSMAN:  Red to yourself.  Go to

21      the last quote you think that represents

22      what is antisemitic behavior or comment.

23           THE WITNESS:  Well, the last comment,

24      the 47 kids not my problem half of them are

25      retarded.  And then skip the next one, "I
```

Case 7:19-cv-06838-PMH   Document 155-5   Filed 08/09/21   Page 217 of 244
Case 7:18-cv-11170-CS   Document 60-3   Filed 05/11/20   Page 216 of 243

216

```
 1                    NOREEN SHEA

 2       tried very hard to get -- no.

 3            MR. SUSSMAN:  So far, after the comment

 4       when you said he has 47 kids, the rest of

 5       that you do not believe was antisemitic, if

 6       I understand your testimony?

 7            THE WITNESS:  Yeah.  I'm going over

 8       here.

 9            MR. SUSSMAN:  Okay.  The last page.  Is

10       there anything on there that you think is

11       antisemitic?  You can point it out.

12            THE WITNESS:  Okay.  Yes.  "You can't

13       image the shit that goes on," and then down.

14            MR. SUSSMAN:  "You can't imagine the

15       shit that goes on" and then down through the

16       end of the page?

17            THE WITNESS:  Yes.

18            MR. SUSSMAN:  All right, so you have

19       that.  And Mr. DeGiuseppe, just to kind of

20       point out for the record, this ends

21       February, I believe it's February 10th is

22       the last call, so this is not a companion of

23       all the calls this is just some of the

24       calls.  You can ask her that.  She didn't go

25       through all the calls.
```

Case 7:19-cv-06888-PMH   Document 155-5   Filed 08/09/21   Page 218 of 244
Case 7:16-cv-11170-CS   Document 60-3   Filed 05/11/20   Page 217 of 243

217

NOREEN SHEA

1

2          MR. DeGUISEPPE:  Well, that's why I put

3     an X.  And the remainder of the calls are on

4     Exhibit X; is that correct?

5          MR. SUSSMAN:  Yeah.  The reminder of

6     the calls are listed here on Exhibit X?

7     He's asking you that.

8          THE WITNESS:  Yes.

9          MR. SUSSMAN:  She didn't do a

10    spreadsheet.

11         MR. DeGUISEPPE:  I understand.  I'm

12    just doing this so I don't have to listen to

13    everything.

14         (Thereupon, Defendant's Exhibit X was

15         marked for Identification purposes only.)

16    Q    All right, I just want to ask one more

17 question just to clarify.  Any of these

18 recordings on Exhibit X, other than your attorney

19 and his staff, have you shared this with any

20 other persons, these recordings?

21    A    I told you one, Ian Banks.

22         MR. SUSSMAN:  On that issue, I have a

23    subpoena outstanding which had been issued

24    in one of the other cases, I believe by the

25    gentleman you mentioned earlier, the

Case 7:19-cv-06888-PMH   Document 155-5   Filed 08/09/21   Page 219 of 244
Case 7:16-cv-11170-CS   Document 60-3   Filed 05/11/20   Page 218 of 243

218

```
 1                    NOREEN SHEA
 2          attorney mentioned earlier, Nash is his
 3          name?
 4               MR. BANKS:  Nash.
 5               MR. SUSSMAN:  For all of the tape
 6          recordings I have not provided them, but I
 7          do have that subpoena that's outstanding,
 8          just so you know.
 9          Q    One last question on the exhibit.  If
10     you go to the next to last page, the last page
11     there were recordings made in 2016; do you recall
12     why you made those recordings?
13          A    Why?  I don't understand why.
14          Q    Yeah.  I want to know what was the
15     purpose of those calls -- of those recordings?
16          A    The same.
17          Q    The same?
18          A    Yeah.  They're antisemitic, you know,
19     conversations that I was trying to capture.  I
20     mean, there was a lot more than I didn't get.
21          Q    Well, was there any reason why you
22     started with January 27, '17 instead of
23     September 2016?
24          A    No, there is no reason.
25               MR. DeGUISEPPE:  Okay.  Why don't we
```

Case 7:19-cv-06888-PMH Document 155-5 Filed 08/09/21 Page 220 of 244
Case 7:16-cv-11170-CS Document 60-3 Filed 05/11/20 Page 219 of 243

219

