D‍aniel G. A‍shburn, E‍sq.
*Admitted in Georgia and Israel*

ASHBURN LAW OFFICE LLC
A‍tlanta, G‍eorgia • 404-939-1323

September 14, 2021

**VIA ECF**

Hon. Philip M. Halpern, U.S. District Judge
United States District Courthouse
500 Pearl Street, Room 1950
New York, NY 10007

      Re:   *TAL Properties of Pomona, LLC, et al. v. Village of Pomona, et al.*
             7:19-cv-06838 (PMH)

Dear Judge Halpern:

    I represent Plaintiffs in the above-referenced action.

    With deep sadness I am writing to inform the Court of the passing of my dear 19-year-old son on the second day of Rosh Hashanah, September 8. My family and I are currently in the midst of the Jewish seven-day mourning period (*shiva*) following his burial, which will conclude on the eve of Yom Kippur, September 15.

    Although I have received notice that the Court issued its September 7, 2021 Memorandum Opinion and Order in this case, I have been unable to read the opinion due to the Jewish holiday and observance of *shiva*. Given the circumstances of my son's passing and the Jewish holidays[1], I respectfully request an extension of time to file a motion for reconsideration (if any) of the Court's September 7, 2021 Order until October 11, 2021, and that any other deadlines or conferences in this case be deferred until after that date.

    Counsel for Defendants have informed me that they consent to this request.

    Thank you for your consideration.

                                        Sincerely,

                                        Daniel G. Ashburn, Esq.
                                        ASHBURN LAW OFFICE LLC
                                        *Attorney for Plaintiffs*

Cc:   Counsel of record (via ECF)

---

[1] In addition to Yom Kippur, the Jewish holiday of Sukkos will begin on the evening of September 20 and extend through September 29, 2021.