UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
TAL PROPERTIES OF POMONA, LLC and AVRHOM
MANES,                                                                                    7:19-cv-06838 (PMH)

                                 Plaintiffs,                      **NOTICE OF APPEARANCE**

      -against-

VILLAGE OF POMONA, BRETT YAGEL, individually
And in his official capacity as Mayor of the Village of
Pomona, et al,

                                 Defendants.
-------------------------------------------------------------------X

**PLEASE TAKE NOTICE** that the undersigned hereby appears for defendants, BRETT YAGEL, LEON HARRIS, DORIS ULMAN and FRAN ARSA ARTHA in the above entitled action, and all correspondence, pleadings and other documents shall be served upon the undersigned. Defendant hereby consents to electronic service of all documents per Rule 5(b)(2)(E) of the Federal Rules of Civil Procedure.

Dated: New York, New York
         November 22, 2021

                                                      BARRY McTIERNAN & MOORE LLC

                                      By: _____*Courtney A. Chadwell*_____
                                                Courtney A. Chadwell (CAC7875)
                                                Attorneys for Defendants
                                                BRETT YAGEL, LEON HARRIS,
                                                DORIS ULMAN and FRAN ARSA
                                                ARTHA
                                                101 Greenwich Street, 14th Floor
                                                New York, NY  10006
                                                (212) 313-3600