UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
TAL PROPERTIES OF POMONA, LLC,
AND AVROHOM MANES,

         Plaintiffs,

-against-

VILLAGE OF POMONA, BRETT YAGEL, Individually and in his official capacity as Mayor of the Village of Pomona, DORIS ULMAN, individually and in her official capacity as Attorney for the Village of Pomona, LOUIS ZUMMO, invidually and in his official capacity as Building Inspector for the Village of Pomona, NOREEN SHEA, individually and in her official capacity as Deputy Village Clerk for the Village of Pomona, FRANCIS ARSA-ARTHA, individually and in her official capacity as Clerk and Treasury for the Village of Pomona, CHRISTOPHER RILEY, individually and in his official capacity as Special Prosecutor for the Village of Pomana, JOSEPH CORLESS, individually and in his official capacity as Engineer for the Village of Pomona, LEON HARRIS, individually and in his official capacity as Deputy Mayor for the Village of Pomona, IAN BANKS, individually and in his official capacities as Trustee, and current Mayor for the Village of Pomona, and JOHN DOES and JANE DOES,

         Defendants.
-------------------------------------------------------------------X

Case No. 7:19-CV-06838

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK    }
COUNTY OF NASSAU    } ss.:

    I, LESLIE F. REYES, state the following to be true under the penalties of perjury.
    I am not a party to the action, am over eighteen (18) years of age and reside in Nassau County, New York.
    On the 22nd day of November, 2021, I served the within **MEMO OF LAW IN OPPOSITION TO PLAINTIFF'S MOTION FOR RECONSIDERATION** via PACER addressed to the following:

Daniel G. Ashburn, Esq.
ASHBURN LAW OFFICE, LLC
Attorneys for Plaintiffs
1300 Carolyn Drive
Atlanta, GA 30329

Albert A. Levy, Esq.
Attorneys for Plaintiffs
94 Roselle Court
Lakewood, NJ 08701

Nathan Lewin, Esq.
LEWIN & LEWIN, ESQ.
Of Counsel
888 17th Street, NW, 4th Floor
Washington, DC  20006

Janine A. Mastellone, Esq.
Eliza M. Scheibel, Esq.
WILSON, ELSER, MOSKOWITZ
EDELMAN & DICKER, LLP
Attorneys for Defendants
BRETT YAGEL, DORIS ULMAN, LOUIS ZUMMO
FRAN ARSA ARTHA and LEON HARRIS
1133 Westchester Avenue
White Plains, NY 10604

Rebecca June Rosedale, Esq.
MORRIS DUFFY ALONSO & FALEY
Attorneys for Defendants
CHRISTOPHER RILEY, JOSEPH CORLESS
and IAN BANKS
2 Rector Street, 22nd Floor
New York, NY 10006

_____
LESLIE F. REYES

Sworn to before me this
22nd day of November, 2021

**RONDIENE E. NOVITZ**
**Notary Public, State of New York**
**No: 02N05073960 Suff Cnty**
**Commission Expires March 24, 2023**

{Firm/70031/00001/MOTIONS/03321480.DOCX }