```
 1                    NOREEN SHEA
 2         take a break.
 3              (Thereupon, a short break was had.)
 4         Q    Just going back to some questions.
 5    Just a few more questions about your job
 6    performance, et cetera.  Did you ever say in the
 7    presence of Fran Arsa Artha that you had smashed
 8    somebody's face into a --
 9         A    What?
10         Q    Did you ever say words to the effect,
11    to Fran Arsa Artha, that you had smashed many
12    faces into a car's windshield and in one case had
13    to be pulled off someone who was covered by
14    blood?
15         A    I think she got the story wrong.  No.
16         Q    And what was the story, as you
17    understood?
18         A    You know --
19         Q    Look, I'm just asking questions?
20         A    Lou Zummo was telling a story about how
21    he beat this guy up bad and stuff and I said, you
22    know, in Bradley, New City there's a pinball
23    machine I think we were -- I didn't drive, I was
24    a kid I was 13 or 14 years old, that's why I'm
25    laughing, I'm 56, and there were three guys on of
```

Case 7:19-cv-06838-PMH   Document 155-5   Filed 08/09/21   Page 221 of 244
Case 7:16-cv-11170-CS   Document 60-3   Filed 05/11/20   Page 220 of 243

220

1                    NOREEN SHEA

2    motorcycles that pushed my sisters from the

3    pinball machine and my mother went over and the

4    one guy hit my mother and I went over there --

5    did I smash his head through a windshield?  No.

6        Q    Did you ever make a comment that you

7    threatened to smash Robert Klein's face, the

8    trustees, through a windshield?

9        A    No.  Robert Klein?

10            MR. SUSSMAN:  Just listen to the

11       question and answer it.  Did you make the

12       statement?

13            THE WITNESS:  No.

14            MR. SUSSMAN:  Okay.  Next question.

15       Q    Okay.  After your meeting with Doris in

16   February of 2017, did you have any correspondence

17   with her either in person or by other means,

18   concerning your complaints about working in the

19   village office of Pomona?

20       A    After what date?

21       Q    After you said that you met with her, I

22   believe before the February 7th, memo, correct?

23   Before your February 7th memo of 2017 you said

24   that you met a few days before with Doris,

25   correct?

Case 7:19-cv-06838-PMH   Document 155-5   Filed 03/09/21   Page 222 of 244
Case 7:18-cv-11170-CS   Document 60-3   Filed 05/11/20   Page 221 of 243

221

```
 1                    NOREEN SHEA

 2         A    Yes.

 3         Q    Did you have any correspondence with

 4   her, either in person or by another means,

 5   concerning any complaints about the work

 6   environment --

 7         A    Verbal.

 8         Q    -- in the village?  And when was?

 9         A    I complained about a lot to her, you

10   know.

11         Q    Was it in writing or was it --

12         A    It was verbal.  It's conversations.

13         Q    By what means did you contact her?

14         A    I told her about the screaming match

15   with Avrohom Manes and how I jumped up from the

16   desk, I was terrified.  The mayor was saying "sue

17   me.  Sue me.  Sue me."  I mean screaming.  I

18   jumped up from the desk.  I was ready to dial

19   911.  I told Doris and she said, oh the mayor.

20         Q    Let me be more focused with my

21   question.  After your meeting with Doris in early

22   February of 2017, did you on any occasion, either

23   in person or verbally over the phone or anything

24   in written communication such as an e-mail, tell

25   her that the mayor had a policy of discriminating
```

Case 7:19-cv-06838-PMHS Document 155-5 Filed 08/09/21 Page 223 of 244
Case 7:18-cv-11170-CS Document 60-3 Filed 05/11/20 Page 22 of 243

222

```
 1                    NOREEN SHEA

 2    in any respect against Jewish residents of the

 3    village?

 4         A    Yes, I've talked to Doris.  She has no

 5    cell phone.

 6              MR. SUSSMAN:  The only question is, did

 7         you?  The answer is yes.  That's the answer.

 8         You don't have to go further than that.  The

 9         question is did you?  Yes.  Next question.

10         Q    The second question is, on how many

11    occasions did you tell her that after the

12    February 2017 meeting?

13         A    Several.  Several times.  On several

14    addresses, you know.  Litman Lane I talked to her

15    about.  I talked to her about --

16         Q    Let's look at Litman Lane; was there

17    anybody else present when you had this

18    conversation with her about it?

19         A    No.

20         Q    About the mayor?

21         A    Leigh Indig, that would be another

22    permit I talked to her about, you know, saying

23    it's a year what are you guys doing.

24         Q    But I want to be specific.  Did you

25    specifically complain to Doris that you thought
```

Case 7:19-cv-06838-PMH Document 155-5 Filed 08/09/21 Page 224 of 244
Case 7:16-cv-11170-CS Document 60-3 Filed 05/11/20 Page 223 of 243

223

```
 1              NOREEN SHEA

 2    the mayor was discriminating in any respect

 3    against Jewish residents of the village, or

 4    builders?

 5         A    Yes.

 6         Q    Okay.  And what were your exact words

 7    to her, the gist of what you said to her?

 8         A    It depends on which conversation,

 9    Mr. Hirskowitz's conversation?

10         Q    Well, you tell me.  Let's start with

11    the Hirskowitz conversation, what did you tell

12    her?

13         A    I told her it's very antisemitic the

14    way he's treated, the way they want me to delay

15    his inspections, you know.

16         Q    And what if any response did she have?

17         A    By law -- she works for the mayor.  By

18    law you can wait five days for a FOIL request, 10

19    days for an inspection, you know, she would the

20    law part.  But she knew of the antisemitism all

21    over.

22              MR. SUSSMAN:  That's the answer.

23              MR. DeGUISEPPE:  Strike that.  You

24         can't speculate as to what she knows.

25              MR. SUSSMAN:  She said she told her, so
```

Case 7:19-cv-06838-PMH   Document 155-5   Filed 08/09/21   Page 225 of 244
Case 7:18-cv-11170-CS   Document 60-3   Filed 05/11/20   Page 224 of 243

224

                        NOREEN SHEA

 1

 2      when she said she knew --

 3              MR. DeGUISEPPE:  No, but that's a

 4          legal -- antisemitism is a legal conclusion.

 5      Q    But what other -- you also said Indig,

 6  was that another incident you told Doris about

 7  that you believe that a person is being

 8  discriminated against because of their Jewish

 9  faith?

10      A    Yeah.  And why is it a year later.

11              MR. SUSSMAN:  Just answer the question.

12              THE WITNESS:  Yes.

13      Q    Tell me what was the sum and substance

14  of your conversation with Doris about, Ms. Indig

15  you said?

16      A    Yes.  I talked to her about the permit,

17  the situation, why wasn't it being addressed.  I

18  mentioned it to Lou a dozen times.

19      Q    And you said there was one more

20  situation?

21      A    One.

22      Q    Well, you said there were several

23  instance where you told Doris --

24              MR. SUSSMAN:  You mentioned Klein, you

25          mentioned Indig, and you mentioned --

Case 7:19-cv-06888-PMH   Document 155-5   Filed 08/09/21   Page 226 of 244
Case 7:16-cv-11170-CS   Document 60-3   Filed 05/11/20   Page 225 of 243

225

```
 1                    NOREEN SHEA

 2              THE WITNESS:  Avrohom.

 3       Q     And what was the sum and substance that

 4   was discussed with her?

 5       A     Avrohom, I told her about the screaming

 6   match between him and the mayor.  And I said that

 7   mayor was bullying Avrohom and he was, he said

 8   listen I only came in to check on the status I

 9   didn't come in to fight, and the mayor kept going

10   after him, and I was shocked.

11       Q     Did you ever tell Doris Ulman that Lou

12   Zummo told you that the mayor had called you a

13   Jew lover?

14       A     No.

15       Q     Other than Lou Zummo telling you that

16   the mayor characterized you as a Jew lover, did

17   you tell anyone else?

18       A     Yes.

19       Q     And who else did you tell?

20       A     Jerry.

21       Q     Other than attorneys.

22       A     Jerry Fox.

23       Q     Who is Jerry Fox?

24       A     Jerry Fox was on the planning board

25   because he was helping me buy a condo.
```

Case 7:19-cv-06838-PMH   Document 155-5   Filed 08/09/21   Page 237 of 244
Case 7:18-cv-11170-CS   Document 60-3   Filed 05/11/20   Page 226 of 243

226

```
1                         NOREEN SHEA

2         Q     And what did you tell Jerry Fox?

3         A     I said my job is not secure I can't buy

4    anything with this kind of -- the atmosphere and

5    the environment, I can't buy.

6         Q     Did you tell Mr. Fox that you had been

7    characterized as a Jew lover --

8         A     Yes.

9         Q     -- by Mr. Zummo?

10        A     Yes.

11        Q     And what was his reaction, if any?

12        A     He just laughed, really.  He knew.  He

13   knew the environment also.

14        Q     How did he know?

15        A     He was on the planning board for many

16   years.

17        Q     Well, was he employed in the offices of

18   the village?

19        A     No, he was on the planning board.  He

20   was a realtor.

21        Q     Did you ever tell Trustee Nick Wilson,

22   that you had been referred to as a Jew lover?

23        A     I went to Nick Wilson dozens of times.

24              MR. SUSSMAN:  Just listen to the

25              question.  Did you ever tell him you were
```

Case 7:19-cv-06888-PMH   Document 155-5   Filed 08/09/21   Page 228 of 244
Case 7:18-cv-11170-CS   Document 60-3   Filed 05/11/20   Page 227 of 243

227

```
1                    NOREEN SHEA

2          referred to as a Jew lover?  That's the only

3          question he asked you.

4          Q    And the answer is --

5          A    Hold on.

6          Q    And how many times did you go to

7     Mr. Wilson concerning your being called --

8     characterized as a Jew lover?

9          A    Just that one complaint, the Jew lover?

10    Or -- not any other?

11         Q    Yeah.

12         A    Okay.

13              MR. SUSSMAN:  You could have talked to

14         him about other complaints at the same time,

15         right.

16              MR. DeGUISEPPE:  Yeah.

17              THE WITNESS:  I went to Nick dozens of

18         times and really talked to him.

19         Q    No, but my question is specific.

20    You're not answering my question.  Specifically,

21    how many times did you tell Nick Wilson that you

22    had been characterized as a Jew lover?

23         A    Well, it would have to only be once.

24    How many times can I possibly --

25         Q    Again --
```

Case 7:19-cv-06838-PMH   Document 155-5   Filed 08/09/21   Page 229 of 244
Case 7:16-cv-11170-CS   Document 60-3   Filed 05/11/20   Page 228 of 243

228

                    NOREEN SHEA

 1

 2        A    I'm trying to remember if I told him --

 3        Q    Is just yes-or-no.  So you went one

 4   time, that you recall?

 5        A    I went to Nick dozens of times with

 6   numerous complaints and then I finally realized

 7   that he does --

 8        Q    Okay.

 9        A    That's why I went to Doris --

10        Q    I don't want to start making motions to

11   strike but, you know, it's not responsive.  I'm

12   just asking you a simple question and, you know,

13   you said one time and then you said how many more

14   times.

15             Did you ever tell trustee -- Mayor

16   Banks when he was a trustee, did you ever tell

17   him that you had been characterized as a Jew

18   lover by the mayor?

19        A    Yes.

20        Q    And how many times did you tell him

21   that?

22        A    I don't recall.

23        Q    And in what context did you tell him

24   that you had been characterized as a Jew lover?

25   What did you say to him, you know, I was fired

Case 7:19-cv-06838-PMH   Document 155-5   Filed 08/09/21   Page 230 of 244
Case 7:16-cv-11170-CS   Document 60-3   Filed 05/31/20   Page 229 of 243

229

                         NOREEN SHEA

2    because I'm a Jew lover, or something else, words

3    to that effect?

4         A    Yes.  I told him that that's what the

5    building inspector told me, I help the Jews.  I'm

6    the Jew lover.

7         Q    Okay.  And what if any response did he

8    give?

9         A    What was his response?

10        Q    Yeah.

11        A    Not shocked.

12        Q    Do you remember his words?

13        A    No.

14        Q    Trustee Robert Klein, did you tell him

15   that you had been characterized as a Jew lover?

16        A    Yes.

17        Q    And how many times did you tell him?

18        A    How many times?  If I tell you

19   something it should be once.  I know I told

20   Robert after I was terminated.

21        Q    Anyone else from the village that you

22   told you had been characterized as a Jew lover by

23   the mayor?

24        A    My family.

25        Q    Associated with the village?

230

                    NOREEN SHEA

1

2       A     Avrohom.

3       Q     Are you talking about Avrohom Manes?

4       A     Yes.

5       Q     He owns Tal Properties, right?

6       A     Yes.

7       Q     I'm talking about someone either on the

8   zoning board, planning board, TAC?

9       A     No.  Jerry Fox was the only one I told

10  while I was still employed there.  I was still

11  employed, so I knew the mayor was saying this

12  about me and he didn't like me because that's

13  what he quoted it and I was still there.  So

14  Jerry Fox I did.  Because I could not pursue

15  buying a property -- my job was on the line, how

16  do I buy something?

17      Q     So before you were terminated, you told

18  Mr. Fox that you had been characterized as a Jew

19  lover by the mayor?

20      A     Yes.

21      Q     And what if any response did he have?

22      A     Well, we stopped looking at townhouses

23  and stuff.

24      Q     Mr. Fox, what was his response, did he

25  say he was going to do something about, report it

Case 7:19-cv-06838-PMH   Document 155-5   Filed 03/09/21   Page 232 of 244
Case 7:16-cv-11170-CS   Document 60-3   Filed 05/11/20   Page 231 of 243

231

```
 1                    NOREEN SHEA

 2   to the town attorney, or take some other steps?

 3        A    No.

 4        Q    When do you recall making the first

 5   complaint to anyone associated with either Doris

 6   Ulman, trustee, board member or the building

 7   inspector that you believe that the mayor was

 8   authorizing discriminatory practices against

 9   Jewish residents and builders?

10        A    Trustee Nick Wilson.

11        Q    And when was that first time?

12        A    Right away.  I went to Nick's house

13   quite often, right after work.

14        Q    No, I mean what time was it, what

15   period of time, February 2016, some other time?

16        A    So I started February 1st, it could

17   have been February, March.

18        Q    I don't want you to guess.  Just what

19   you recall.  Was is summer time, winter time,

20   first year of employment, second year of

21   employment?

22        A    First year of employment.

23        Q    So sometime during your first year of

24   employment you told Nick Wilson about this?

25        A    Um-hmm.  Yes.
```

```
 1                    NOREEN SHEA

 2        Q    And what was his response, if any?

 3        A    I remember a couple.  I was frustrated

 4   with like wishy washy answers:  Keep your head

 5   down, just do your job, get your pay check.  It

 6   was not helpful.

 7        Q    Are you currently employed?

 8        A    No.  Well, I'm up here.  When I go

 9   hopefully back down to South Carolina.

10        Q    Well, I don't mean your location.  Are

11   you currently employed right now?

12        A    No.

13        Q    And you live in South Carolina?

14        A    Yes.

15        Q    And you were offered your job back as

16   deputy village clerk by Mayor Banks; is that

17   correct?

18        A    Yes.

19        Q    And when was that?

20        A    You're looking for a date?  Spring

21   time.

22        Q    Yeah.  This year 2019?

23        A    2019, yes.

24        Q    So it was after he was elected mayor?

25        A    Yes.
```

Case 7:19-cv-06838-PMH   Document 155-5   Filed 08/09/21   Page 234 of 244
Case 7:16-cv-11170-CS   Document 60-3   Filed 05/11/20   Page 233 of 243

233

1                    NOREEN SHEA

2        Q    All right.  And why did you refuse to

3   be reinstated to your position?

4        A    I told him I lived in South Carolina,

5   1.  That was number 1.

6        Q    Okay.  If you were offered your job

7   back as a result of this lawsuit, would you

8   accept your old job back?

9        A    No.

10       Q    And why was that?

11       A    Lou Zummo still works there.

12       Q    Would you move up to New York if you

13  were offered your old job back?

14            MR. SUSSMAN:  Sorry?

15            THE WITNESS:  No.

16            MR. DeGUISEPPE:  Well, would she move

17       back to New York if she was offered her old

18       job back.

19            MR. SUSSMAN:  But she just said Lou

20       Zummo is still there.

21       Q    Well, if Lou Zummo wasn't there would

22  you move up to New York?

23       A    No.

24       Q    Aside from -- well, have you had any

25  earnings, and I'm talking about earned income not

Case 7:19-cv-06888-PMH    Document 155-5    Filed 08/09/21    Page 235 of 244
Case 7:18-cv-11170-CS    Document 60-3    Filed 05/11/20    Page 234 of 243

234

1                    NOREEN SHEA

2    passive or investment income, have you had any

3    earnings since June 23, 2017, either from

4    employment or independent contract for services

5    or any other type of working?

6         A    No.  Just side jobs, painting my

7    brother's kitchen.

8         Q    Have you received any W-2s or 1099 --

9         A    No.

10        Q    -- since June 23rd, 2017?

11        A    No.

12        Q    Okay.  Have you been seeking other

13   employment --

14        A    Yes.

15        Q    -- since June 23rd, 2017?

16        A    Um-hmm.  Yes.

17        Q    Okay.  And please tell me what efforts

18   you have made to find other employment?

19        A    Gone on interviews down in South

20   Carolina.  In fact, I leave New York to go down

21   there.  Headhunters down there, I have Indeed I

22   applied online through websites, there's a

23   company down right near the house too I would

24   love to get into and I applied to their direct

25   website, and Bosch is around the corner from me I

Case 7:19-cv-06828-PMH Document 155-5 Filed 08/09/21 Page 236 of 244
Case 7:18-cv-11170-CS Document 60-3 Filed 05/11/20 Page 235 of 243

235

                    NOREEN SHEA

1    applied to that, I was really trying to get into

2    that one too.

3         Q    And what type of positions are you

4    applying for at Bosch and other companies?

5         A    Project manager, manager positions.

6         Q    And how many jobs have you applied for

7    since June 23rd, 2017?

8         A    A lot.  A number?

9         Q    More than 10?

10        A    Oh, a lot more than 10.

11        Q    Have you received any interviews on any

12   of them?

13        A    Yes.

14        Q    How many interviews have you gone on?

15        A    I had to do, what is it a phone -- a

16   video interview, I went to another company sat

17   down with their HR.

18        Q    Have you received any job offers ever

19   since June 23rd, 2017, which you have not

20   accepted?

21        A    No.

22        Q    Other than -- have you sustained any

23   other types of economic loss as a result of your

24   termination from the village since June 23rd,

Case 7:19-cv-06838-PMH   Document 155-5   Filed 08/09/21   Page 237 of 244
Case 7:16-cv-11170-CS   Document 60-3   Filed 05/11/20   Page 236 of 243

236

1                    NOREEN SHEA

2     2017, such as unreimbursed medical expenses or --

3          A     I have to pay out of pocket, I have no

4     medical, I have no retirement, you know, fund.  I

5     have no home right now and I'm not going to find

6     a home until I get a job and then I have to --

7          Q     Approximately how much have you spent

8     on unreimbursed medical expenses since June 23rd,

9     2017?

10         A     I don't know, a couple of hundred

11    dollars.  It's a urgent care, it's walk-in.

12         Q     I'm just asking so I can understand

13    your damages.  Other than monitary damages, have

14    you suffered any other type of harm as a result

15    of your termination of employment from the

16    village on June 23rd, 2017?

17         A     I'm frustrated.  When I met with the

18    head of economic development in Greenville and I

19    had a great, you know, talk and interview and

20    they wanted the Village of Pomona they wanted

21    recommendations and referrals back then and, you

22    know, I tried to dance around the situation and I

23    never heard -- I said this is going to hurt me.

24    This is going to scar me.  I wanted that job bad.

25    I never got that call back.  But when Ian won the

Case 7:19-cv-06888-PMH Document 155-5 Filed 03/09/21 Page 238 of 244
Case 7:18-cv-11170-CS Document 60-3 Filed 05/11/20 Page 237 of 243

237

```
 1                    NOREEN SHEA

 2   election I asked him if he would change that

 3   because I said I'm having a tough time seeking

 4   employment without using that as a reference and

 5   he said he would, you know, help me.

 6        Q    But my question really infers to, other

 7   than economic have you suffered any other type of

 8   emotional stress or other types of psychological

 9   harm for which required you to seek some kind of

10   healthcare professional?

11        A    I can't seek healthcare because I don't

12   have benefits.

13        Q    Yeah.  Well, would you seek healthcare

14   professional help for some damage that you

15   suffered as a result of being terminated on

16   June 23rd, 2017?

17        A    If I had the opportunity?

18        Q    Yeah.

19        A    No out pocket --

20        Q    Well, for what would you seek

21   healthcare for, if you had healthcare services?

22        A    Well, I had a lump in my breast I'm

23   supposed to have it checked every year, it hasn't

24   been checked in years.  I had pre-cancerous cells

25   and OBGYN that's supposed to be checked every
```

Case 7:19-cv-06838-PMH Document 155-5 Filed 08/09/21 Page 239 of 244
Case 7:16-cv-11170-CS Document 60-3 Filed 05/11/20 Page 203 of 243

238

```
 1                    NOREEN SHEA

 2   year and it hasn't, yeah, it is a lot.

 3        Q     I don't mean for you to disclose this

 4   personal information.  I mean as a result of your

 5   being dismissed by the village of Pomona, have

 6   you suffered any type of symptoms --

 7        A     Yeah, I'm frustrate.

 8        Q     -- which you would attribute to your

 9   termination of your services?

10        A     Yes, I'm very frustrated.  I moved back

11   from South Carolina to New York with starting

12   over again, rebuilding, looking to buy a condo,

13   and I was knocked down on my feet again.

14        Q     Okay.  And other than that, have you

15   suffered anything else in terms of emotional,

16   psychological, and physical harm as a result of

17   being dismissed on June 23rd, 2017?

18        A     I don't know what else to think of.

19        Q     Well, let me ask you, are you currently

20   under the care of any healthcare professional for

21   emotional distress or other psychological harm?

22        A     I have no benefits to see anybody.

23        Q     All right.  Just answer my question.

24        A     No.

25        Q     And if you did have benefits to see
```

Case 7:19-cv-06888-PMH   Document 155-5   Filed 08/09/21   Page 240 of 244
Case 7:16-cv-11170-CS   Document 60-3   Filed 05/11/20   Page 239 of 243

239

```
 1                    NOREEN SHEA

 2    someone, what type of services would you seek?

 3          A     Oh, I see what you mean.  All my yearly

 4    checkups and everything checked out again.

 5             MR. DeGUISEPPE:  Let me take two

 6          minutes.

 7             (Thereupon, a short break was had.)

 8             MR. DeGUISEPPE:  Ms. Shea, thank you

 9          for your cooperation today I know it's a

10          long day.  You will provided with a copy of

11          the transcript you can review it with your

12          attorney, and if you need to make any

13          changes you will be provided the opportunity

14          to do so.

15             THE WITNESS:  Yes.

16

17

18

19             (Continued on the next page

20              to accommodate the jurat.)

21

22

23

24

25
```

Case 7:19-cv-06888-PMH   Document 155-5   Filed 03/09/21   Page 241 of 244
Case 7:16-cv-11170-CS   Document 60-3   Filed 05/11/20   Page 240 of 243

240

```
 1                    NOREEN SHEA

 2            MR. DeGUISEPPE:  Also, this deposition

 3       today was ruled by the standard federal

 4       stipulations and we will accordingly, you

 5       know, waive signature, et cetera, before the

 6       court reporter and follow the standard

 7       stipulations we're done.

 8                    (Time noted:  4:56 p.m.)

 9

10            _____

11                    NOREEN SHEA

12

13  Subscribed and sworn to

14  before me, this ____ day

15  of _____, 2019.

16  _____

17  Notary Public

18

19

20

21

22

23

24

25
```

Case 7:19-cv-06838-PMH   Document 155-5   Filed 08/09/21   Page 242 of 244
Case 7:16-cv-11170-CS   Document 60-3   Filed 05/11/20   Page 241 of 243

241

```
 1                    I N D E X

 2   EXAMINATION BY                         PAGE

 3   MR. DeGIUSEPPE, Jr.                      4

 4

 5                  E X H I B I T S

 6   DEFENDANT'S

 7   FOR ID              DESCRIPTION       PAGE

 8   A                   Complaint          108

 9   B                   Document           108

10   C                   Letter             108

11   D                   Letter             108

12   E                   Letter             108

13   F                   E-mail             108

14   G                   E-mail             175

15   H                   Doris letter       108

16   I                   E-mail             108

17   J                   E-mail             108

18   K                   E-mail             108

19   L                   E-mail             108

20   M                   E-mail             127

21   N           Death certificate letter  127

22   O                   E-mail             133

23   P                   E-mail             137

24   Q           Deputy village clerk       138

25   (CONTINUED...)
```

Case 7:19-cv-06838-PMH   Document 155-5   Filed 03/09/21   Page 243 of 244
Case 7:16-cv-11170-CS   Document 60-3   Filed 05/11/20   Page 242 of 243

242

```
 1   DEFENDANT'S

 2   FOR ID              DESCRIPTION           PAGE

 3     R            List of reponsibilites    138

 4     S         Death certificate procedure  138

 5     T                Text messages         177

 6     U                Text messages         177

 7     V                List of homes         178

 8     W                 Spreadsheet          188

 9     X             Remainder of calls       217

10

11                  R E Q U E S T S

12                                            PAGE

13   Demand for correspondence concerning     106

14   Lisa Thorsen.

15   E-mails from Thorsen to Shea, Banks,     108

16   Manes or Klein about Thorsen's lawsuit.

17   E-mails from Shea to Thorsen, Banks,     108

18   Manes or Klein about Shea's lawsuit.

19

20                  I N S E R T S

21                 PAGE   LINE

22                 165    3

23

24                  R U L I N G S

25                    (NONE)
```

Case 7:19-cv-06838-PMH   Document 155-5   Filed 03/09/21   Page 244 of 244
Case 7:16-cv-11170-CS   Document 60-3   Filed 05/11/20   Page 243 of 243

243

```
 1                    C E R T I F I C A T E

 2

 3            I, Andrea Ortiz, a Shorthand Reporter

 4       and Notary Public of the State of New York, do

 5       hereby certify:

 6

 7            That, NOREEN SHEA, the witness whose

 8       examination is hereinbefore set forth, was duly

 9       sworn, and that such examination is a true record

10       of the testimony given by such witness, held

11       before me on AUGUST 30, 2019.

12

13            I, further certify that I am not

14       related to any of the parties to this action by

15       blood or marriage; and that I am in no way

16       interested in the outcome of this matter.

17

18

19

20

21

22       _____

23                    ANDREA ORTIZ: 8/30/19

24

25
```